ORIGINAL

# In The United States Court of Federal Claims

**99-244 C**

Cover Sheet

RECEIVED
APR 26 1999
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Plaintiff(s) or Petitioner(s)

MUSTAFA M. ZEIN

If this is a multi-plaintiff case, pursuant to CFCR 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: (See CFCR 81(d)) PRO SE

Firm Name:

Post Office Box:

Street Address: C/O ROBERT W. THABIT ESQ.

City-State-Zip: 172 - 82nd STREET BROKLYN, N.Y 11209

Telephone & Telecopier Numbers: 212 - 862 - 4381

Is the attorney of record admitted to the Court of Federal Claims Bar? ______
If NO, please call (202) 219-9697 for admission papers and instructions.

Nature of suit code: [ ] [ ] [ ]

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved [0] [ ] [ ]

See attached Sheet for thee digit code.

Amount Claimed: $75,000,000

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See CFCR 77(f)(2) (General order No 36)

July 25, 1996

# AGENCY CODES

| | |
|---|---|
| **AGR** | Agriculture |
| **AF** | Air Force |
| **ARM** | Army |
| **AEC** | Atomic Energy Commission |
| **COM** | Commerce |
| **DOD** | Defense |
| **DOE** | Department of Energy |
| **ED** | Education |
| **EPA** | Environmental Protection Agency |
| **GPO** | Government Printing Office |
| **GSA** | General Services Administration |
| **HHS** | Health and Human Services |
| **HUD** | Housing and Urban Development |
| **DOI** | Department of Interior |
| **ICC** | Interstate Commerce Commission |
| **DOJ** | Department of Justice |
| **LAB** | Department of Labor |
| **MC** | Marine Corps |
| **NAS** | National Aeronautical Space Agency |
| NAV | Navy |
| NRC | Nuclear Regulatory Commission |
| PS | Postal Service |
| STA | State Department |
| SBA | Small Business Administration |
| TRN | Transportation |
| TRE | Treasury |
| VA | Veterans Affairs |
| VAR | Various Agencies |
| O | Other |

10/31/95