ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 26 1999
U.S. COURT OF FEDERAL CLAIMS

---X

MUSTAFA M. ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, New York 11209

Plaintiff,

-v-

UNITED STATES OF AMERICA
c/o United States Department of Justice
10th and Pennsylvania Ave., N.W.
Washington, D.C. 20530

Defendant.

---X

Civil Action NO.

99-244 C

## MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff Mustafa Zein ("Zein") has prepared the attached Complaint and Demand for Judgment (the "Complaint") in an attempt to achieve redress for injuries he suffered and damages he incurred as a result of a breach of contract by the Government of the United States of America. Plaintiff believes that the United States will take the position that the factual events giving rise to the Complaint potentially may pose a threat to the national security of the United States were the information set forth in this litigation to be publicly available. Additionally, during earlier proceedings in the United States District Court for the Southern District of New York related to the attached Complaint, the United States Department of Justice requested that all documents and court filings related to the events affecting Zein and his involvement with the United States government be affected under protective seal.

Accordingly, Plaintiff Mustafa Zein hereby moves this Court to accept the attached

Complaint for filing under seal.

Respectfully submitted,

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, New York 11209

Dated: April 26, 1999