ORIGINAL

# In the United States Court of Federal Claims

No. 99-244 C

FILED
APR 27 1999
U.S. COURT OF FEDERAL CLAIMS

MUSTAFA M. ZEIN

v.

THE UNITED STATES

NOTICE OF ASSIGNMENT TO:

**Judge Roger B. Andewelt**

Pursuant to Rule 77(f) this case has been assigned to the above Judge for the conduct of proceedings pursuant to the rules of this court. Careful consideration and observance by counsel of the rules of the court and the orders of the judge applicable to the various steps required for the prosecution of the case will enable the judge and the clerk of court to assist counsel in the expeditious disposition of the case with a minimum of time and expense. Counsel's attention is called to Appendix G to the Rules, which govern proceedings before trial, and has application in every case unless an order is entered providing otherwise. As to the duplication, form and size requirements and number of copies of papers to be filed, see Rules 82 and 83. As to service, see Rule 5. All matters are to be brought to the attention of a judge unless specifically requested.

Also, counsels' attention is called to Amended General Order #13 that implements three methods of Alternative Dispute Resolution: Settlement Judges, Mini-Trials, and Third-Party Neutrals. The methods are both voluntary (i.e. both parties must agree to use the procedures) and flexible, and should be employed early in the litigation process.

The United States is requested to promptly file written notification of the name, address and telephone number of assigned counsel in accordance with Rule 81(d)(3).

Pursuant to General Order 32: "In pleadings and papers other than the complaint, the name of the judge assigned to the case shall appear under the docket number."

Margaret M. Earnest (signature)

Margaret M. Earnest, Clerk

# UNITED STATES COURT OF FEDERAL CLAIMS

Docket No. 99-244

TO: Judge Unassigned

FROM: Clerk's Office

The attached was received on 4-27-99 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by __________________ [ Rule 83.2 ]

2. _✓_ Proof of service: [ Rule 5(e) ]
   _✓_ is missing; ____ is not signed or dated;
   ____ shows service on wrong attorney of wrong item;
   ____ is not attached to each document or copy

Received in
Chambers of the Chief Judge
APR 27 1999

3. ____ Not signed by the attorney of record: ______________________________
   [ Rule 11 and 81(d) ]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 7(b) | re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(d) | re: proposed findings or statement of genuine issues is missing |
| ____ | 56.1(b) | re: statement of facts or counter-statement of facts is missing |
| ____ | 81(d)(1) | re: one attorney for a party; attorney to be an individual, not a firm |
| ____ | 82(c) | re: binding |
| ____ | 83 | re: original / copies missing |
| ____ | 83.1(a)(1) | re: table of contents |
| ____ | 83.1(a)(1)(G) | re: index to appendix / exhibits is missing or in the wrong location |
| ____ | 83.1(b) | re: length of briefs or memoranda |
| ____ | ________ | re:______________________________ |

5. ____ Original affidavit(s) is / are missing [ Rule 56(f), 83 and Appendix H ]

6. ____ Does not comply with General Order No. 32 re: judge's name on all filings

7. ____ No provision in the Rules for the filing of this item

8. ____ ______________________________

Addi
Initials of Deputy Clerk