ORIGINAL

FILED
APR 29 1999
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M. ZEIN<br>c/o Robert W. Thabit,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 99-244C<br>(Judge Andewelt) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SEAN H. LANE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: April 29, 1999

Sean H. Lane

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6288

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 29th day of April, 1999, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Mustafa M. Zein
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, New York 11209

Rosa M. Robinson