ORIGINAL

FILED
MAY 10 1999
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M. ZEIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-244C |
| THE UNITED STATES, | ) | (Judge Andewelt) |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER SEAL

Defendant, the United States, hereby responds to plaintiff's motion to file complaint under seal (the "Motion"). The United States takes no formal position on the Motion. Accordingly, defendant neither opposes nor consents to the relief requested by plaintiff in the Motion.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

Kirk T. Manhardt / by Harold D. Lester, Jr.
KIRK T. MANHARDT
Assistant Director

Sean H. Lane
SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

MAY 10, 1999

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of May, 1999, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER SEAL" addressed as follows:

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, N.Y. 11209

Rosa M. Robinson