ORIGINAL

4

FILED
JUN 7 1999
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MUSTAFA M. ZEIN, Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 99-244C
(Judge Andewelt)

DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant respectfully requests an enlargement of time of 14 calendar days, to and including June 3, 1999, within which to respond to plaintiff's motion to file appendix to complaint under seal (the "Motion"). Defendant's response to the Motion is presently due May 20, 1999. This is defendant's first request for an enlargement of time. Government counsel has informed plaintiff of this motion and represents that plaintiff does not oppose the Court's granting the Government the requested enlargement of time.

The additional time is requested so Government counsel can adequately prepare and file the Government's response to the Motion. Plaintiff's appendix appears to contain documents from a prior proceeding involving Mr. Zein in the United States District Court for the Southern District of New York (the "District Court"). The undersigned counsel needs the requested additional time to consult with the Government counsel who handled the proceeding in the District Court and to determine the status of the documents from those proceedings that are contained in plaintiff's appendix.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

Kirk T. Manhardt/by Harold D. Lester, Jr.
KIRK T. MANHARDT
Assistant Director

Sean H. Lane
SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

MAY 20, 1999

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 20th day of May, 1999, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S MOTION FOR EXTENSION OF TIME" addressed as follows:

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, N.Y. 11209

[signature]

P

# UNITED STATES COURT OF FEDERAL CLAIMS

Docket No. 99-244

TO: Judge Andewelt

FROM: Clerk's Office

The attached was received on 5-20-99 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ________________ [ Rule 83.2 ]

2. ____ Proof of service: [ Rule 5(e) ]
   ____ is missing; ____ is not signed or dated;
   ____ shows service on wrong attorney of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record: ______________________________
   [ Rule 11 and 81(d) ]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 7(b) | re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(d) | re: proposed findings or statement of genuine issues is missing |
| ____ | 56.1(b) | re: statement of facts or counter-statement of facts is missing |
| ____ | 81(d)(1) | re: one attorney for a party; attorney to be an individual, not a firm |
| ____ | 82(c) | re: binding |
| ____ | 83 | re: original / copies missing |
| ____ | 83.1(a)(1) | re: table of contents |
| ____ | 83.1(a)(1)(G) | re: index to appendix / exhibits is missing or in the wrong location |
| ____ | 83.1(b) | re: length of briefs or memoranda |
| ____ | ________ | re: ________________________________________ |

5. ____ Original affidavit(s) is / are missing [ Rule 56(f), 83 and Appendix H ]

6. ____ Does not comply with General Order No. 32 re: judge's name on all filings

7. ____ No provision in the Rules for the filing of this item

8. ✓ No motion on the docket.

Addi
Initials of Deputy Clerk