ORIGINAL

# In the United States Court of Federal Claims

FILED
JUN 7 1999
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M. ZEIN, | * | |
| Plaintiff, | * | No. 99-244C |
| v. | * | (Filed: June 7, 1999) |
| THE UNITED STATES, | * | |
| Defendant. | * | |

## ORDER

The court received in chambers copies of plaintiff's two most recent filings, plaintiff's "Motion to File Appendix to Complaint Under Seal" and "Plaintiff's Memorandum to Defendant Pursuant to Amended General Order # 13." Plaintiff, however, apparently did not file with the Clerk's Office the original and two copies of these filings as required by Rules 5(d) and 83 of the rules of this court. To bring the record up to date, the court will file these documents by its leave. Plaintiff shall file forthwith the originals of these filings. As to all future filings, plaintiff shall comply with Rules 5(d) and 83, which require the parties to "file an original and 2 copies" of each filing "with the clerk of the court."

IT IS SO ORDERED.

ROGER B. ANDEWELT
Judge