ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 7 1999
U.S. COURT OF FEDERAL CLAIMS

By Leave of the Judge

| | |
|---|---|
| MUSTAFA M. ZEIN<br>c/o Robert W. Thabit<br>172 - 82nd Street<br>Brooklyn, New York 11209<br><br>Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA<br>c/o United States Department of Justice<br>10th and Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br><br>Defendant. | Civil Action No. 99-0244-C<br><br>Judge Roger B. Andewalt |

## MOTION TO FILE APPENDIX TO COMPLAINT UNDER SEAL

Plaintiff Mustafa Zein ("Zein") filed a Complaint and Demand for Judgment and a Motion to File Complaint Under Seal in this Court on April 26, 1999. The Complaint seeks redress for injuries Zein suffered and damages he incurred as a result of a breach of contract by the Government of the United States of America. As support for the allegations contained in his Complaint, Plaintiff has compiled a compendium of documents and assembled them into an Appendix ("Appendix"). Plaintiff herein moves this Court to accept the filing of this Appendix under seal.

Plaintiff believes that the United States will take the position that many, if not all, of the documents contained in the Appendix may pose a threat to the national security of the United States were they to be made part of the public record. Additionally, during earlier proceedings in the United States District Court for the Southern District of New York related to the Complaint, the United States Department of Justice requested that all documents and court filings related to the

events affecting Zein and his involvement with the United States government be affected under protective seal.

Accordingly, Plaintiff Mustafa Zein hereby moves this Court to accept the attached Appendix for filing under seal.

Respectfully submitted,

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, New York 11209

Dated: April 27, 1999