ORIGINAL

FILED
JUN 29 1999
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Mustafa M. Zein, Plaintiff, | No. 99-244C |
| v. | (JUDGE ROGER B. ANDEWELT) |
| The United States Defendant. | |

Plaintiff's Memorandum to Defendant pursuant to Amended General Order #13 as advised by the Court's letter to Counsel.

Respectfully submitted,

Mustafa M. Zein
[COR LD NTC] [PRO SE]
c/o Robert W. Thabit Esq.
172-82nd Street
Brooklyn, NY 11209
(212) 682-3481

Mr. Sean H. Lane, Esq.
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Ref: No. 99-244C
Zein vs. U.S.
(Judge Andewelt)

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dear Mr. Lane:

It was a pleasure to speak with you on the phone and I sincerely wish you the best in your endeavor to "familiarize" yourself with the case at hand. In the same sincere spirit, I am sending you this memorandum to assist you in such a task.

I know very well that you, being the lawyer defending the Defendant, the U.S. government, will try your best, the very best, with your colleagues to minimize the Defendant's exposure to the charges contained in the claim which has been filed. I fully understand that NOT in mere sentiments but in actual deeds, I the Plaintiff, have already done it intentionally and knowingly in three areas:

(1) I narrowed all the claims that have been causing me and my family so much harm, to one simple claim, ***A BREACH OF CONTRACT,*** which brought about an avalanche of acute harm that

nearly killed me and a deterioration to my life that has been increasing over time. The rate of entropy increases in time, as the law of physics dictates.

(2) The choice to file the case in the United States Court of Federal Claims instead of a U.S. Federal District Court is also an intentional and knowing choice. Filing in a Federal district Court would **not** only have brought financial indemnities but also indictments against individuals who blatantly violated my civil rights. Filing under the Civil Rights Act of 1983 would have exposed individuals and Government departments (Department of Justice) to the full force of the Civil Rights Act of 1983.

(3) Filing the civil case ***UNDER SEAL*** will provide the U.S. Government relief from being exposed at a time when the U.S. Government is being actively engaged on many fronts, mainly in Europe and the Middle East. The two motions, I filed, and they are still pending consideration by the Court are providing relief for the Defendant, **not** the Plaintiff, in spite of the fact that the Plaintiff has filed them. When I read the government's response takes the position that "neither opposes nor consents," I was really, really amazed. If that is the Government's stand on the issue of filing **under seal**, then why did the same Government which really does not care one way or another fight me tooth and nail for the last six years to

prevent my lawyers from taking a quick glance at the sealed Court records claiming "National Security" was at stake and screaming that the sky was falling?

The appendix is full to the brim with letters from the Government to the Court requesting relief from the Court to instruct me to file **"under seal"** anything pertaining to the sealed record. Who was Mr. Patrick J. Fitzgerald, Assistant U.S. Attorney and on whose behalf was he addressing the Southern District Court in New York?

In harmony with the new Government's position, I am NOT accompanying this memorandum with any motion requesting the Court to file it **"under seal."** The same position of "neither opposes nor consents" concerning the issue of filing **"under seal"** will be maintained by me until I hear otherwise in writing from the Government requesting me to co-jointly file motions to the Court seeking relief to file **"under seal."** The Government can file alone any time and I will not oppose nor condone such a motion. I give you my word on that.

Please understand my position and I assure you that I am not playing hard ball on this issue. I just got tired and fed up with playing the role of "more royal than the King himself." I know and understand the difficulties which your client, the U.S. government has put in your path. I know your burden to line up support for the second motion concerning the appendix after you found no relief whatsoever from the Central

Intelligence Agency. That is why I gave you my consent immediately when you requested two more weeks to respond to the Court on the motion to file the appendix under seal. I truly understand your circumstances.

If, from the very beginning, you are facing such a lack of support on a very, very minor issue which in reality is in the very best interest of the Defendant, the U.S. Government, then where are you going to find support against the very simple claim, ***A BREACH OF CONTRACT,*** filed in this civil action case? The answer is really very simple, **none** will be coming to contradict the claim from any quarter whatsoever because the CIA (the U.S. Government) told the truth in a Court of Law and cannot in any way, shape or form negate the same truth in another Court of Law, the United States Court of Federal Claims. the CIA (the U.S. Government) told the truth, the whole truth plus some, in a Court of Law in the Southern District of New York, against all odds and did not spare the administration at that time one iota or its own former Director, the late William Casey. That is why, I believe, the CIA is not going to get involved in this case.

Please do not misunderstand the hard fight which the CIA waged against me to keep the sealed record untouched. It is routine, part of the intelligence culture in Washington, D.C. which I did not take personally in any way. The CIA's over

protectiveness even barred any access in many instances to the U.S. Congress. I have included several editorials and articles pertaining to this issue of over protectiveness in the appendix.

The CIA put up a hard fight and I put up an even harder one until the CIA saw "the writing on the wall" and finally came to understand. It eventually withdrew from the ring of combatants. It was the very right and conscientious thing to do. The CIA (the U.S. Government) was my star witness in Court in an unprecedented way.

This can only happen when officers of great integrity and pure conscience stand up and declare the truth, the absolute truth for no gain whatsoever. To testify against one's own government and being part of the same government at the same time is a very, very conscious act to the very extreme especially when a loss of status (not gain) is involved. They did it and God Willing, they will do it again. I am absolutely certain of this simple and actual fact without any shadow of a doubt.

