ORIGINAL

FILED
JUN 2 9 1999
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

By leave of the Judge

MUSTAFA M. ZEIN,
Plaintiff,
v.
THE UNITED STATES,
Defendant.

No. 99-244C
(Judge Andewelt)

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO FILE APPENDIX TO COMPLAINT UNDER SEAL

Defendant, the United States, hereby responds to plaintiff's motion to file appendix to complaint under seal (the "Motion"). The United States takes no formal position on the Motion. Accordingly, defendant neither opposes nor consents to the relief requested by plaintiff in the Motion. However, the United States notes that to the extent that information contained within the appendix is covered by a protective order issued by Judge John E. Sprizzo in United States v. Mustafa Zein, No. 88 Cr. 99 (January 23, 1998 S.D.N.Y.), such information is currently prohibited from disclosure by that order.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

Kirk T. Manhardt / by Harold D. Lester, Jr.

KIRK T. MANHARDT
Assistant Director

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

JUNE 3, 1999

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of June, 1999, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE APPENDIX TO COMPLAINT UNDER SEAL" addressed as follows:

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, N.Y. 11209

Rosa M. Robinson

D

# UNITED STATES COURT OF FEDERAL CLAIMS

Docket No. 99-244

TO: Judge Andewelt

FROM: Clerk's Office

The attached was received on 6-3-99 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [ Rule 83.2 ]

2. ____ Proof of service: [ Rule 5(e) ]
   ____ is missing; ____ is not signed or dated;
   ____ shows service on wrong attorney of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record: ____________
   [ Rule 11 and 81(d) ]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 7(b) | re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(d) | re: proposed findings or statement of genuine issues is missing |
| ____ | 56.1(b) | re: statement of facts or counter-statement of facts is missing |
| ____ | 81(d)(1) | re: one attorney for a party; attorney to be an individual, not a firm |
| ____ | 82(c) | re: binding |
| ____ | 83 | re: original / copies missing |
| ____ | 83.1(a)(1) | re: table of contents |
| ____ | 83.1(a)(1)(G) | re: index to appendix / exhibits is missing or in the wrong location |
| ____ | 83.1(b) | re: length of briefs or memoranda |
| ____ | ________ | re: ____________ |

5. ____ Original affidavit(s) is / are missing [ Rule 56(f), 83 and Appendix H ]

6. ____ Does not comply with General Order No. 32 re: judge's name on all filings

7. ____ No provision in the Rules for the filing of this item

8. ✓ No motion on the docket.

Addi

Initials of Deputy Clerk