ORIGINAL

# In the United States Court of Federal Claims

FILED
AUG 2 1999
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MUSTAFA M ZEIN, Plaintiff, | |
| v. | No. 99-244C |
| THE UNITED STATES, Defendant. | (Filed: August 2, 1999) |

## ORDER

On July 14, 1999, the court received in chambers plaintiff's motion to withdraw its motions to file under seal both the complaint and the appendix to the complaint, and plaintiff's memorandum in support thereof. On July 19, 1999, the court received in chambers plaintiff's response to defendant's motion to dismiss. Plaintiff's motion to withdraw and memorandum in support thereof, and plaintiff's response to defendant's motion to dismiss shall be FILED THIS DAY. Plaintiff shall direct all future filings to the Clerk's Office in accordance with RCFC 5(d).

Before the court rules on any pending motions, the court will give defendant until August 23, 1999, to identify any portions of the complaint or any documents contained in the appendix to the complaint that defendant believes should not be made part of the public record. If the court does not receive any objections from defendant by August 23, 1999, the court will file the complaint and the appendix thereto in the public record.

IT IS SO ORDERED.

ROGER B. ANDEWELT
Judge