ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 2 1999
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

| | | |
|---|---|---|
| Mustafa M. Zein, Plaintiff, | | Civil Action No. 99-244C |
| v. | | (JUDGE ROGER B. ANDEWELT) |
| The United States, Defendant. | | Date: July 8, 1999 |

PLAINTIFF'S MEMORANDUM TO COURT IN RELATION TO MOTION TO WITHDRAW:

1. Motion to file Complaint UNDER SEAL, and
2. Motion to file Appendix to Complaint UNDER SEAL from consideration.

---

The Law guarantees the right of the accused (Defendant) to face directly his/her accuser (Plaintiff) in any Court of Law. Therefore, the very same right should apply to the Plaintiff also to face the Defendant (the accused) in a direct manner in Court because both, Plaintiff and Defendant are equal in the eyes of the court until the case is decided or resolved by a Judge or Jury one way or anther.

In order for the Defendant and the Plaintiff to face each other, both have to be identified and revealed to each other

and to the Court litigating the case in name, personality and address, a complete identity.

The Plaintiff's complete identity is known to the Court and to the Defendant but only a partial identity of the Defendant is known. No actual personalities or personality is attached to the name of the Defendant. There has to be a personality with complete identity posing as Defendant in this case making vital decisions, giving instructions, and information to the Honorable Attorneys defending the Defendant. This is especially true when the Defendant is no longer the same Defendant who originally caused all the harm in this case but a new one who still is liable and accountable under the law as much as the original.

The Plaintiff in this case is left to face an abstract without any real identity (a personality).

The U.S. Government is a vast labyrinth of long corridors of enormous powers and unlimited resources. This super power cannot only overwhelm a layman who has been forced to address a high Court of Law pro se but completely devastates a battery of well-experienced lawyers of the highest caliber.

The Plaintiff is accountable under the law to address the Court in truthful manner devoid of misrepresentation, lying or deceit to mislead.

So the Defendant in this case is equally accountable. Dealing only with a phantom without a personality which is identifiable like the Defendant in this case has put the

Plaintiff at a great and unfair disadvantage. the Defendant is really unknown in this case covering the whole Executive Branch in the U.S. Government giving opportunity to whoever is posing as Defendant giving instructions to the Honorable Lawyers defending the Defendant can literally get away with murder without any accountability. An abstract name, the U.S. Government, cannot be personally accountable to any criminal offense because it lacks an identified personality.

In other words, it is impossible to put in jail the U.S. Government, but one can make it pay for faults and crimes committed by its members. That is why it is imperative and very vital in this case of Civil Action No. 99-244C for all concerned especially the Lawyers for the Defendant to keep for themselves written records of who decided what and when and keep a very keen focus of what they sign their names on because it really involves many lives, American lives. Lawyers for the Defendant are **not** absolved in any shape or manner when they ignore the obvious and put their names with their signatures on opinions related to the Defendant that may pose a threat to the National Security and National Interest. The Lawyers for the Defendant in this case are not private lawyers, but civil servants first and last. "I was only following instructions" does not cut the mustard in this day and age any more, **not** in a democratic country of the highest rank.

To prove the actual facts mentioned above beyond any shadow of a doubt, Plaintiff invites all concerned to examine

carefully what has been filed in Court, so far and how some of the material may **not** pose but definitely will pose a threat to the National Security of the United States.

Furthermore, Plaintiff invites all concerned to observe the very reckless, irresponsible and very deceitful manner which the Defendant has displayed openly and under the watchful eyes of the Court in dealing with matters of National Security and National Interest imbedded in this case. The Defendant's behavior projected by its stand, "taking no position" and "neither opposes nor condones" on the very issues of National Security and National Interest is very frightening to say the least. The Defendant has completely abdicated its responsibility to defend and protect the safety of the American Public (National Security) and the common wealth (the combined wealth of the Nation) as known as the National Interest. In other words, the Defendant is betraying the public trust which is made of public wealth and public safety **not** public morality.

