ORIGINAL

FILED
AUG 2 1999
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Mustafa M. Zein, Plaintiff, | Civil Action No. 99-244C |
| v. | (JUDGE ROGER B. ANDEWELT) |
| The United States, Defendant. | Date: July 14, 1991 |
| | **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff pledges to the Court that there are not two truths being litigated in the U.S. Court of Federal Claims; one which belongs to the Plaintiff and the other belonging to the Defendant. No, there is one truth and only one truth in this Case No. 99-244C, Zein v. U.S. and the one truth which the Plaintiff holds dear and factual is really the truth which was testified to in a Court of Law by U.S. Government representatives against the U.S. Government, U.S. vs. Mustafa M. Zein in Case No. 88 CR. 99 (JES) in the United States Southern District Court of New York. With the same consistency, Plaintiff commends the honorable lawyers for the Defendant in their brilliant research exhibited in the Motion to Dismiss. Plaintiff accepts their arguments as valid, legal, reasonable and logical and will never recant this opinion regardless of the outcome. The question is whether this brilliant piece of legal work supports the position of the Defendant or confirms the position of the Plaintiff.

What makes it interesting in the very extreme is Defendant's attempt to pretend ignorance, in its motion, at page 4 where it says:

"It is ***unclear*** from the complaint whether Mr. Zein's incarceration was related to his alleged oral contract with the United States."

The Defendant tries to get the clarity found on page 133 of the Appendix provided by the Plaintiff. Page 133 is an article in one of the local New York City papers. In other words, the United States Government, who betrayed and incarcerated Zein does not know why it incarcerated him and is trying to get some clarity from a local News report.

The Defendant who is the U.S. Government in this case does not wish even to think of the sealed Court record which is in its sole possession to pull itself out from its own unclarity to clarity. It appears that the Defendant has not made the least amount of effort to unlock the file cabinet on the ninth floor, at the office of the United States Assistant Attorney, Mr. Patrick J. Fitzgerald to get clarity from being "unclear." Maybe the "unclear" is a result of the Defendant's own fault for keeping the sealed Court record hidden so deep that they forgot all about it and do not wish to remember where they hid it.

**II. <u>The Missing Year Designating the End of the Statute of Limitations.</u>**

The Defendant is petrified to mention the year, so they



one had any copies and I crept in the middle of the night and fraudulently put out criminal Dockets for the world to see,

he was convicted and sentenced. If I lose this Motion to Dismiss, I will think of something else, maybe fabricate something that does not cross the boundaries of perjury because the offense of forgery is already more than enough; but nevertheless, I shall try to reject the truth which I already confirmed and I shall keep everyone involved until the appropriate time when it is most favorable to score points in an election year. If losing the case is inevitable, why not make some political profit from it to even the score." Maybe not exactly like that but very close.

**Plaintiff's response to Defendant point by point and item by item.**

A) The possible Defendant's motion "to dismiss this action pursuant to Totten v. U.S., 92 U.S. 105 (1875) (preventing a party from suing the United States on a contract for secret services").

1. There was no secret in my trying to release the hostages in Lebanon. It was not a secret operation of any sort which contained any secret whatsoever in order to fit the description of "secret services," in any way, shape or form. The attempt was carried out by the Plaintiff in the open. All the parties concerned knew each other which included some of the most ardent enemies of the U.S. Government. The contract was not between the Plaintiff and the U.S. Government as a payment or payments to Plaintiff for any service rendered whether secret or not; but between the U.S. Government and the

U.S. Government's testimony on the subject of money in Case No. 88 CR. 99 (JES), U.S. v. Zein - please see page 92 in the Appendix:

> **"Mustafa <u>never</u> received any monies for his efforts, the basis for Mr. Zein's collaboration with the agency has been his desire for the United States to comprehend and sympathize with Arab and Palestinian perspective on the situation in the Middle East."**

The testimony was in a Court of Law in 1988, two and a half years after the breach of contract. The plan was approved by the White House and the payment to others was to be donated by private donors (Ross Perot or Ted Turner). The word "never" covers the span of years from 1969 till the end of 1985 when the relationship forever ended.

Another U.S. Government testimony is in a written form on the subject of money and the subject of being the middle man. Please see page 108 in the Appendix, last paragraph where it says:

> **"Whatever you decide to do don't let it interfere with your own plans. You have played the middleman too often and ended up more often than not wasting time, money and prestige. I won't ask you to play that role again because I know you would. Start thinking of yourself for a change and please keep in touch."?**

But my friend and mentor, Bob Ames did ask, and others after him kept asking, to protect the vital interests of the United States. A man who never held a weapon against anyone in his whole life and never belonged to any group whatsoever protected for sixteen years the Greatest Power in the World for

Gratis. The Plaintiff was in the middle but not of it. Yes, Bob Ames and others asked and I could not say no, as Bob predicted and knew for certain. As a result for not being able to say no for saving lives, Plaintiff lost all but hopefully not his soul, the most important of all.

