ORIGINAL

FILED
AUG 23 1999
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MUSTAFA M. ZEIN, Plaintiff, v. THE UNITED STATES, Defendant. | No. 99-244C (Judge Andewelt) |

DEFENDANT'S RESPONSE TO COURT'S ORDER OF AUGUST 2, 1999

Defendant, the United States, hereby responds to the Court's order of August 2, 1999, in which the Court requested that defendant "identify any portions of the complaint or any documents contained in the appendix to the complaint that defendant believes should not be made part of the public record."

On April 26, 1999, Mr. Zein filed the complaint in this action. On April 27, 1999, Mr. Zein filed an appendix to his complaint and a motion to file that appendix under seal. The United States filed a response to Mr. Zein's motion to seal on June 3, 1999. In our response, we took no position upon Mr. Zein's motion to seal but noted that, to the extent that information contained within Mr. Zein's appendix was covered by a protective order issued by Judge John E. Sprizzo in United States v. Mustafa Zein, No. 88 Cr. 99 (S.D.N.Y.) (the "New York proceeding"), such information was prohibited from disclosure by that order.

In order to determine whether information contained in the complaint or appendix in this action is covered by the protective order in the New York proceeding, we recently consulted with the

United States Attorney's Office for the Southern District of New York. As a result of information obtained from the United States Attorney's Office, defendant identifies pages 1 through 25 and pages 29 through 147 of Mr. Zein's appendix as arguably covered by the protective order in the New York proceeding and, therefore, as documents that should not be made part of the public record. In addition, Mr. Zein's complaint should not be made part of the public record because it refers to matters that took place under seal in the New York proceeding.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

KIRK T. MANHARDT
Assistant Director

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

AUGUST 23, 1999

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 23rd day of August, 1999, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S RESPONSE TO COURT'S ORDER OF AUGUST 2, 1999" addressed as follows:

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, N.Y. 11209

Rosa M. Robinson