ORIGINAL

# In the United States Court of Federal Claims

FILED
DEC 7 1999
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * *

MUSTAFA M. ZEIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

No. 99-244C

(Filed: December 7, 1999)

## ORDER

Oral argument on defendant's motion to dismiss shall be held at 2:00 p.m. on Thursday, January 13, 2000, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted in the lobby.

IT IS SO ORDERED.

Roger B. Andewelt

ROGER B. ANDEWELT
Judge