ORIGINAL

# In the United States Court of Federal Claims

FILED
JAN 14 2000
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MUSTAFA M ZEIN, Plaintiff, | No. 99-244C |
| v. | (Filed: January 14, 2000) |
| THE UNITED STATES, Defendant. | |

## ORDER

During an on-the-record hearing held in this court on Thursday, January 13, 2000, plaintiff referred to transcripts of proceedings that took place in the United States District Court of the Southern District of New York. IT IS SO ORDERED,

By Friday, January 21, 2000, plaintiff shall file a copy of that transcript under seal and marked confidential.

ROGER B. ANDEWELT
Judge