ORIGINAL

# *In the United States Court of Federal Claims*

FILED
FEB 3 2000
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| MUSTAFA M. ZEIN<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br>Defendant. | **Civil Action No. 99-0244-C**<br><br>**(JUDGE ROGER B. ANDEWELT)**<br><br>**Date: January 24, 2000** |

Dear Judge:

Please find enclosed a letter to Mr. Sean Lane, attorney for the defendant pertaining to the theft of documents from the office of the clerk in the Southern District of New York. The very same documents which make up the appendix which the defendant has identified in writing to your Honor's Court on August 23, 1999, "as arguably covered by the protective order in the New York proceeding and, therefore, as documents that should not be made part of the public record." These documents plus their docket have vanished from total existence.

I kindly ask Your Honor to order the Defendant to immediately send you copies of the two motions to seal the documents in the New York proceeding and copies of the two protective orders issued by the Court in New York to file them under seal, on which Your Honor's order was based to

seal them in the United States Court of Federal Claims in the case Zein vs. the US, No. 99-244C.

Respectfully submitted,

Mustafa M. Zein,
c/o Robert W. Thabit
Attorney and Counselor at Law
172 82nd Street
Brooklyn, NY 11209
718) 748-6861

Date: January 24, 2000

To: SEAN H. LANE
Commercial Litigation Branch
Civil Division
Department of Justice
8th Floor, 1100 L St., NW
Washington, D.C. 20530

Re: Zein vs. U.S.
No: 99-244C
(Judge Roger B. Andewelt)

Dear Mr. Lane,

Greetings:

According to defendant's response to the Court's order of August 02, 1999, defendant identified on August 23, 1999, quote: "pages 1 through 25 and pages 29 through 147 of Mr. Zein's appendix as arguably covered by the protective order in the New York proceeding and, therefore, as documents that should not be made part of the public order." Unquote. These pages which are "covered by the protective order" are really two Memorandums and their enclosures dated and filed on June 20, 1997 and October 03, 1997 respectively. They were covered first by two motions to seal them drafted and filed by the U.S Assistant Attorney, Mr. Patrick Fitzgerald. These two motions to seal these documents were granted by the Court in New York, which issued two separate Court's orders to file them under seal in the office of the Clerk in the Southern District of New York.

As you, Mr. Lane promised the Court on January 13, 2000 in Washington, D.C. that these documents are only misplaced and will be found. So far, nothing has been found and nothing will

be found because the very docket that should indicate the dates of their filing DOES NOT EXIST, period.

I tried very hard with your office in New York to obtain an answer on this issue and to obtain a copy of the 1988 Court's proceedings to file them in accordance with the Court Order in Washington, D.C., which was issued and filed on January 14, 2000 giving me until Friday January 21, 2000 to file; but I was stonewalled again. This is in spite of the New York Court's order to give me the record as seen on page 30, line 24 and 25 and on page 31 line 1 and 2 of the Court's proceeding of September 16, 1997:

"Mr. Zein: Can I take the record from him (U.S Assistant Attorney)so I can show the lawyer."

"The Court: Yes, take the record with you. But I think you need a lawyer."

Mr. Lane, please note that not only the documents and their docket are missing but also the two motions to seal them and the two Court's orders to file them under seal. This is a very, very serious matter to me while I am pursuing my case against the government. I promised Mr. Fitzgerald, the U.S Assistant Attorney in New York in 1998 that I WOULD NOT make an issue out of the forgery of dockets which happened in the middle of the night in February, 1999 and neither of the doctoring of the minutes of the Court's proceeding of September 16, 1997, which was done by the office of the Clerk with the help of Mr. Finnegan; but with this latest theft, I shall make it an issue, God Willing. Forgiveness is perceived as weakness by corrupted minds, which believe that they are above the law.

Therefore, I kindly ask you, Mr. Lane on record to instigate an official investigation through the proper authorities in the Department of Justice to uncover who is behind this criminal act. Secondly, please send me a copy of the

two motions to seal these documents in New York which were drafted and filed by Mr. Fitzgerald and the two Court's orders covering them, which the defendant confirmed on August 23, 1999 and you personally assured the Court that they were protected and preserved on January 13, 2000.

Awaiting your response to be filed as this letter is being filed in Court and on record.

I remain,

Sincerely yours,

[signature]

Mustafa M. Zein
c/o Robert W. Thabit
Attorney and Counselor at Law
172 82nd Street
Brooklyn, NY 11209
718) 748-6861

Note: I received your call requesting the 1988 Court proceedings which were not given to me by Mr. Fitzgerald in spite of informing him that I was following the Court's order in Washington. Please try to get them yourself and send me a copy.

Jan. 24, 2000

[signature]

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 24th day of January 2000, I caused to be placed in the United States mail (first-class mail) copies of Plaintiff's letter to Defendant pertaining to the missing sealed court records in the Southern District of New York addressed as follows:

TO: SEAN H. LANE, ESQ.
Commercial Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-6288

Mustafa Zein

P

UNITED STATES COURT OF FEDERAL CLAIMS

Docket No. 99-244

TO: Judge Andewelt

FROM: Clerk's Office

The attached was received on 2-1-00 and the following defect(s) is/are noted:

1. ___ Untimely, due to be filed by ______________ [ Rule 83.2 ]

2. ___ Proof of service: [ Rule 5(e) ]
   ___ is missing; ___ is not signed or dated;
   ___ shows service on wrong attorney or of wrong item;
   ___ is not attached to each document or copy

3. ___ Not signed by the attorney of record: ______________
   [ Rule 11 and 81(d) ]

4. ___ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ___ | 7(b) | re: brief, supporting memorandum, affidavits shall be attached to motion |
| ___ | 56(d) | re: proposed findings or statement of genuine issues is missing |
| ___ | 56.1(b) | re: statement of facts or counter-statement of facts is missing |
| ___ | 81(d)(1) | re: one attorney for a party; attorney to be an individual, not a firm |
| ___ | 82(c) | re: binding |
| ___ | 83 | re: original / copies missing |
| ___ | 83.1(a)(1) | re: table of contents |
| ___ | 83.1(a)(1)(G) | re: index to appendix / exhibits is missing or in the wrong location |
| ___ | 83.1(b) | re: length of briefs or memoranda |
| ___ | ______ | re: ______________ |

5. ___ Original affidavit(s) is / are missing [ Rule 56(f), 83 and Appendix H ]

6. ___ Does not comply with General Order No. 32 re: judge's name on all filings

7. ✓ No provision in the Rules for the filing of this item

8. ___ ______________

Addi

Initials of Deputy Clerk