ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 3 2000
U.S. COURT OF FEDERAL CLAIMS

MUSTAFA M. ZEIN, Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 99-244C
(Judge Andewelt)

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant respectfully requests an enlargement of time of eight calendar days, to and including February 11, 2000, within which to respond to plaintiff's recently filed Memorandum in Relation to the Sealed Record of September 16, 1997 (the "Memorandum"). Defendant's response to the Memorandum is presently due February 3, 2000. This is defendant's first request for an enlargement of time. Government counsel has informed plaintiff of this motion and represents that plaintiff does not oppose the Court's granting the Government the requested enlargement of time.

The additional time is requested so Government counsel can adequately prepare and file the Government's response to the Memorandum. In an order dated January 14, 2000, the Court ordered that Mr. Zein file a copy of transcripts from proceedings in the Southern District of New York that Mr. Zein had discussed at this Court's hearing on January 13, 2000. Mr. Zein subsequently filed one transcript, dated September 16, 1997, together with a 28 page Memorandum presenting additional argument on the motion to dismiss currently pending before the Court. In

order to adequately respond to Mr. Zein's Memorandum, it is necessary for defendant to review the transcript of the hearing on January 13, 2000. As defendant's counsel just received a copy of the transcript this week, defendant requires additional time to review the transcript and prepare its response to Mr. Zein's Memorandum.

In addition, Mr. Zein has requested that defendant's counsel obtain additional transcripts from criminal proceedings in 1988 in the Southern District of New York so that these transcripts can be filed in this proceeding. The additional time is requested so that defendant's counsel can obtain and file the transcripts requested by Mr. Zein and review these transcripts before filing defendant's response to Mr. Zein's Memorandum.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

KIRK T. MANHARDT
Assistant Director

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

FEBRUARY 3, 2000

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of February, 2000, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME" addressed as follows:

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, N.Y. 11209

Rosa M. Robinson