ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 11 2000
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M. ZEIN, Plaintiff, | ) | |
| v. | ) | No. 99-244C (Judge Andewelt) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR FILING UNDER SEAL TRANSCRIPTS FROM CRIMINAL PROCEEDING IN THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to this Court's order of January 14, 2000, defendant, the United States, respectfully files under seal the attached transcripts from Mr. Zein's criminal proceeding before the Honorable John E. Sprizzo in the Southern District of New York. The transcripts are dated February 11, 1988; June 2, 1988; June 10, 1988; June 13, 1988; and July 29, 1988.

We have been informed by the United States Attorney's office for the Southern District of New York that, under the terms of the protective order in the criminal case, we are not permitted to provide copies of these transcripts to Mr. Zein. Accordingly, we have not served Mr. Zein with a copy of these transcripts. It is our understanding, however, that Mr. Zein is permitted to personally review copies of these transcripts. Therefore, we have arranged to meet with Mr. Zein on February 18, 2000, in New York to permit him an opportunity to review the transcripts filed under seal today.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

KIRK T. MANHARDT
Assistant Director

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

FEBRUARY 11, 2000

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of February, 2000, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S MOTION FOR FILING UNDER SEAL TRANSCRIPTS FROM CRIMINAL PROCEEDING IN THE SOUTHERN DISTRICT OF NEW YORK," without the accompanying transcripts, addressed as follows:

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, N.Y. 11209

Rosa M. Robinson