ORIGINAL

# In the United States Court of Federal Claims

FILED
FEB 17 2000
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M. ZEIN, Plaintiff, | * | No. 99-244C |
| v. | * | (Filed: February 17, 2000) |
| THE UNITED STATES, Defendant. | * | |

## ORDER

Based upon a review of defendant's February 11, 2000, motion to file under seal transcripts from criminal proceedings in the Southern District of New York, it is hereby ORDERED:

Defendant's motion is GRANTED, and the transcripts shall be FILED UNDER SEAL THIS DAY.

ROGER B. ANDEWELT
Judge