FILED
MAR 3 2000
U.S. COURT OF FEDERAL CLAIMS

# *In the United States Court of Federal Claims*

By Leave of the Judge

- - - - - - - - - - - - - - - - - x

MUSTAFA M. ZEIN
Plaintiff,

-v-

THE UNITED STATES
Defendant.

- - - - - - - - - - - - - - - - - x

**Civil Action No. 99-0244-C**

**(JUDGE ROGER B. ANDEWELT)**

**Date: February 18, 2000**

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MEMORANDUM DATED JANUARY 20TH, 2000 IN RELATION TO THE SEALED COURT RECORDS OF SEPTEMBER 16, 1997

I was taught by a very conscious teacher to always address the higher self in a person or persons first in the hope of elevating the subject of discussion to an intelligent level which is based on actual facts, logic and reason that are the basic elements of the truth.

And if the person or persons are not conscious of their higher selves, then I should stop and leave them in peace. But I am stuck in this case to pursue the discussion all the way to render the unconscious defendant into complete silence by revealing his own truth in this Court. And when one's own hidden truth is revealed, the masks of deception and criminality are broken down in the process at the same time.

Every time I use this ancient method of addressing the higher self in people who insist on staying deaf and blind, I

always end up sounding like a fool who is talking to a solid wall, expecting common sense and rational answers. Again I remind the Court that many so-called sane people consider me a fool for taking on the American Government by dragging it into Court, kicking and screaming after spending more than nine years trying to disarm it first. But what choice do I have after this same government, the Defendant, has stolen my reputation, my wealth and my very ability to earn an honest living for the last fourteen years on top of dire threats to throw me in jail again and to kill me in the process?

Many would surely consider my situation now as a slow death and a very painful one at the same time.

A very slow and painful suffering that is more brutal than putting an actual bullet in my head, as the Defendant has actually tried to do more than once in the course of the last fourteen years.

There is nothing more painful in this world than the stripping from a human life its integrity and name, rendering it penniless to fend for itself against deadly predators in a world that is merciless. A world that is so entrenched in its own materiality of consume and be consumed. A world which thrives only on the outward appearance which values every human life with the amount of wealth it owns and the status and position it occupies in society, not on selfless service, loyalty, friendship and love.

A person cannot live on oxygen alone on top of being surrounded by deadly predators trying to take his life in order

to keep their secret crimes hidden from view.

When addressing the higher self fails to bring a reasonable closure, then I have no other choice but to start breaking down the Defendant's masks of deceit and criminality and strip it naked in this Court of Law again.

The defense in this case is forcing me to present more evidence against the Defendant which I have been trying hard to keep to a minimum but to no avail.

The most deadly threat to conscience is power, unlimited power that is, which always becomes abusive and harmful (evil) in nature. Mortal minds with enormous power become full of their empty selves, which are absolutely negative in nature, outwardly inflated by monstrous egos, which utterly shut down the intelligent centers in their brains. The Defendant in this case, ZEIN v. the US, No. 99-244-C, the power that is; is severely infected with both arrogance and a monstrous ego that renders it completely unconscious and without any shred of intelligence or common sense even to protect itself from further harm and damage.

The proof of the above is the very stand taken, so far, by the Defendant in this case and by the very arguments that have been **"submitted respectfully"** to Court which do not even have the shadow of any respect to any human intelligence.

One cannot help but ask:

"Who is being defended in this case and is this defense helping the Defendant or putting it and exposing it to more harm?"

Every time Plaintiff tries to shield the institutions of the US Government from further exposure and harm, the defense intentionally opens quite a few cans of worms that not only dig a deeper hole for the Defendant but also put American National Security and the American National Interest at great risk. Even this honorable Court had to intervene openly to remind the defense team to reconsider their reckless position on the issue to seal the record or not. They very reluctantly changed their position with a cute twist. In the Defendant's response to the Court's order of August 2, 1999, which was filed on August 23, 1999, Defendant states:

> "In addition, Mr. Zein's complaint should not be made part of the public record because ***it refers to matters that took place under seal in the New York proceeding."***

Any casual observer will see that Plaintiff always referred ***"to matters that took place under seal in the New York proceeding"*** in every document he filed in this Court but it was never sealed. Plaintiff referred ***"to matters"*** that could inflict real damage against existing government institutions and the defense team defending the government never asked to put them under seal, in spite of Plaintiff's warnings orally and in writing. The Civil Division in the Department of Justice just held on the CIA jargon of "neither opposes nor consents" to file under seal and left the Government's institutions exposed, enticing everyone with a grudge against the government to take a shot at it. The

