ORIGINAL

# In the United States Court of Federal Claims

FILED
JUN 1 2000
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M. ZEIN, Plaintiff, | * | |
| v. | * | No. 99-244C |
| THE UNITED STATES, Defendant. | * | (Filed: June 1, 2000) |

## ORDER

On May 22, 2000, this court received plaintiff's "Memorandum pertaining to the Missing Court transcripts requested by this Court from the Defendant." Because plaintiff's filing includes as an attachment a copy of a March 21, 2000, letter that was filed under seal in the United States District Court for the Southern District of New York, it is hereby ORDERED:

Plaintiff's memorandum shall be FILED UNDER SEAL THIS DAY.

ROGER B. ANDEWELT
Judge