ORIGINAL

FILED
JUN 5 2000
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MUSTAFA M. ZEIN, )
Plaintiff, )
v. ) No. 99-244C (Judge Andewelt)
THE UNITED STATES, )
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant respectfully requests an enlargement of time of seven calendar days, to and including June 12, 2000, within which to respond to plaintiff's recently filed memorandum, dated May 18, 2000, regarding transcripts from his criminal proceeding in the Southern District of New York filed by plaintiff Mustafa Zein. Defendant's response to the memorandum is presently due June 5, 2000. This is defendant's first request for an enlargement of time. Government counsel has informed plaintiff of this motion and represents that plaintiff does not oppose the Court's granting the Government the requested enlargement of time.

The additional time is requested so Government counsel can adequately prepare and file the Government's response to the memorandum. In order to respond to the memorandum, Government counsel recently was required to travel to New York to review additional documents from Mr. Zein's criminal case in the Southern District of New York, which undersigned counsel

accomplished on May 31, 2000. Accordingly, defendant requires additional time to draft its response to the memorandum and obtain the required supervisory review.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

KIRK T. MANHARDT
Assistant Director

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

JUNE 5, 2000

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 5th day of June, 2000, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME" addressed as follows:

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, N.Y. 11209

Rosa M. Robinson

# NEXT DOCUMENT

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 12 2000
U.S. COURT OF FEDERAL CLAIMS

MUSTAFA M. ZEIN, )
Plaintiff, )
v. ) No. 99-244C (Judge Andewelt)
THE UNITED STATES, )
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant respectfully requests an enlargement of time of ten calendar days, to and including June 22, 2000, within which to respond to plaintiff's recently filed memorandum, dated May 18, 2000, regarding transcripts from his criminal proceeding in the Southern District of New York filed by plaintiff Mustafa Zein. Defendant's response to the memorandum is presently due June 12, 2000. This is defendant's second request for an enlargement of time as the Court previously granted defendant an extension of time of seven days to respond to plaintiff's memorandum. Government counsel has attempted to contact plaintiff regarding this motion but was not successful in contacting plaintiff.

The additional time is requested so that Government counsel can adequately prepare and file the Government's response to the memorandum. More specifically, the additional time is necessary for Government counsel to complete the inquiry requested by the Court as to whether any additional documents exist from Mr.

Zein's criminal case in the Southern District of New York, including whether a docket sheet still exists from the case in the Southern District of New York. The additional time is required to complete this inquiry and respond to plaintiff's memorandum on this same subject matter.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

KIRK T. MANHARDT
Assistant Director

SEAN H. LANE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

JUNE 12, 2000

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of June, 2000, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME" addressed as follows:

MUSTAFA ZEIN
c/o Robert W. Thabit
172 - 82nd Street
Brooklyn, N.Y. 11209

Rosa M. Robinson