The CIA was not alone in its resistance, the Department of Justice was the spearhead, each for a completely different reason. The CIA was not trying to protect the agency from exposure of any wrong doing like the Department of Justice who blatantly broke many laws by obstructing justice, committing forgery in the middle of the night and kept covering up the

forgery when after being exposed in the memorandum to the Court of June 20, 1997 and on September 16, 1997 when I faced the Government in Court. The Government came to Court as usual, empty handed and not even a written word was handed in reply to my memorandum to the Honorable Judge. That is why the Justice Department is standing alone holding the bag in Court. The CIA does not wish to give any impression whatsoever to any one that it is hiding anything pertaining to this case to save its skin or was somehow involved in any way in loading the computer with falsified records in the middle of the night on February 7, 1991, to mark me as a convicted criminal. A consent or a letter from the CIA to the Department of Justice urging or condoning to maintain the seal of this case in Court might have given that impression. The CIA in this case is standing tall, smelling like a rose as I mentioned in the appendix. The Department of Justice should have taken this hint to heart.

My words may seem blunt and very harsh but I beg your pardon if I ask you to reflect on the following two questions:

1. Why a Defendant in a criminal case who was found innocent by the Judge in a Court of Law ***in Camera*** is still being portrayed in public as a convicted felon with a criminal record?

The absolute proof of innocence is not only found in the sealed record of 1988 but is also found confirmed in the sealed court proceedings of September 16, 1997.

Please open the sealed court proceedings of September 16, 1997 to page 23 line 12 where the Defendant is speaking to the Honorable Judge John E. Sprizzo:

> **"You said you are the only innocent in my court." quote/unquote.**
>
> **The Court: "Maybe I got carried away by the emotion of the moment."**

I then answered this very statement on October 3, 1997 in a memorandum to the Honorable Judge, second paragraph page 131 in the appendix filed, of which you have a copy:

"It was conscience, the same voice which spoke through your mouth in Court in 1988, **not** emotions, as you, your Honor, explained when I quoted you during the conference on September 16, 1997."

Please observe how the Honorable Judge **not** only is testifying to my innocence but confirming also the U.S. Government's heinous crime of falsifying the criminal dockets.

The second question is:

"Why would a person, any person, keep his or her peace and ***not*** scream his lungs out in public against such blatant injustice, unprecedented in any judicial proceeding in the justice system of the United States of America?"

That is why it makes the act of forgery committed fifteen minutes after midnight on February 2, 1991 as recorded by the

computer on top of page 1 of Criminal Dockets a heinous crime. The motive of this heinous crime was to tie the Judge's hand by making him look as if he pronounced a conviction which he refused to pronounce but asked me to agree to pretend that I was sentenced to save lives and to be vacated later. That is why no criminal record was ever loaded in the computer in 1988, 1989 or 1990. The second reason was that this heinous crime was committed as a reaction to the Washington Post Op Ed Article, which I wrote and was published on Sunday, page 99 of the appendix, on December 16, 1990. An article which caused fear to fill some hearts. When fear takes a grip on the brain, it shuts down the intelligence centers of reason and logic. It only leaves the carnal mind, which is reactive in nature, to function where reason and logic do not exist in its domain.

In layman's terms it is called stupidity. Marking me as a convicted felon publicly and falsely is the cruelest thing anyone can do to a fellow human being who never uttered a public word to harm the Government, which betrayed and incarcerated me. It has robbed me of the means of making a living but in spite of all that I shall, God Willing, after the case is fully resolved, deal with this stupidity discretely as the Honorable Judge advised me in Court on September 16, 1997. His advice was to come back to his Court and file a motion to vacate the conviction that never was. I, the Plaintiff, will do that to save the Defendant, the U.S. Government (the Justice

Department) from further liability and accountability thus eliminating any investigation or indictments against individuals who intentionally, knowingly and deliberately perpetrated such a heinous crime with a deliberate motive to further harm me in the cruelest possible manner while I was conducting multi-million dollar business transactions. The most demeaning robbery is not to rob some one's possessions but to rob one's ability to make an honest living. The U.S. Government did both but I shall leave it at that and go no further.

In your endeavor to get familiar with this case, the issue of the claim, a breach of contract, cannot be negated by any agency of the U.S. Government but on the contrary it has been confessed to and confirmed in a Court of Law by the Defendant, the U.S. Government, and will only leave you as a lawyer defending the Defendant with **one** and only **one** issue, the statute of limitations. This very issue has been closed and shut solid by no other than the U.S. Court of Federal Claims.

In the case No. 90-2510V, filed in the United States Court of Federal Claims, the opinion of the Honorable Judge Marian Blackhorn was filed on February 25, 1994 on the subject of the "doctrine of equitable tolling." The Honorable Judge stated:

> **"The doctrine of equitable tolling allows a plaintiff to avoid a state of limitations if, despite all due diligence, a Plaintiff**

> is unable to obtain vital information bearing on the existence of the claim."