I am not taking about which part of the human anatomy was touched or explored. What I am really talking about is how the military of the United States will be effected with accusations of crime against humanity, how the civil division will be assaulted by an avalanche of civil cases from foreign and national personalities costing the treasury billions upon billions of dollars and last but not least, how few degenerate terrorists can turn major cities in America and Israel into desolate wasteland, radio active for the next five thousand

years. That is what's at stake and what is actually in the appendix and the events arising in the complaint. I wonder how any one with any kind of intelligence could miss all the above mentioned which was written in plain English in these documents. If the Defendant wishes to make all these facts publicly available, the Plaintiff's response is: "Go ahead, knock yourself out."

If not, then the only way for the Defendant is to step up instantly to its sacred and solemn responsibility and immediately move the Court seeking relief as his duty dictates to protect the National Security and National Interest.

And please stop being cute by such statements, "the United States takes no formal position" and "Defendant neither opposes nor consents .... etc.," statements of such pure unadulterated nonsense and utter stupidity.

In order to flush out into the light the ones who are trying to play a very dangerous game using this case in Court as a tool, Plaintiff will take it item by item. This is the only way that no one involved in this case can claim ignorance not even an absolute idiot will be able to take refuge for not knowing.

1. <u>The American Military Establishment.</u>

Any keen observer reading the article in the Washington Post which was written by me and which triggered the forgery of the Court dockets on February 2, 1991 will conclude the following.

A) "The 1,200 missing people" who were abducted literally from their beds in the middle or many nights are part of a big and covert operation. Their abduction would have been impossible without the assistance of the American Military presence who had the sole responsibility of protecting the area where "the missing people" were snatched and never, never surfaced again. It will become more obvious when a keen observer connects the rest of the information UNDER SEAL that Bob Ames (the CIA) and I were trying to stop it and rescue the Lebanese and Palestinian abductees. A keen observer will finally conclude the reason and the cause of such outbursts against the American presence in Lebanon which caused many lives to perish including the American Marines and the people in the destroyed American Embassy.

Finally, it will become clear to all the reason which prevented this present Government to refuse signing the protocol of the Hague establishing the tribunal to handle the trials for crimes against humanity. By signing, the United States Government would have its military being hunted like the criminals now being hunted in Serbia today.

The incident in Lebanon is an open and shut case against the Pentagon especially when one connects the information pertaining to the military Black Project which trained thousands and thousands of Americans and non-Americans in the Art and Science of completely eliminating people with leftist tendencies, "ideological cleansing." The war against the evil

empire was in full swing. Oliver North was a graduate of the Black Project which was known as the "X" Project and the Phoenix Project in Vietnam.

2. <u>The Bomb in Beirut.</u>

The pro American thugs who placed it were financed and trained by the American Government in accordance with a presidential finding prepared by Oliver North and signed by President Reagan. The same bomb was designated to eliminate me while I was walking literally in the midst of land mines dodging bullets and mortars in Beirut to save the American hostages. A cabinet member of the American Government made a deathbed confession to it.

3. <u>The Breach of Contract.</u>

The Breach in this case is much more than a financial contraction. It was an outright sabotage to undermine a successful plan which bore fruit to release the American hostages in Beirut. If the breach did not take place, the American hostages would have been released early and Terry Anderson would have saved six years of captivity and utter suffering and so would his colleagues in captivity.

4. <u>The Poor-man's Bomb.</u>

Law enforcement and intelligence agencies do not dread the so-called chemical or biological weapons as much. They dread this bomb mentioned in the appendix on page 78. It does not take a rocket scientist to make it. Any slob like the ones who nearly destroyed the World Trade Center can do it.

Plaintiff is not uncovering any of the above for the first time; but a high profile case with News media starving for flesh and blood in an election year will trigger the catastrophe. Repeating and repeating News items trying to gain ratings as it i s being done now will surely awaken degenerate personalities full of hate and anger to execute what is being displayed on the airwaves around the world.

And if one wishes to count the effected people who died and were harmed because of all these activities which make the U.S. Government liable and accountable under the laws of the United States not foreign laws, the bill will be staggering.