Plaintiff hopes that this can put to rest for good any notion in the Defendant's mind for a possible motion to dismiss based on Totten v. U.S. because it would be baseless and inapplicable to Case No. 99-244C, Zein v. U.S. for the above reasons and the very direct testimonies by no other than representatives of the U.S. Government itself, the very defendant in this case. Last but not least, no government has any right whatsoever under any law that allows it to ruin one single life by breach of any kind especially in "a just nation."

B) Generally, a cause of action occurs and the Statute of Limitations begins to run, when a Plaintiff is "Armed with facts about the harm done to him."

This is a true argument put by the Defendant on page 5 of the motion which insinuates that the Plaintiff has kept silent and did not do a thing. Please note the emphasis on "Armed with facts." and "harm done to him" (Plaintiff).

1. **"Harm Done to Him" (to Plaintiff Mustafa Zein)**

Plaintiff did not suffer financial loss because a commercial transaction was negated immediately as a result of a breach of contract. Plaintiff's life was on the line as the

U.S. Government testified in a Court of Law in ten-pages of testimony to the Court and as recorded on audio tape by the FBI during a conversation between Zein and high U.S. Government officials. Plaintiff "Armed with fact about the harm done to him" was trying with everything he had to pay the debt the U.S. Government put around his neck in order to sabotage the release of the American Hostages who were sacrificed altogether to deal with another issue which threatened members of the U.S. Government. Many harms were cascading on Plaintiff's head at the time and he had to choose to deal with the most severe first going down the list of harms in that order. He had to give each "harm armed with facts" its due time to be resolved until Plaintiff reached the time in the order of "harms" which culminated in his total financial collapse as a result of the antecedent cause of all the harms, the breach of contract. Financial loss was the very least harm compared to the other harms that had been threatening the Plaintiff's life and the lives of his family in Lebanon as a result and as shown clearly in the Appendix. In effect, equitable tolling of the Statute of Limitations was taking place (the stretching of time) with every additional harm taking place. Nevertheless, Defendant in his argument is advocating that Plaintiff, Mustafa Zein, should have addressed his claim in a Court of Law in late 1985 when the breach of contract took place or within six years after that date, by <u>late 1991</u>, Plaintiff Zein was "Armed with the facts about the harm" when the bomb which was supposed to have

been the cause of his demise but killed eighty people and maimed and wounded 450 anyway; but Plaintiff had to keep his mouth shut. If he even gave the least possible hint that he knew, he, the Plaintiff, would have lost his life for sure in another attempt. Plaintiff had to bide his time even though he was "Armed with facts." Anyway, Plaintiff, Mustafa Zein, was in a Court of Law as a Defendant facing the U.S. Government, who betrayed him, tried to assassinate him and incarcerated him for paying the debt of the U.S. Government while preventing a blood bath in London at the same time because of the breach of contract, the antecedent cause of all the harm. Plaintiff was in a Court of Law addressing the very issue "breach of contract" which instigated all the harms which brought Zein to Court. Does it really matter who takes who to Court when both parties in a contract which was breached are in the same Court on opposite sides litigating "the breach" and the many harms it caused? If the Dockets of the Case No. 88 CR. 99 (JES), U.S. v. Zein, do not show the years 1986 and 1987, it does not mean Mustafa Zein was not in Court. It only means that the Dockets are an outright forgery of the worst kind, fraudulent concealment of evidence. Plaintiff, Mustafa Zein, won Case No. 88 CR. 99 (JES) in spite of what the forgery says or does not say and the U.S. Government lost. Please see the fraudulent criminal Dockets on page 56 of the Appendix. Please see page 33 (the second paragraph) in the Appendix where Zein addresses the Court in a memorandum which was put UNDER SEAL by the U.S.

Government:

"The proceedings which are not in questions now are from January 16, 1986 to February 11, 1988 and which are not even listed publicly as if I was non-existent or on Mars during those two years."

Plaintiff was indeed in a Court of Law from January 16, 1986 till June 13, 1988 incarcerated battling two governments, "Armed with facts about the harm done to him" and the harm done to others. Plaintiff, Mustafa Zein, prevailed and was vindicated by the Judge presiding and Zein's factual truths happened to be the U.S. Government's factual truths also which vindicated him completely in the eyes of the Court. The Judge could not contain himself in his declaration of Zein's innocence in 1988 and which his Honor repeated on September 16, 1997.