Department of Justice did not go and check with the ultimate place responsible for American National Security, the White House, to seek advice. Plaintiff had already prepared the ground for that in his letter to the Assistant to the President of the United States for National Security Affairs giving him advance notice of the impending filing of the case with copies of vast amount of material pertaining to the case as seen on page 23 in the sealed Appendix. The CIA is a potential witness for the Plaintiff that testified fully and truthfully before and shall testify truthfully again and it is not going to help the defendant in any shape or manner in this case. That is why the Civil Division is going all over the place without any direction pertaining to American National Security. The Civil Division's main concern is not to deal with this case at all regardless of the outcome, which will definitely harm the Government in general. The Civil Division does not mind a bit if Plaintiff goes to a District Court and raid the U.S Treasury in a civil rights suit against the government and put quite a few people in jail in the process from this present administration in particular. It seems very obvious that the most ardent wish being expressed by the Commercial Litigation Branch, Civil Division, is to change this civil action case into a civil rights suit. The Civil Rights Division not the Commercial Litigation Branch would be assigned to handle it and there the statute of limitation - the only issue here, does not apply. Even a hypothetical win on the issue of the statute of limitation would be a great loss to the Defendant and it would

spell disaster for some of the institutions of the US government. Because it will force Plaintiff to file a Civil Rights suit against the government in a US District Court. Any other law firm with similar circumstances would have opted for settlement in a civil court rather than causing its client to be dragged into a criminal court for additional exposure and harm. Any other law firm with a client that has already confessed to the claim in a case in another court of law and went on committing additional heinous crimes to avoid accountability would have counseled its client to settle in order to contain the damage. **If this transfer to Civil Rights Division ever happens, it would be like transferring a client that faces a very minor charge that could be settled anytime UNDER SEAL, without Defendant admitting to anything, to go and face very serious charges which carry the death penalty in them.**

The defending team in this case is selling its own defendant that includes the Institutions of the US Government, American National Interest, American National Security and the American people down the drain instead of promptly cutting down losses before things really get out of hand.

Defend the Commercial Litigation Branch and abandon the defendant at any cost is the defense strategy in this Civil Case, Zein v. the United States, No. 99-244-C. What a conscious way to defend the United States of America! What a reckless way to defend the government and protect the National Interest and the American National Security at the same time!

Is the protection of the Commercial Litigation Branch of the Department of Justice, which is not the Defendant in this case, from losing an open and shut case more important than protecting the Institutions of the US Government and American National Security?

Who is being defended and protected in this Civil Case?

I really thought that the US Government's institutions and the National Interest and Security were going to be defended and protected. It seems that this foolish assumption is only a mirage of wishful thinking, shimmering in the heat of a desolate parchment of sand that contains no life and no intelligence.

If the defense wishes to expose its own client to further harm, Plaintiff has no choice but to oblige it.

Plaintiff has supplied the Court with overwhelming evidence that he could not file on time without protecting his life and the lives of his loved ones first and protection takes time and time is the issue in this case not the validity of the claim which the Defendant has already confirmed and confessed to in another Court of Law of this land.

Plaintiff supplied the Court with evidence that he surely would have risked being thrown in jail in contempt of the Southern District Court in New York and would have certainly lost his life in the process if he did not obtain adequate protection first before filing his case. And here is additional evidence that plaintiff wished to keep unknown in order not to expose the Defendant further but is being forced to reveal it

by the defense who does not know when to keep quiet for the sake and safety of their own client.

Again, Plaintiff is not going to rely on ***"the preponderance of the evidence"*** which is required in all civil cases; but Plaintiff will offer the Court evidence, which is beyond any shadow of a doubt coupled with live witnesses. If the defense wishes to contest what is clearly shown and proven beyond any doubt that its own defendant was conspiring against the Plaintiff not only to dismiss and prevent Plaintiff from even filing a case in a Court of Law but also to dismiss Plaintiff's life from existence, then, Plaintiff respectfully asks the Court to hold a hearing on this very issue and the Plaintiff will bring witnesses to testify to the facts and the Defendant's witnesses can be brought to testify to the falsehood of such a claim.

Plaintiff has already supplied the Court with overwhelming evidence showing how the Judicial process and the Executive Branch of the American Government had abused and is still abusing to this very second its power, to intentionally harm the Defendant, thus violating practically every Civil Law which protects every individual in this great democratic country where no one is above the law and no one is beneath the law.