The Honorable Judge further stated:

> "Courts have allowed a party to sustain a time-barred claim under the doctrine of equitable tolling in cases such as when a claimant has pursued judicial remedies by filing a defective pleading during a statutory period or when the Complainant has been induced or misled by an adversary's Misconduct into allowing the dead time to pass."(emphasis added)

In another case No. 96-740C, the United States Court of Federal Claims, in the opinion of the Honorable Judge Lawrence S. Margolis, filed on December 16, 1997, states:

> "Plaintiff bears the burden of establishing all jurisdictional requirements, including compliance with the six-year statute of limitations, and must do so by a preponderance of the evidence."

The evidence was partially obtained on September 16, 1997 plus the permission from the Honorable Judge to use the concealed evidence (sealed court record) in a Court of Claim case. Then, seven months were spent to find "whether there was a way to resolve this matter without requiring the intervention

of the Court," as stated by the Assistant United States Attorney, Mr. Patrick J. Fitzgerald, in his letter to the Court on January 20, 1998. Please see appendix, page No. 142. When all efforts failed, I filed on April 26, 1999, much earlier than the permitted six years from the date of January 20, 1998 when I was finally able to get some relief from the Court in my persistent struggle against the U.S. Government who was and still is concealing the evidence under the guise of National Security which it no longer cares about, as seen by the response of the government to the motion pending in the United States Court of Federal Claims to litigate the case ***"under seal."***

For the clock of a statute of limitation to start ticking, there must be a beginning and an end to be established first, then the six years can be added to establish the period of a statute of limitations.

My Case No. 99-244C, Mustafa M. Zein v. the United States is directly related to Case No. 88 CR. 99 (JES) United States vs. Zein, which has not ended yet. No bullying tactics **nor** forgeries of judicial records in the middle of the night can make it end or go away, ***period.***

I have heard lawyers talk among themselves many times about the similarity of a case as being in a high stakes poker game. I know how to play poker very well but I do not consider this case before a Court of Law, as a game. Nevertheless, let

us consider it a poker game. A good player never, never tries to bluff his way in a very high stakes game because there is always a fool playing that will call the bluff. In this game, which I do not consider a game in any way, shape or form because it involves lives, I chose intentionally to play my hand with the cards in my hand wide open above the table and every time the Government raises its bet, I shall double it while my cards, all my cards are still open above the table, without anger, vindictiveness or hatred against any group or even one single individual.

I am sure the indemnity sought in my case has raised some questions. Seventy-five million dollars were not chosen because it sounds right or out of the blue. I will mention only **one** project, only one project which was signed and sealed but completely lost because of the stigma resulting from the U.S. Government's harmful actions taken against me. Being falsely painted as a convicted felon and the false articles and books leaked by the Government eliminated any chance for me to earn an honest living but attracted many illegitimate deals which could have earned me millions. All these deals netted millions ***not*** to me, but to the U.S. Government. Yes, the United States Government made millions and saved the U.S. Treasury many millions more. At the appropriate time all the details will be revealed. You will also be surprised that even

your own Civil Division won a case in Florida because of my discrete intervention without any personal gain for me.

I only chose one project which I alluded to in the appendix on page 78, the second paragraph. My legitimate fees as a consultant equaled the amount I am claiming in this civil case. The full details were sent with an avalanche of documents to the former General Counsel of the CIA, the Honorable Jeffrey Smith. Mr. Smith has become quite an expert on Middle Eastern affairs as you can see in the enclosed News articles from the appendix, on page 151 and page 152. I wonder if what I sent him has anything to do with it?

Money, however does not bring back lost years. Money cannot erase the scars of deep, very deep wounds. All I am asking is some of my wealth to be given back by the one who deliberately, knowingly and premeditatingly took it all from me.

I have never felt the lack of desire to do business in the commercial world more than the last few years.

Since 1988 I tried my best to recover but to no avail. It looks like that I have grown a big reputation in the shadowy world of big business which includes many intelligence officers of many nationalities at its core. The International Intelligence Community in reality is a very small club, trading their accumulated knowledge to give advantage in the cut throat world of business. A person with a perceived reputation

whether it is true or **not**, to be honest with a personality that always kept one's word regardless of the cost is very attractive. If one adds what has been recorded about this personality in the files of secret agencies like the time he was held hostage for saving the hostages in Jordan in 1970 and even on the verge of death he did not divulge any secret in his mind or betrayed any friend, this person becomes a rare commodity in the market **not** for legitimate deals but very crooked and evil ones through and through. Crooks are very untrusting partners. They always need a middle man whom both sides can trust (like the role I was offered to play in the Iran-Contra Episode). That is why I folded my trading tent and put a sign out ***"Business is closed,"*** and completely retired from the business world in 1995. The True Provider shall provide. I maybe risking being called a foolish dreamer by sending you a page and a half on the subject of Justice and Mercy according to the inner knowledge (science) of certainty in the creed of Abraham, Judaism, Christianity and Islam. The very science that the American Constitution is built upon. The founding fathers who were simple farmers and even slave owners (which was acceptable in their time) transcended their time and place, when they produced such a document that transcended the tribulations and the trials of time and shall stay the same for all time. They were free masons, builders of a Republic which is a proposition for every individual who loves liberty to grow

eventually into a community of brotherhood whose love of the Creator is demonstrated by loving fellowman, male and female and who serves the Creator by serving their fellowman regardless of color, ethnicity or creed.