Plaintiff invites all concerned to try and calculate the cost.

Recent judgment by a U.S. District Court in Washington D.C. awarded an American family One Hundred Seventy Million Dollars against the Islamic State of Iran. Their daughter was killed in a bomb blast while touring Israel. The incident took place in Gazah. All the Plaintiff had to prove in the American Court was that Iran was financially supporting the group that placed the bomb.

All lives have equal value in the eyes of God and every conscious human being.

Multiply the Hundred Seventy Million Dollars by eighty who were killed in Beirut by an American trained and financed group who was established by a presidential finding and multiply the Hundred Seventy Million Dollars by the 1,200 who were abducted

from the American protected area in Beirut and never been found again, the picture becomes crystal clear and even the blind can see.

Plaintiff can even write volume upon volume, but will go no further than this. Fulfilling the promise to keep the cards opened and above the table, Plaintiff is enclosing a confidential memo prepared before the filing of the case, dated on March 4, 1999, and addressed to his attorneys concerning strategy for action. In other words, how Plaintiff wishes to conduct the ways and means of the litigation in Court.

Plaintiff hopes that it may shed additional light.

Respectfully submitted,

Mustafa M. Zein
c/o Robert W. Thabit Esq.
172-82nd Street
Brooklyn, NY 11209
(212) 682-3481

Dated: July 8, 1999

March 4, 1999

Mr. Michael Martinez, Esq.
Thompson Hine and Flory LLP
1920 N St. N.W., Suite 800
Washington, D.C. 20036

Dear Michael:

## ***STRATEGIC STEPS FOR ACTION***

I. Filing the Lawsuit, Zein vs. U.S. Government in its entirety under seal.

II. The predicted reactions of the Government:
   A. To file a motion under Statue of Limitation to dismiss the case.
   B. To answer the Complaint.
   C. To seek a settlement.

The Government will choose the first option to dismiss the case and not the other two for the following reasons:

1. It cannot contradict its own testimony in the case U.S. vs. Zein. Where it confirmed all the claims of the defendant. For lack of contradiction between the truth presented by Zein and the truth presented by the government to the court, the government in the lawsuit, where Zein now the plaintiff cannot invent a new truth to contradict the claims unless it wishes to commit perjury. The former officers of the CIA are standing ready to repeat their old testimony wishing me the best, "to become whole again."

2. The Justice Department cannot avoid its own role in obstructing justice for failing to make full disclosure to the British who sought extradition of the defendant. The Justice Department was not an honest officer of the court seeking justice but a partisan seeking a coverup to protect some members of the administration at that time from exposure and indictment. The same justice department is now playing a similar role to obstruct

justice again to protect the government from liability and accountability.

The very motion to dismiss is an outrageous maneuver to abuse the technicality of the law which the Justice Department created by stonewalling and refusing to provide the evidence which has been kept under seal in order to claim later that time has passed. This very action to delay the filing of my suit is in itself an intentional and deliberate conspiracy to obstruct justice by preventing the plaintiff to file a lawsuit on time. The government knew years ago that I was planning to file a lawsuit against the government the minute I started seeking the evidence, i.e.: the sealed court record. It was also communicated by Mr. Gregory Craig in writing to the General Counsel of the CIA. I even declared that in Court, on the record in front of the Judge and the U.S. Assistance Attorney and proclaimed it clearly in my letter to the CIA.

Last but not least, the Justice Department will not answer the claims in the lawsuit in order to avoid answering the following questions:

"Why the plaintiff in Zein vs. U.S. Government was <u>not</u> a felon, a convicted felon, in 1988, 1989, 1990, and why he suddenly became a convicted felon on February 7, 1991, fifteen minutes after mid-night, early morning on Thursday?

The Government may seek a settlement, if the judge rules against it by rejecting its motion to dismiss, but what the political side wishes the most is to push the plaintiff to open "a can of worms" to be used to even the score in Washington. I shall take no part of the plan.