The September 16, 1997, Court proceeding (UNDER SEAL) page 23, line 12, where Zein is addressing the Court directly, face to face, eyeball to eyeball.

Mustafa Zein: "You said I am the only innocent in your Court, quote/unquote."

The Court: "Maybe I got carried away by the emotion of the moment."

Plaintiff, Mustafa Zein, answers the Court's moment of emotion as shown on page 131 in the Appendix in a memorandum UNDER SEAL by the U.S. Government on October 3, 1997 with the following statement:

Mustafa Zein: "It was conscience, the same voice which spoke through your mouth in Court in 1988, **not** emotions, as you, Your Honor explained when I quoted you during the Conference on September 16, 1997."

Plaintiff, Mustafa Zein, addresses the same Court on page 23 of the Appendix in clear and precise language challenging both the Court and the Department of Justice (the U.S. Government) to correct him or find him in contempt of court if his truth is not the whole truth and the only truth, so help him God. Plaintiff was exposing the forgery, the corruption of Dockets on record in a Court of Law:

"The public record which had been posted by the Government, the Justice Department **not** in **any way shape or form** coincided with what **took place in Camera,** behind closed doors in Your Honor's Court."

Again Plaintiff's proof that he actually was "Armed with facts about the harm done to him" and in a Court of Law where Plaintiff Zein prevailed as shown here by the absolutely truthful evidence provided by no other than in a Court of Law as shown in the Sealed Court record which is totally in the Appendix and which is in the possession of the U.S. Government, the very Defendant in this case.

C) <u>"Disadvantage of lost records and witnesses" and "the Finality of Disputes."</u>

Defendant argues on page 4 that the Statute of Limitations" protects Defendants from the disadvantage of lost records and witnesses" ... "and provides finality to disputes."

The Statute of Limitations is supposed "to protect Defendants from the disadvantage "of lost records" but does not protect any Defendant including the U.S. Government from falsifying records in order to provide finality and to render Plaintiff's claim into the oblivion of unbelievability because the Dockets claim criminality and the Sealed Court Proceedings which are not available to anyone except the Government, the Defendant, declares and confirms its innocence. If the U.S. Government really won the Case No. 88 CR 99 (JES) in 1988, then why did it wait till 1991, 15 minutes after midnight on Thursday, February 7, 1991 to announce its victory to the world?

<u>United States v. Kubrick</u>, 444, U.S. 111, 123 (1979) sounds great but does not apply to Zein v. U.S. No. 99-244C because of the handy work of forgery committed by the U.S. Government, the very Defendant in this Case. As far as "lost witnesses" are concerned, Plaintiff assures the Court that his witnesses in the Case are or were employees of the U.S. Government who are still alive and ready, willing and able to testify as to the truth.

Again, the U.S. Government is providing unimpeachable evidence to negate itself in its Motion to Dismiss.

D. "Equitable Tolling may be appropriate in two narrow instances: (1) Where the Government deliberately concealed the alleged wrongful acts......Sette v. U.S., 42 Fed. CL. 37, 39 (1998) (with respect to Section 2501, "Equitable tolling means no more than that the more traditional concepts of Fraudulent Concealment." as seen on page 8, Defendant's Motion to Dismiss.

The Defendant is absolutely right in presenting the above black letter law that says that equitable tolling can be involved only in such cases where fraudulent concealment can be shown to have been committed by the U.S. Government.

Plaintiff will show four instances of fraudulent concealment committed by the U.S. Government, the Defendant herein, thus invoking the equitable tolling not once but four times.

What is the definition of forgery except fraudulent concealment of the truth. A criminal offense of forgery three years after the last session in Court, corrupting the judicial records is a very grave offense not done lightly. There has to be a purpose, a very serious purpose for any one to take such a gamble. Either to pass something bogus as true and obtain a profit or to cover up something extremely terrible from the public eye and at the same time to mark the victim who knows the truth with something which defames his character to eliminate his credibility. The minute the U.S. Government