But let us review the few following examples of the abuse of power of the executive branch of the American Government, the very Defendant in this case which presented a deadly threat against Plaintiff in order to prevent him from filing anything against the Government in any Court of Law in this land

regardless whether it was on time or not on time.

Witnesses are available to be called to Court and testify under oath.

(1) Let us call to Court the Manager of the Post Office in Alexandria, VA and ask him:

***"Who came to your Post Office and intercepted and stole the mail that was not designated to him or to them?"***

(2) Let us call to Court and ask the two former National Security advisors who were trying hard to arrange protection through the press to protect Plaintiff before filing and ask them:

***"What was the danger facing Plaintiff that he needed protection first before filing his case?"***

(3) Let us ask them again:

***"Why did you feel threatened and had to withdraw in fear after The New York Times ran for cover?"***

(4) Let us call to Court the journalists from The New York Times and the Christian Science Monitor and ask them:

***"Who put that fear in your hearts which made you run for cover in this very country which leads the whole world in democracy, liberty and respect of the law of the land?"***

(5) Let us call to Court the AT&T employees who came to fix the telephone lines in the Christian Science office in New York which were being answered by Germans in Germany every

time someone dialed a local number and ask them:

***"What was wrong with those telephone lines?"***

They never found out but I did find the answer later. It was a glitch in the super computer, which belongs to NSA, the National Security Agency, which can monitor any telephone line anywhere in the world with the ease of pushing a few buttons.

(6) Let us call to the Court the Superintendent in the apartment building where Plaintiff lives and ask him:

***"Who came in a group pretending to be the FBI and stayed for two weeks searching the garbage "to protect National Security from Middle Eastern terrorism?"***

(7) Let us call to the Court the group who pretended to be from the FBI (they were not from the FBI) who had time to case and survey the building where I live for two weeks and ask them:

***"Did you have anything to do with starting a very mysterious fire and a very convenient one at that in the building one week after you left?"***

It is very important to note to the Court that this apartment building is situated in a very nice section of Forest Hills in Queens where the very vast majority of its residents including the family hosting the Plaintiff belong to the Jewish faith. Therefore, the statement, ***"protecting the American National Security from Middle Eastern terrorism"*** which circulated in the building indicated to the residents that a terrorist was residing in the building which had a very chilling effect to say the least. I

immediately decided to leave in order not to cause any harm to anyone or to my hosts who are very close and dear friends of mine especially not to harm and frighten their ten year old boy whom I love very much.

It is amazing how one suddenly discovers his true friends. My own kind who made tens of millions from the crumbs left on my table, which were provided by the One and only Provider, ran from my sight and pretended not to even know me; but these very dear friends never wavered in their love and friendship for me. I was never allowed to leave by any means whatsoever by the family who has taken me in as a guest in their home after I was forced to liquidate my last assets, my Fifth Avenue Penthouse and my antique collections to pay some of my debts. I thank the Supreme Being, that the family was in their summerhouse during the fire. And thanks to the Supreme Being for the quick reaction of the firemen who broke down the doors with axes at 3:00 A.M. in that morning to awaken the people and escort them downstairs from the thick smoke which enveloped the upper floors of the building. It was a very close call with this fire that even baffled the Fire Department in Queens. This fire immediately brought to mind the other fire, which took place in the MCC four months after being there in 1986. A fire that started somewhere in the eleven story building whose thick smoke only favored and targeted the vents in the cells of 'C' section of the 7th floor of the MCC. My quick reaction at the first hint of smoke to instantly seal the vent with wet towels and seal the parameter around the door with long wet strips of

toilet paper was what saved my roommate and I from harm. Out of twenty persons waiting for trial in my section, the 'C' section, eighteen were taken to the hospital that night at 3:00 AM. It took the guards more than twenty-five minutes to open the doors after the night guard on duty fled away to safety.

Dante's hell would have been a picnic compared to the 7th floor of the MCC that night. The panic and the deafening shrieking screams to open the doors, while fists pounding the cells' doors clinging to dear life, filled that night with absolute horror which can never be forgotten. Never in the history of the MCC, until that time, ever was a fire like it, especially an intelligent fire, which only targeted a very small section of a particular floor in the MCC.

(8) Let us call to Court the degenerate killer and the fugitive from justice who is a narco trafficker roaming the cities and the streets of America under the protection of the Defendant and who is being supported financially with his henchmen by the American taxpayers and let us ask him the following questions:

***a)" Who ordered you to kill the Plaintiff and to pose a threat to his family?"***

***b) "Who insisted that you should execute this mission on American soil?"***

***c) "What forced you to change your mind and plan and make you withdraw in the end?"***

The Department of Justice knows very well his whereabouts in the United States because it holds in its hands extradition papers against him and his henchmen pertaining to many crimes committed in Lebanon on top of many requests from Interpol to arrest him and his men which have all been collecting dust in the drawers of the Office of Anti Terrorism in New York, the very same office and the very same Assistant US Attorney who is in charge of my case in New York!