It is a very tall proposition, don't you think? Nevertheless, it is still a proposition unfolding with great hope that all the pieces in the American Mosaic some day will be united for the common good **not** united only against a common enemy that keeps changing from time to time. It is then and only then, the human spirit in man, male and female, can transcend the temporary physical in its journey to the eternal.

Justice and Mercy were expressed in an ultimate judicial way by the Chief Judge of the United States Court of Federal Claims the Honorable Loren A. Smith, when in describing the Court, she wrote:

> **"It is the obligation of the United States to do right. Every Government can be judged by the degree to which it respects life, liberty and property of its citizens. The United States stands tall among nations because it is a just Nation."**

The Honorable Judge continued further:

> **"However, the Court is a tool of last resort. Where the Government has violated rights it should first attempt to do**

**justice without judicial prompting."**

You and I, as Plaintiff and counsel for the defendant, received a letter from the Court with two requests: (1) to save time and money and (2) to seek ways and means specified in the letter **"that should be employed early in the litigation process."**

I consider you and your colleagues assigned to defend the Government as honorable people for a very simple reason. When individuals are entrusted to defend the treasury of the richest nation on earth which is facing "claims currently estimated in the tens of billions of dollars," these individuals must be very qualified. A qualified individual choosing to serve in the civil service sector for less pay is an honorable individual.

Honorable individuals who are officers of the Court in this case, always seek the truth regardless of who is the beneficiary whether it is the Defendant or the Plaintiff. That is how the Chief Judge, as quoted previously, or any honorable individual views justice in **"A Just Nation."**

Honorable individuals always seek the right path to the truth, a straight path. The shortest distance between two points is a straight line. I have provided you with an appendix that contains this truth but if you wish to go further, please do. You can find it in detail in the office of Mr. Patrick J. Fitzgerald, Assistant U.S. Attorney, Telephone

No. (212) 791-8146. It is stored under lock and key in a grey metallic file cabinet at the right side of his desk. In other words, it is really easily accessible, at your beck and call.

I really do hope, in spite of my frankness, that I helped you familiarized yourself a little with this case. My hand is extended to you in a sincere and goodwill gesture with an invitation for you and me to do what is right in this case. Action alone gives definition and meaning to principles, beliefs, faiths, laws and religions. I hope I do not sound like a self-righteous religious zealot. My carnal mind is flawed as much as the next person's, maybe more, but please look at my deeds and my actual actions. Each individual is defined, more or less not by the empty words uttered by mouth but by his or her actions. A true principle always puts all the emphasis on the do, doing something positive rather than on the **do not**, **not** doing something negative. The first is action and the second is non action.

I wish you the best and may the Most Merciful within you guide your steps and preserve your peace.

Sincerely,

Mustafa M. Zein

May 28, 1999

THE WASHINGTON POST SUNDAY, DECEMBER 16, 1990

# Losing the Rumor War: Why Bush Must Court the Arab Masses

By Mustafa M. Zein

THE DRUMS of war are still beating in the Persian Gulf, and before it is too late, President Bush should speak more clearly to the Arab world—not to the kings and sheikhs and presidents of the various Arab regimes, but to the Arab people themselves.

The reason it is so important for Bush to speak directly to the Arab world is that the perceptions of the United States that are formed now, as the gulf crisis heads toward a climax, may last for a generation—and they are likely to condition how millions of Arabs view the United States and its aims in the confrontation with Iraq.

Thus far, the United States has failed to make clear to ordinary Arabs what its aims are in the gulf. The Arab public instinctively shares the U.S. view that Iraq should leave Kuwait and that the stability of Saudi Arabia and other gulf countries should be maintained.

But the Arab world is full of rumors and theories about American actions, spread by cynics and conspiracy-mongers. These theories are widely believed, and they are creating an undercurrent of support for Saddam Hussein that may, in the end, work to undermine moderate regimes and Western interests in the whole Middle East.

*Mustafa Zein is a Lebanese-born businessman who lives in New York. He served on many occasions during the 1970s and 1980s as an intermediary between the United States and the PLO.*

Here are some examples of what you might hear in the streets and cafes and sitting rooms of the Arab world:

- "The crisis is America's fault. Saddam Hussein would never have dared to invade Kuwait if the United States had made clear beforehand that it was prepared to oppose him."

This theory depends heavily on the transcript of the last pre-invasion meeting between Saddam and the U.S. Ambassador to Baghdad, April Glaspie, released by the Iraqis. Glaspie's statement to Saddam that the United States regarded the Iraq-Kuwait dispute as an Arab problem was widely viewed in the Arab world as a "green light" for Saddam.

But why did America give the green light? This theory goes on to assume that the reason was to induce Iraq to invade Kuwait—and thereby open the way for American occupation of the Saudi oil fields (which the Arabs believe the United States has coveted for the past 20 years).

- "Israel is just waiting for a chance to enter the conflict and occupy Jordan. Then Israel will shift the Palestinians from the West Bank to the East Bank and finish the Palestinian problem once and for all."

This theory reflects that widespread view among the Arab masses that Israel pulls the strings in the Middle East, and that what Israel ultimately wants is to expel the Palestinians from the occupied territories.

- "This is a war against Moslems. The crusaders are back, not only in Jerusalem but in Mecca and Medina!"