The above quotation is what the Honorable Judge John E. Sprizzo said warning the Government on September 16, 1997, page 21, line 15 in the sealed court proceeding of that day.

If the Government wishes to go down that path, my answer will be: "Go ahead, and knock yourself out." The lawsuit's foundation is the Breach of Contract, of an agreement, which caused extreme harm to all concerned and devastated my life personally, professionally and financially for the last thirteen year period. Any other subject like the "October surprise" will be left to the Justice Department to pursue, not the plaintiff. If the judge orders me to provide the information, I shall, but I will not provide it voluntarily to the Government.

I believe deeply that this has been the issue behind all the stonewalling and the obstruction of justice in order to push me to reveal the facts of the October surprise. I am seeking justice to reclaim my name, reputation and life and I am not interested in joining a partisan fight that will completely

paralyze the Government. I mentioned the October surprise to show motive and reason which escalated to a point that the American Hostages were sacrificed. The agreement was breached and I nearly lost my life in several attempts to remove me as a direct witness.

The present adminstration's ardent desire is scandal only and **not** to right the extreme wrong which was caused by the government against me and my family in Lebanon. If push comes to shove, then I shall, God willing, reveal beyond any shadow of a doubt this government's hypocrisy in its claim to protect National Security when they were and still are more than willing to sacrifice it in order to win an instant advantage against its opponents regardless of the prohibitive cost to both American National Security and America's interest. That's why, I clammed up and refused to reveal "the October surprise" to the News media the way they wanted me to do.

Because of the uniqueness of the case, we must have a plan to give the Justice Department in order to allow it to choose beyond the obvious choice of the Motion to Dismiss. There is nothing more hateful to a prosecutor than being forced to litigate a losing case in court. I witnessed it three times, with the British prosecutor and twice with the two American prosecutors who both became casualties after they were abandoned by the testimony of their own Government witnesses. The U.S.A. Assistant Attorney who will be assigned to defend the Government has to be helped by us in order not to repeat history again and to save time as well. After filing under seal, it is extremely beneficial to all, if you can arrange a meeting with him or her where I could be present also. Whoever is assigned is going to be walking into a land mine full of booby traps. It is beneficial to all to give him the full picture before he or she embarks in the classical way to defend the Government making outrageous claims which he will have to eat later. This can open ways and a variety of choices like making a quick investigation which will definitely demonstrate and confirm the claim of the Breach of Contract and the harm it has caused me. Being an officer of the court, serving justice whether it is on the side of the government or on mine, he will have the choice to stipulate the confirmation to the court with two choices: Either he will offer a settlement or leave it to the Judge to assess the damages.

If this does not work, then we will have no choice but to pursue the case in the classical way, but I still have a surprise in hand that will render any delaying tactic to oblivion.

Therefore, we have to be prepared for the government's motion to dismiss the case any way.

1. Please, start preparing a legal brief to shoot down the statue of limitation motion the minute it is filed.

2. Please, accompany the legal brief by the unedited and confidential draft written in order to give the judge an overview of the complete picture. The Judge in effect is going to decide the future of what is left in my life. As I informed you months ago that I was writing the complete story with all the secret documents to aid you in filing the lawsuit, I have no intention to publish it without editing by removing the sealed record and any portion that does not contribute to the peace effort in the Middle East. I know it will reduce its monetary value because only news of the very dark side is considered valuable in this day and age. I shall wait until the story is finished and after the case has been adjudicated. If it is meant to be, I will try with the help of old friends to put out the story that shows the best of what America offered to the world and the very goodness that came from lives of conscious human beings like Bob Ames whose memory is still very alive in the hearts who knew him.

Please accept my best wishes and regards and may the Most Merciful guide your steps and preserve your peace.

Most sincerely yours,

Mustafa Zein

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of July 1999, I caused to be placed in the United States mail (first-class mail) copies of Plaintiff's Motion to Withdraw to file the complaint UNDER SEAL, and motion to file appendix to complaint UNDER SEAL addressed as follows:

SEAN H. LANE
Attorney

Commercial Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-6288