corrupted the record (the Dockets) time stopped dead in place by such a fraudulent concealment. The fraudulent concealment took place early in 1991 and the Statute of Limitations according to the Defendant's calculation ended in late 1991. Therefore the fraudulent concealment took place **before the Statute of Limitations ran out.** Usually the Statute of Limitations starts not only when the harm is done but also after the litigation in a Court of Law has ended. In the Plaintiff's case, the litigation was concluded by declaring Zein's innocence in the summer of 1988. That was the time to go to Court and file a case against the U.S. Government within the allotted time if one adds six years which makes the Statute of Limitations ran out in the summer of 1994 in a normal case. But this case is far from normal. Plaintiff Zein had time according to legal opinions given to him after being released in 1988. Plaintiff Zein had already promised the Court after granting it "the favor," it asked him to pretend publicly that he was sentenced so that he would not do anything that could have affected the safety of the American Hostages. Any litigation in any court would have opened "a can of worms" which would have done that. In 1988, Plaintiff Zein had to deal with David Ignatius' Book: "Agents of Innocence" which was another betrayal from another so-called friend. 1988 was the year that many offers came to Plaintiff to write a book, to take the Government to Court and to do quite a few other things to affect the election, the Presidential Election, that is.

Plaintiff, Mustafa Zein, refused all, including taking David Ignatius and his publishers to Court for libel with the intentional motive to harm and maim not only Plaintiff's reputation but his life itself. Plaintiff had to keep his word with the Court for the safety of the American Hostages in Beirut and secondly he did not wish to harm a very decent and innocent man whom he respected and admired greatly, Vice President George Bush who was running for President. Plaintiff let the Statute of Limitations of one year slip by without taking David Ignatius to Court.

In 1988, 1989 and 1990 there was not even a record to obtain whether publicly or privately. I was waiting, as I promised the Court, especially when I thought everyone else was keeping their word. 1991 was the year of the Liberation of Kuwait, the preparation of the Peace Conference in Madrid and the famous forgery of the Dockets. The sudden falsified appearance of so-called criminal Dockets in 1991 has put time and the entire case under suspended animation. I became "Armed with new facts" that has again done "harm" to me which I was obliged to answer before I take the U.S. Government to a Court of Claim for the initial sin and the source of all harms; the breach of contract. I needed an uncorrupted record in order to go to Court. I knew that if I did anything "to rock the boat" outwardly, I would have risked more. The one or ones who brought out the forged Dockets in a conspiracy could have easily forged the sealed Court Proceedings in order to match

the forgery of the Dockets. It was incumbent on me to keep my mouth shut and embark with due diligence to correct the corruption by recreating a replica in a Court of Law setting which I can use in a Court of Law to support my claim. That is exactly what was accomplished from 1992 till 1997. Six years of hard work to recreate a truthful record, nudging here and there creating a paper trail to compile a complete file to present it in a Court of Law. I needed Court Proceedings where I could face the Court and the Department of Justice to add the genuine authenticity of the recreated record after the U.S. Government corrupted the Dockets by forgery, a fraudulent concealment as it should be and is known. Six years to preserve the record and obtain a copy at the same time was not a waste of time which allows the Statute of Limitations to run out. Plaintiff was fully engaged preserving the truthfulness of the evidence which the U.S. Government, the very Defendant in this case, has corrupted by committing a forgery.

Plaintiff has shown, so far, (1) fraudulent concealment "to provide finality" by bringing forth the forged Dockets after three years in 1991. Plaintiff has shown (2) fraudulent concealment to hide the innocence of Plaintiff, Mustafa Zein, which is UNDER SEAL and declares his false criminality in an open record that has been forged and fraudulently obtained, and (3) The U.S. Government's claim that the sealed proceedings constitute a threat to National Security if it were made available to the public. Nothing at all is further from the

truth than this false claim. The only thing that will threaten the government is if these proceedings were to be made available to the public and there is a discovery that the Dockets are an outright forgery because they do not match with the Sealed Court Proceedings. The U.S. Government was using National Security from 1992 until 1998 to cover up the criminal offense of forgery. The very cover up which is still being maintained to this very day is a criminal offense by itself and is an obstruction of Justice at the same time. A fraud upon a fraud creating a wall to hide the truth not from the Plaintiff but from the public and the Courts of Law. While the Plaintiff knew the harm being done him, he had to be "Armed with facts" first in order to address the harm in a Court of Law. With due diligence and strenuous efforts, the Plaintiff obtained "the facts" and became "armed" with them after dealing effectively with the Defendant's "fraudulent concealment" first.

The Plaintiff could not go to the Court of Claims armed with no facts (sealed court proceedings) or "armed" with forged documents (Dockets). Plaintiff had to go to Court "armed with facts" as the law dictates which is exactly what he did after diligent work, spending six years to obtain them from 1992 - 1997.