As a result of my attempt to embarrass the Government in Court in 1997 with the information pertaining to this killer who participated in the massacre in the refugee camps in Lebanon, the Department of Justice arrested his Second in Command. A few weeks later certain members of the US Government who share similar traits in character and who have the same ethical standards with these degenerate killers, stopped all the extradition proceedings against them and told the Lebanese Government to forget the extradition if it desires a friendly relationship with the American Government. And that was the end of it and both, the Lebanese Government and the Department of Justice removed the whole issue from their memory. Again, a killer was set free. A killer who killed a very decent man, the Prime Minister of Lebanon for not agreeing to permit the operation of another airport which was under protection of these thugs to facilitate their smuggling operations and expanding their trafficking in heroine from Lebanon to the United States. A killer who opened a bottle of champagne to celebrate after he blew up the helicopter carrying the Prime

Minister by remote control watching it come down in flames. A killer who killed the son of a former President of Lebanon, including his wife and children, to remove a possible contender from the path of his boss who is now languishing in jail in Lebanon. And to add the greatest insult to all these injuries, the same killer and his henchmen held an open conference in Washington, D.C. three months ago, attended by the international press which established a committee under the leadership of these degenerate killers ***"to establish democracy and liberty in Lebanon!"***

I wonder how many crimes are now being committed daily not only in the name of the Supreme Being but also in the name of liberty and democracy.

Again, who is being defended in this case and who is being protected? Is all this exposure worth it in order to embarrass the Mayor of New York who lost the case when he was the US Attorney of the Southern District of New York? Is prolonging this case worth it in order to embarrass Mr. Robert Gray, the present independent counsel who was the US Attorney in 1991 when the forgery of the dockets took place?

Is the futile attempt to vindicate the Civil Division of the Department of Justice, while sacrificing the institutions of the US Government, putting at risk the American National Security and losing the Civil Case at the same time a good way to defend the Defendant?

Again, who is being defended in this case, the law firm

representing the Defendant or the Defendant?

Please let us be realistic.

If this mentality persists in this case, then a violent act becomes imminent not merely possible. It will be only a matter of time by the very fact that the defense is leaving a paper trail a mile wide full of information that can be used by friends and foes to haunt the American Government for years to come, mark my word. An evidence that will give anyone who is really dying to find a reason to infiltrate the US borders to inflict harm and destruction against the people of the United States, so help me God.

♦ SUMMATION ♦

Truth can never be hidden forever. It always manages to display itself in various ways and means revealing the grandeur and the beauty of its light and the very purity of its own simplicity.

The Defendant's Motion to Dismiss is really an attempt to dismiss the truth, which has been shrouded with secrecy and veiled with conspiracy and corruption to avoid liability and accountability in a Court of Law.

The truth that the Defendant wishes to dismiss in this Court and to dismiss from its own memory also, is the very truth that was confirmed and testified to **under oath** in a Court of Law by the conscious part, the higher self of the Government of the United States against its lower self, the unconscious part of the same government.

This conscious part will testify in support of the truth of the claim that a breach of contract was deliberately done by the Executive branch of the American government, the White House in particular. They will testify that the debt of the American government was never paid. The only debt that was paid in that case was the debt of the Ambassador who kept money, which never belonged to him in the first place. As a mater of fact, that debt was not fully paid until 1995. Please see page 130 in the sealed Appendix, paragraph No. 3. A large amount of money was discretely returned by me to the Ambassador as seen on page 134 in the sealed Appendix which was submitted as evidence in the case U.S v. Zein, No. 88 CR 99 (JES) by the government of the United States.

The truth, which I am talking about, is really the truth, which belongs and will always belong to the very Defendant in this case. It is the truth, which Plaintiff has adopted and will always stand by.

No matter how hard the Defendant tries to detach itself from its own truth, the Defendant will fail because the Defendant is stuck to its own truth like ***crazy glue*** without any possibility to dismiss it from its own memory, from its own court records and God willing, definitely will not be able to dismiss it in this court.

In this truth, Defendant not only betrayed the High Moral Values of its own people but also betrayed the upright standards of its own laws derived from the Constitution of the

United States of America. A just nation, Your Honor, demands an honest and just government. And this Court was created to do just that by keeping the government in check when it starts to abuse its enormous power. This Court was created to check the arrogance of power and the disdain to the law of the land which always undermined the fabric of the government and corrupted some of its own ranks.