To many Moslem fundamentalists, it seems obvious that history is repeating itself. The new crusaders are defiling the three holiest shrines of Islam. Like the crusaders of old, they have come to rob the East of its riches.

> *Arab suspicion of the United States takes root among people who know only the rumors and lies about the United States.*

Common to all three coffee-house theories is a deep suspicion of American motives.

If Saddam is really the problem, wonders the ordinary Arab, then why don't the Americans just finish him off—and save the hundreds of thousands of innocent lives that could otherwise be wasted? But no. Destroying Saddam Hussein is not the real aim. America's goal is to destroy Iraq itself—economically and militarily—in order to control the Mideast's oil and install Israel as the uncontested superpower in the region.

These musings of the Arab man in the street may sound foolish to American ears. But they need to be answered clearly—by President Bush.

I know, from personal experience, how seriously America's words are taken in the Arab world.

In August 1982, I personally carried to Yasser Arafat in Beirut a summary of President Reagan's plan to resolve the Palestinian problem, which became public the next month. Included in my message was an American pledge to guarantee the safety of Palestinian civilians in Lebanon if the PLO withdrew from Beirut. Based in part on those American commitments, the PLO left.

The massacres at the Sabra and Shatilla refugee camps came several weeks later. The killing only stopped when American Embassy officials went to the scene and pressured Israel's Lebanese Christian allies to stop. I carried another message to Arafat, pledging that the United States would never let it happen again, and that U.S. Marines would return to protect Palestinian and Shiite areas in Beirut.

The Marines were greeted with rice and flowers when they entered the Shiite southern suburbs of Beirut. That had changed a few months later to bullets and bombs. Why? Because ordinary people—the man in the street in those Shiite neighborhoods—came to believe that the Americans had broken their promises again. Lebanese militiamen, wearing the uniforms of the Lebanese Army but really still fighting a sectarian war, were crossing U.S. Marine checkpoints at night to kidnap Palestinian and Shiite activists. By April of 1983, 1,200 of them had disappeared from the area supposedly protected by the Americans.

Discovering what had happened to those 1,200 missing people was one of the reasons that the CIA's legendary Mideast expert, Robert Ames, came to Beirut in April 1983. It was his misfortune to be in the American Embassy when it was destroyed by a car bomb on April 18. Among those killed were Ames and Kenneth E. Haas, the CIA station chief who helped stop the Sabra-Shatilla massacre. The tragedy of that day was that the best of the Americans died while trying to save the people who killed them.

Arab suspicion of the United States takes root among people who know only the rumors and lies about the United States. If President Bush truly hopes to build his New World Order, he will need more than the Arab kings and sheikhs and presidents. He will need the Arab people. He should begin talking to them now.

The same Thugs Turned against the LEBANESE army few years later.

99

*** HOS ***
RETIRED '91 CRIMINAL DOCKETS NY-S(NEW YORK CITY) 02/07/91

CR-88-00099-01 US-V-ZEIN CR-88-00099-01 PAGE 1
as of 02/07/91 at 12:15 AM

Judge: JUDGE SPRIZZO
Case Filed: 02/11/88

Defendant:

01 ZEIN, MOHAMMED MUSTAPHA

Dft ID: -23275

Defendant terminated: 06/14/88

| Terminated counts: | Disposition |
| --- | --- |
| USE OF FOREIGN COMMERCE COMM. TO DEMAND RANSOM, 18:875 (1) | (Count 1) JUDGMENT DATED 6-13-88 IS VACATED..TIME ALREADY SERVED. A SPECIAL ASSESSMENT OF $50. IS IMPOSED. DEFT. SHALL REPORT ANY CHANGE OF ANME OR ADDRESS TO THE UNITED STATES ATTORNEY. (07/12/88) |

Offense Level (disposition): FEL

Total Jail: 36 Mo

U S Attorneys:
GOURAIGE, HERVE
791-1917

*** HOS ***

U.S. GOVERNMENT LOSES Case in 1988.
U.S. GOVERNMENT WINS CASE in 1991
By FRAUD, The HEINOUS CRIME OF FORGERY.
People, Get REAL!