If the Sealed Court Proceedings minutely differ from what is in the June 20, 1997 Memorandum and October 3, 1997 Memorandum compiled from the Court Proceedings of September 16, 1997, then the difference in the Sealed Court Proceedings is as

corrupted as the Dockets. If necessary, Plaintiff will not hesitate in opening another "can of worms" that will create more than one nightmare to the Government.

Plaintiff, Mustafa Zein, tested the U.S. Government in a Court of Law to the length and extent it was willing to go to keep everything UNDER SEAL. The test took place in a Court of Law as can be seen on page 37, 38, 39 and 40 of the Sealed Court Proceedings of September 16, 1997.

Plaintiff, Mustafa Zein, was threatened with contempt and prosecution if he even initiated any contact with the Senate or the Congress of the United States concerning the content of the sealed record. That is why Plaintiff included very serious documents in the Appendix believing everything would be kept UNDER SEAL. Even though Plaintiff, Mustafa Zein, told the U.S. Government what to do with all its threats, face to face, in a Court of Law, the U.S. Government nevertheless tried the same tactic with his lawyers to scare the daylights out of some of them which it did.

The outright threat is found on page 117 in the Appendix. It is an order drafted by the U.S. Government to be signed by the Judge to permit Zein's lawyers to view the sealed records of the proceeding. It also forbids Zein from even taking notes while viewing his own proceedings! But what takes the cake is the following proposed requirement:

> ***"Counsel for Mustafa Zein shall be permitted to review..., <u>provided that Counsel shall obtain an appropriate security clearance from the United States Government."</u>***

On page 137 in the Appendix is a sample of security clearance by the FBI conducted to elevate the security level of Bob Ames, one of the greatest personalities that ever graced the intelligence scene in Washington, D.C. In my opinion he was the greatest I ever met or shall meet within any government in the world. A kind of individual that is very seldom seen at any time.

In other words, the U.S. Government was telling any lawyer associated with me that he would be investigated professionally and personally by the FBI. Another way to deprive me from any counsel. Therefore, I would summarize the fraudulent concealments as follows:

1. fraudulent concealment to provide finality to the dispute.

2. fraudulent concealment to substitute innocence with criminality.

3. fraudulent concealment to maintain a cover up of a criminal offense; forgery.

4. fraudulent concealment to claim a threat against National Security when there is not a threat whatsoever and lift the claim of a threat when there is more than a possibility of a threat against the American people embedded in the Appendix which was filed in the U.S. Court of Federal Claims by Plaintiff "UNDER SEAL."

As for the intimidations and the bullying tactics, they are the icing on the cake which the U.S. Government tried to

take and eat at the same time and which constitutes another fraudulent attempt to obstruct justice.

Therefore, Defendant's argument that only "fraudulent concealment" committed by the U.S. Government, the Defendant in this case, is the only thing that can invoke "equitable tolling," is absolutely correct.

There is more than a "preponderance of the evidence" shown here which is needed in a civil case. Here is the proof that goes beyond any shadow of a doubt that the U.S. Government, the Defendant, has committed four fraudulent concealments of Evidence to render the Defendant's Motion to Dismiss to complete oblivion again by the evidence provided by the very Defendant in this case, the United States.

Plaintiff sincerely advises Defendant to look again into Plaintiff's memorandum of May 28, 1999, under the title:

> "Plaintiff's Memorandum to Defendant pursuant to Amended General Order #13 as advised by the Court's letter to Counsel."

Defendant is really tempting fate in its behavior that can only bring disaster on itself and on many innocent Americans. It is still not too late to meet my extended hand so both the United States Government and I can put the past behind us and leave the peacemakers do the best they can without opening "cans of worms" or poking sticks in killer bee nests that shields no one at all from harm especially the American people. I really have nothing to lose personally from public exposure.

On the contrary, I have everything to gain especially in the Middle East as the one who is standing tall based on principles, fairness and equity. I also have everything to gain here in America when the American public see a person who loved and risked his life for this country and was betrayed in the worst possible way by its Government. I have been trying very hard to throw all that away for the sake of not hurting one innocent soul. Can the Defendant not meet with me now in a moment of conscience to resolve for its own sake and the sake of the American people and resolve this dispute in a fair and equitable manner?

Respectfully submitted,

Mustafa M. Zein
c/o Robert W. Thabit Esq.
801 2nd Avenue
New York City, NY 10017
(212) 682-3481

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of July 1999, I caused to be placed in the United States mail (first-class mail) copies of Plaintiff's Response to Defendant's Motion to Dismiss addressed as follows:

TO: SEAN H. LANE, ESQ.
Commercial Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-6288

Mustafa Zein