And no threats, forgery or retarded arguments can change the law of the land. The Defendant wishes to take the law backward to the 19th Century, to the year of 1875 by citing the case, **Totten v. the U.S**, advocating that the government can break contracts and agreements with absolute impunity without being touched by any law!

It seems that the Defendant's loss of memory in this Civil Case has affected its wit also by forgetting that the United States Court of Federal Claims was created to force the government to honor its contracts and commitments. And to argue this precedent of a retarded time and logic in this very court is really negating this Court's existence and function at the same time. Anyway, whoever does not honor his agreement has no honor whatsoever. And whoever tries to dismiss the truth from his own argument will cancel his argument as well. And whoever denies his own sworn truth and testimony will have to face the force of the law of perjury. In other words, whoever negates the claim in this case, from the defense will be contradicted by the very sealed court records and the very live testimony of the personalities who made the agreement on behalf of the

American Government.

It is amazing how dim-witted the Defendant is in this case in light of the recent discovery in New York on the 10th of January 2000. Stealing all the filed documents from the office of the Clerk in the Southern District of New York with their docket and the Minutes of the 1997 Court's proceeding is also another criminal attempt to keep the false record intact after Plaintiff spent nine hard years to correct it in order to protect his life.

I was very fascinated reading excerpts from "Judicialization: The Twilight of the Administrative Law, 1985 Duke L. J. 429-430 (1985) which has the following:

> ***"Government ultimately must be judged by such substantive moral standards if the terms "good government" and "bad government" are to have any meaning.***
>
> ***"Of course, procedures and Courts do have a role to play. They act as instruments of restraint. They keep-rather than make - the political system democratic and constitutional. At their best they function as the banks of a great river. They keep the government from inundating the land."***

Liberty goes hand in hand with safety. When safety is not there, liberty disappears instantly. Only protection brings safety into existence and protection needs time and time is the only issue in this civil action case not the validity of the claim.

Maybe this parable from the East can sum up all the arguments in this case.

> ***"A camel herder went to ask a great sage of the East:***
>
> ***"Shall I leave my prized camel free roaming the fields and depend on God to protect it from thieves and due danger?"***

***The sage said: "Tie your camel first and then depend on God."***

I tied my camel first by safeguarding my life first and then came to Your Honor's court, depending on God, and Your Conscience, seeking justice and mercy and all the evidence presented and my actions underscore this fact, so help me God!

Respectfully submitted

Mustafa M. Zein
[COR LD NTC] [PRO SE]
c/o Robert W. Thabit, ESQ,
172 82nd Street,
Brooklyn, NY 11209
Tel. 718-748-6861

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of February 2000, I caused to be placed in the United States mail (first-class mail) copies of the Plaintiff's reply to Defendant's Response to Plaintiff's Memorandum Dated January 20th, 2000 in Relation to the Sealed Court Records of September 16, 1997 addressed as follows:

TO: SEAN H. LANE, ESQ.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-6288

Signature: ______________________
Mustafa M. Zein

P

# UNITED STATES COURT OF FEDERAL CLAIMS

Docket No. 99-244

TO: Judge Andewelt

FROM: Clerk's Office

The attached was received on 2-22-00 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ________________ [ Rule 83.2 ]

2. ____ Proof of service: [ Rule 5(e) ]
   ____ is missing; ____ is not signed or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record: ________________
   [ Rule 11 and 81(d) ]

4. ____ Does not comply with the provisions of Rule:

| | |
|---|---|
| ____ 7(b) | re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ 56(d) | re: proposed findings or statement of genuine issues is missing |
| ____ 56.1(b) | re: statement of facts or counter-statement of facts is missing |
| ____ 81(d)(1) | re: one attorney for a party; attorney to be an individual, not a firm |
| ____ 82(c) | re: binding |
| ____ 83 | re: original / copies missing |
| ____ 83.1(a)(1) | re: table of contents |
| ____ 83.1(a)(1)(G) | re: index to appendix / exhibits is missing or in the wrong location |
| ____ 83.1(b) | re: length of briefs or memoranda |
| ____ ________ | re: ________________ |

5. ____ Original affidavit(s) is / are missing [ Rule 56(f), 83 and Appendix H ]

6. ____ Does not comply with General Order No. 32 re: judge's name on all filings

7. ✓ No provision in the Rules for the filing of this item

8. ____ ________________

[signature]
Initials of Deputy Clerk