[signature]
May 28, 1999

56

*** 105 ***
RETIRED '91 CRIMINAL DOCKETS NY-S(NEW YORK CITY) 02/07/91

CR-88-00099-01 PAGE 2

US-V-ZEIN CR-88-00099-01

PROCEEDINGS

| | | |
|---|---|---|
| 02/11/88 | 1 | Filed waiver of indictment (Dkt'd 02/19/88). |
| | 3 | Filed information (DEFT PRES. (W/ATTY ARTHUR VIVIANI) DEFT APPLIC TO WAIVE INDICIMENT GRANTE,D DEFT PLEADS GUILTY. ALLOCUTION SEALED. HEARING SCHED. 4-22-88 AT 3PM. SENT. DATE TO BE FIXED IN FUTURE.) (JUDGE SPRIZZO) (Dkt'd 02/19/88). |
| | | US Attorney GOURAIGE, HERVE added to case (Dkt'd 02/19/88). |
| | | Defendant's first appearance (JUDGE SPRIZZO) (Dkt'd 02/19/88). |
| | | Arraignment held (Count 1) (JUDGE SPRIZZO) (Dkt'd 02/19/88). |
| | | Defendant enters plea of guilty (Count 1) (JUDGE SPRIZZO) (Dkt'd 02/19/88). |
| | | Order cause referred to the probation department for a pre-sentence investigation (Count 1) (JUDGE SPRIZZO) (Dkt'd 02/19/88). |
| 05/12/88 | 3 | - FILLED ONE (1) ENVELOPE ORDERED SEALE DNAD IMPOUNDED PER ORDER OF JES DATED 5-12-88. (JUDGE SPRIZZO) (Dkt'd 05/24/88). |
| 06/03/88 | 4 | - FILED ONE (1) ENVELOPE ORDERED SEALED AND IMPOUNDED PER ORDER OF JES DATED 5-26-88 (ENDORSEMENT. (JUDGE SPRIZZO) (Dkt'd 06/02/88). |
| 06/16/88 | 5 | Sentencing of defendant (Count 1) (THREE (3) YEARS IMPRISONMENT. A SPECIAL ASSESSMENT OF $50. IS IMPOSED. DEFT SHALL REPORT ANY CHANGE OF NAME OR ADDRESS TO THE UNITED STATES ATTORNEY. MOHAMMED MUSTAPHA ZEIN, M.C.C. NEW YORK N.Y. THE COURT ORDERS COMMITMENT TO THE CUSTODY OF THE ATTORNEY GENERAL AND RECOMMENDS. DEFT VOLUNTARILY SURRENDER 7-13-88.) (JUDGE SPRIZZO) (Dkt'd 06/16/88). |
| | | Issued judgment and commitment to U.S. Marshal (Count 1) (JUDGE SPRIZZO) (Dkt'd 06/16/88). |
| | 6 | - FILED ONE (1) ENVELOPE ORDERED SEALED AND IMPOUNDED PER ORDER OF JES DATED 6-10-88 (SENTENCEING MEMO & APPENDIX). (JUDGE SPRIZZO) (Dkt'd 06/22/88). |
| 06/20/88 | | - DOCKETED AS A JUDGMETN #88,1203 ON 6-20-88. (JUDGE SPRIZZO) (Dkt'd 06/24/88). |
| 07/12/88 | | Issued judgment and commitment to U.S. Marshal (Count 1) (JUDGE SPRIZZO) (Dkt'd 07/21/88). |
| | | - DOCKETED AS A JUDGMENT #88,1349 ON 7-12-88. (JUDGE SPRIZZO) (Dkt'd 07/21/88). |
| 07/28/88 | 7 | Motion filed (MOT#1) (NOTICE OF MOTION FOR RECOMMENDATION AGAINST DEPORTATION AND EXCLUSION, ETC.) (JUDGE SPRIZZO) |

57

*** JDS ***
RETIRED '91 CRIMINAL DOCKETS NY-S(NEW YORK CITY) 02/07/91

CR-88-00099-01 PAGE 3
US-V-ZEIN CR-88-00099-01

PROCEEDINGS

| | | |
|---|---|---|
| | | (Dkt'd 07/28/88). |
| | 9 | Memorandum in support of motion (MOT#1) (FILED MEMO. OF LAW IN SUPPORT OF DEFT'S REQUST FOR AN ORDER PUR TO 8 USC SECTION 1251(B)(2).) (JUDGE SPRIZZO) (Dkt'd 07/28/88). |
| 08/02/88 | 11 | - FILED ONE (1) ENVELOPE ORDERED SEALED AND IMPOUNDED PER ORDER OF JES DATED 6-13-88. CONTENTS: TRANSCRIPT PGS 1-5. (JUDGE SPRIZZO) (Dkt'd 05/11/88). |
| | 12 | - FILED ONE (1) ENVELOPE ORDERED SEALED AND IMPOUNDED PER ORDER OF JES DATED 6-10-88. CONTENTS: TRANSCRIPT PGS 1-79. (JUDGE SPRIZZO) (Dkt'd 08/11/88). |
| | 13 | - FILED ONE (1) ENVELOPE ORDERED SEALED AND IMPOUNDED PER ORDER OF JES DATED 6-2-88. CONTENTES: TRANSCRIPT PGS 1-17. (JUDGE SPRIZZO) (Dkt'd 08/11/88). |
| 08/03/88 | 10 | Order filed (FILED RECOMMENDATION AGAINST DEPORTION AG AND EXLUSION AND ORDER PURSUANT TO 8 UCS SECTION 1251 (B)(2), ETC.) (JUDGE SPRIZZO) (Dkt'd 08/08/88). |
| 08/17/88 | 14 | - FILED ONE ENVELOPE ORDERED SEALED AN D IMPOUNDED PER ORDER OF JES DATED 7-29-88. (JUDGE SPRIZZO) (Dkt'd 08/24/88). |

..........................................................................

End of docket

58

# 101

## *Justice and Mercy*

It is apparent and obvious for a detached observer to note and see that life is not fair in our physical world. It is more or less a jungle full of predators where the strong devours the weak. It is a world of duality, NOT positive vs. negative but the more negative vs. the less negative where both are less and lacking. Therefore, where is Divine Justice and Mercy? The only logical and reasonable conclusion is that Divine Justice and Mercy are cut off from our physical world's manifestation giving the appearance that there is no God watching and dispensing Justice and Mercy to his creations. If there is Direct Divine Justice then why the wicked in our world are allowed to even exist?

There is a scientific (knowledgeable) reason for the Cut-off of direct Divine Justice and Mercy and why it has been deferred to a later date where every life has to account for its deeds. If Divine Justice and Mercy were directly present in the laws of physical creation, life would have stopped dead in its track at the level of one plant cell in the ocean and gone no further. The plant cell gets its energy from sunlight and the minerals from the sea. If Justice and Mercy of the Divine which are Absolute in their nature were instituted in physical law, then NO LIFE would have been permitted to devour (kill) another life in order to exist. All life in all its diversities could not flourish without the sacrifice of one life for another life done unconsciously. Our world is a world of consumption, consume and be consumed in a manner that has been extremely well organized in a live and let live mode of coexistence. Any organism that becomes pathogenic living only for oneself and oneself only is eventually destroyed by physical Nature one way or another, sooner or later. If Justice, Mercy and Compassion are not to be found in the physical laws of Nature then who is the vehicle to dispense them on behalf of the Creator in a temporary existence like ours? On Earth, this beautiful living biosphere, a covenant was made to make Man, male and female, to be the dispenser of Justice, Mercy and Compassion on behalf of the Creator. Whoever prevents Justice and Mercy from coming out of himself/herself to fellow human beings and Nature in general has removed himself from the Divine Mercy of the Creator.

Refusal to disperse Justice and Mercy in a world without Justice and Mercy, the person is DAMNED, cutoff from Divine connection and doomed at the same time.

It is as simple as that!

Man's function on Earth is to guard and preserve life in all its forms by Mercy and Compassion in order to institute Justice, which is an equal opportunity to evolve and advance consciously and freely. Freedom carries in its function (meaning) accountability and responsibility. To ask for the Mercy of God, man had to ask himself first whether he/she is projecting mercy from within in thought and deed. The question on earth is not: where is the Merciful God? The real question is: where is the merciful man, male and female, the very vehicle of Divine Mercy?

"And we shall show them Our signs in the horizons and in themselves." The Divine is within, a great potential in every single individual. The responsibility to dispense justice and mercy is heaviest on those who are assigned by vocation to dispense justice and mercy in our court and judicial system.

**MEMORANDUM**

April 21, 1999

Mr. Michael Martinez, Esq.
Thompson Hines and Flory LLP
1920 N St. N.W., Suite 800
Washington, D.C. 20036

**RE: ZEIN vs. U.S. GOVERNMENT**

Dear Michael:

After much thought and deliberation, I am left with one option in order to overcome the present hurdle of filing the lawsuit with the enclosure which contains some of the sealed Court record. As you explained to me, that you would first require permission of the Honorable Judge John E. Sprizzo in New York to file any part of the sealed record which would have taken time, which I can no longer afford. The only option to speed up the matter is that the lawsuit be filed ***Pro Se*** under my own name.

I believe that the Honorable Judge Sprizzo has already given me that permission during Court proceedings on September 16, 1997 when I addressed his Court ***in camera*** and delivered all the relevant documents which were immediately sealed at the request of the Assistant U.S. Attorney. I was representing myself, ***Pro Se***, because the U.S. Government made it practically impossible for my lawyers to address the Court by withholding the evidence needed in their argument and using the crutch of National Security in order to issue security clearance for my lawyers which would surely have taken endless time.

Therefore, I am filing the lawsuit ***Pro Se*** for the time being in order to alleviate any responsibility on your firm's part. If anyone from any quarter wishes to make an issue out of this filing, he/she is more than welcome. The U.S. Government in spite of all the generous deeds I have accomplished through the

years, has withheld Justice from me. I, in turn, cannot and will not withhold mercy. By filing ***Under Seal*** to protect American National Security and American National Interest is by itself an act of mercy, in my opinion. I really do hope this act of mercy is not misunderstood or abused.

May the Most Merciful always guide you and preserve your peace.

Most sincerely yours,

Mustafa M. Zein

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------------------------X

MUSTAFA M. ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, New York 11209

Plaintiff,

-v-

UNITED STATES OF AMERICA
c/o United States Department of Justice
10th and Pennsylvania Ave., N.W.
Washington, D.C. 20530

Defendant.

---------------------------------------------------X

99-244 C

Civil Action NO.

**MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiff Mustafa Zein ("Zein") has prepared the attached Complaint and Demand for Judgment (the "Complaint") in an attempt to achieve redress for injuries he suffered and damages he incurred as a result of a breach of contract by the Government of the United States of America. Plaintiff believes that the United States will take the position that the factual events giving rise to the Complaint potentially may pose a threat to the national security of the United States were the information set forth in this litigation to be publicly available. Additionally, during earlier proceedings in the United States District Court for the Southern District of New York related to the attached Complaint, the United States Department of Justice requested that all documents and court filings related to the events affecting Zein and his involvement with the United States government be affected under protective seal.

Accordingly, Plaintiff Mustafa Zein hereby moves this Court to accept the attached

Complaint for filing under seal.

Respectfully submitted,

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, New York 11209

Dated: April 26, 1999

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Rec'd 5/12/99 RWT

| | | |
|---|---|---|
| MUSTAFA M. ZEIN,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 99-244C<br>(Judge Andewelt) |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER SEAL

Defendant, the United States, hereby responds to plaintiff's motion to file complaint under seal (the "Motion"). The United States takes no formal position on the Motion. Accordingly, defendant neither opposes nor consents to the relief requested by plaintiff in the Motion.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

Kirk T. Manhardt / by Harold D. Lester Jr.
KIRK T. MANHARDT
Assistant Director

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

MAY 10, 1999

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---X

MUSTAFA M. ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, New York 11209

Plaintiff,

-v-

UNITED STATES OF AMERICA
c/o United States Department of Justice
10th and Pennsylvania Ave., N.W.
Washington, D.C. 20530

Defendant.

---X

Civil Action No. 99-0244-C

Judge Roger B. Andewelt

## MOTION TO FILE APPENDIX TO COMPLAINT UNDER SEAL

Plaintiff Mustafa Zein ("Zein") filed a Complaint and Demand for Judgment and a Motion to File Complaint Under Seal in this Court on April 26, 1999. The Complaint seeks redress for injuries Zein suffered and damages he incurred as a result of a breach of contract by the Government of the United States of America. As support for the allegations contained in his Complaint, Plaintiff has compiled a compendium of documents and assembled them into an Appendix ("Appendix"). Plaintiff herein moves this Court to accept the filing of this Appendix under seal.

Plaintiff believes that the United States will take the position that many, if not all, of the documents contained in the Appendix may pose a threat to the national security of the United States were they to be made part of the public record. Additionally, during earlier proceedings in the United States District Court for the Southern District of New York related to the Complaint, the United States Department of Justice requested that all documents and court filings related to the

events affecting Zein and his involvement with the United States government be affected under protective seal.

Accordingly, Plaintiff Mustafa Zein hereby moves this Court to accept the attached Appendix for filing under seal.

Respectfully submitted,

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, New York 11209

Dated: April 27, 1999

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Rec'd 5/24/99

| | | |
|---|---|---|
| MUSTAFA M. ZEIN, Plaintiff, | ) | |
| v. | ) | No. 99-244C (Judge Andewelt) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant respectfully requests an enlargement of time of 14 calendar days, to and including June 3, 1999, within which to respond to plaintiff's motion to file appendix to complaint under seal (the "Motion"). Defendant's response to the Motion is presently due May 20, 1999. This is defendant's first request for an enlargement of time. Government counsel has informed plaintiff of this motion and represents that plaintiff does not oppose the Court's granting the Government the requested enlargement of time.

The additional time is requested so Government counsel can adequately prepare and file the Government's response to the Motion. Plaintiff's appendix appears to contain documents from a prior proceeding involving Mr. Zein in the United States District Court for the Southern District of New York (the "District Court"). The undersigned counsel needs the requested additional time to consult with the Government counsel who handled the proceeding in the District Court and to determine the status of the documents from those proceedings that are contained in plaintiff's appendix.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

Kirk T. Manhardt/by Harold D. Foster, Jr.

KIRK T. MANHARDT
Assistant Director

Sean H. Lane

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

MAY 20, 1999

Attorneys for Defendant

# In the United States Court of Federal Claims

No. 99-244 C

MUSTAFA M. ZEIN

FILED APR 27 1999

v.

THE UNITED STATES

NOTICE OF ASSIGNMENT TO:

Judge Roger B. Andewelt

Pursuant to Rule 77(f) this case has been assigned to the above Judge for the conduct of proceedings pursuant to the rules of this court. Careful consideration and observance by counsel of the rules of the court and the orders of the judge applicable to the various steps required for the prosecution of the case will enable the judge and the clerk of court to assist counsel in the expeditious disposition of the case with a minimum of time and expense. Counsel's attention is called to Appendix G to the Rules, which govern proceedings before trial, and has application in every case unless an order is entered providing otherwise. As to the duplication, form and size requirements and number of copies of papers to be filed, see Rules 82 and 83. As to service, see Rule 5. All matters are to be brought to the attention of a judge unless specifically requested.

Also, counsels' attention is called to Amended General Order #13 that implements three methods of Alternative Dispute Resolution: Settlement Judges, Mini-Trials, and Third-Party Neutrals. The methods are both voluntary (i.e. both parties must agree to use the procedures) and flexible, and should be employed early in the litigation process.

The United States is requested to promptly file written notification of the name, address and telephone number of assigned counsel in accordance with Rule 81(d)(3).

Pursuant to General Order 32: "In pleadings and papers other than the complaint, the name of the judge assigned to the case shall appear under the docket number."

Margaret M. Earnest

Margaret M. Earnest, Clerk

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 28th ______ day of May,, 1999, I caused to be placed in the United States mail (first-class mail) three copies of "Plaintiff's Memorandum to Defendant," pursuant to Amended General Order #13 addressed as follows:

Mr. Sean H. Lane, Esq.
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.

and two copies to the court addressed as follows:

The Honorable Roger B. Andewelt
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Mary Lou Jensen
Mary Lou Jensen

Sworn to before me on this
28th day of May, 1999

Robert W. Thabit
Notary Public

ROBERT W. THABIT
Notary Public, State of New York
No. 24-3958025 Qual. Kings County
Certificate Filed in New York County
Commission Expires September 30, 19 99