ORIGINAL

FILED
JUN 15 2000
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

- - - - - - - - - - - - - - - -X

Mustafa M. Zein

Plaintiff,

v.

The United States

Defendant.

- - - - - - - - - - - - - - - -X

No. 99-244C

(JUDGE ROGER B. ANDEWELT)

Date: June 8, 2000

Please find enclosed herewith a memorandum addressed to the Honorable Judge Sprizzo pertaining to the Missing transcripts of the 1988 Court Proceedings and of Mr. Lane's Discovery of missing sealed material in their original form in the U.S. Attorney's Office in the Southern District of New York.

Respectfully Submitted

Mustafa M. Zein
[COR LD NTC] [PRO SE]
c/o R. W. Thabit
172-82nd Street
Brooklyn, NY 11209
Tel: 718-748-6861

# MEMORANDUM

June 8, 2000

TO: HONORABLE JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE
UNITED STATES COURTHOUSE
40 FOLEY SQUARE, ROOM 2201
NEW YORK, NY 10007-1581

FROM: MUSTAFA M. ZEIN
[COR LD NTC] [PRO SE]
c/o ROBERT W. THABIT, ESQ.
172-82nd Street
Brooklyn, NY 11209
Tel: 718-748-6881

Re: U.S. v. Zein
88 cr. 99 (jes)

June 8, 2000

Honorable Judge Sprizzo:

Please find enclosed a copy of Plaintiff's Memorandum dated May 18, 2000 addressed to the United States Court of Federal claims in Washington, D.C. pertaining to the case, Zein v. U.S., No. 99-244C with the Honorable Judge Roger B. Andewelt as the presiding Judge.

Mr. Lane, the attorney for the Defendant went to New York City to find "the missing Court Proceedings of 1988 which the Court requested to be filed. Mr. Lane has been searching for the missing transcripts for the last six weeks until he communicated with me on June 2, 2000 to tell me of what he found following the law which dictates full disclosure.

Mr. Lane did not find a trace of any of the missing transcripts of 1988 Court proceedings requested by the Court of Claims or the April 22, 1988 Court hearing which took place in your honor's presence on the same date and which lasted four and a half hours. In that Court hearing, as your honor well remembers, the government's case was completely annihilated which left Your Honor without any possibility to convict me on anything and which prompted Your Honor to declare me innocent on June 10, 1988 and which Your Honor also confirmed on September 16, 1997 during the Court Proceeding that took place in Camera in your Court.

Therefore, all these transcripts are no longer in

existence according to Mr. Lane's diligent "search for the truth". But Mr. Lane found instead in a locked cabinet in the U.S. Attorney's office for the Southern District of New York, which contains materials pertaining to the 1987 Court Proceedings. Mr. Lane found ***Stenographic Tapes*** which have not been transcribed pertaining to the case, U.S. v. Zein in the same cabinet. Mr. Lane informed me that the U.S. Attorney's office is transcribing one of them to be sent to him and which might be filed in the Court in Washington, D.C. The government is still maintaining the fabricated lie in your name which prevents me from obtaining a copy of the 1987 Court Records which are being filed. I was hoping that this sealed material would be found during the discovery phase of the trial whether in the Court of Federal Claims if the Honorable Judge denies the Government's motion to dismiss for statute of limitation or in a Federal Court where I will file a Civil Rights suit against the government for obstruction of justice, falsifying Court Records with the premeditated intention to harm me and to avoid responsibility and accountability in a Court of law, if the government is granted its motion.

As Your Honor stated in the fraudulently condensed 1988 Court Proceedings which escaped the forgery of the lawless elements of the Department of Justice who fraudulently doctored the same Court Proceedings when you blamed the U.S. Government for all that happened in the case U.S. v. Zein by saying:

"None of this would have happened without the government."

The lawless hands added a fraudulent phrase in the same section which you never said: "that does not mean the Defendant to be completely blameless" to take the place of your statement which Your Honor stated addressing me:

"You are the only innocent man in this Court" and which you explained to me in the September 16, 1997 Court Proceeding to be "a moment of Emotion" which I later replied to you that "it was of conscience." The stenographic tapes could have been stored in the National Archives and Records administration at Lee's Summit like the fraudulently condensed 1988 Court Proceedings which cannot be obtained without a Court order, except by the government.

Finding stenographic tapes which rightly belong to he Court judiciary in the possession of the government, the Executive Branch, which was the prosecutor in the case in Your Court, and the very same Defendant in the case being litigated in the Court of Federal Claims is an outrageous example of obstruction of Justice. These tapes include in them material which incriminates the government and they should have been kept in the neutral custody of Your Honor's Court. The U.S. Government, the Defendant, is now free to change and exclude any material it sees fit during the transcribing of these tapes. That is how the government fraudulently condensed the 1988 Court Proceeding to the measly number of two hundred pages

without any name of any Court Recorder on their jackets, because they were transcribed in the U.S. Attorney's office as is being done in the present time not in the Court Reporter's office as it should be done in a professional way. The U.S. Attorney's office in the Southern District of New York has been criminally assaulting Your Honor's Court by fraudulently changing and even illegally removing Court Records in their original state without any copy with anyone else to insure the integrity and the truthfulness of the evidence. The chain of Custody of Evidentiary Materials has been breached and violated by the government, the Defendant herein and the sealed material has been contaminated with the heinous crime of forgery and tampering as a result.

The present transcribing of the stenographic tapes found in the possession of the Government should not take place in the U.S. Attorney's office but should take place in the Court Reporter's office under the custody and jurisdiction of Your Honor's Court as the law of land dictates. This reckless and lawless activity by the Defendant must stop immediately and instantly and that is why I am addressing Your Honor's Court for the sake of the Reputation of Your Honor's Court and also for the sake of Justice.

Please order the lawless elements of the Department of Justice to surrender all the sealed materials and tapes which belongs to Your Court in the first place and were illegally

removed from its custody to protect the Criminal Acts of the Government and prevent them from public view. It was not enough for the government to fraudulently claim National Security to keep the cover-up but it even resorted to committing outright theft of sealed material from Your Honor's Court to criminally keep the coverup in tact as additional insurance. History is repeating itself again in the same way which the fraud was committed by the government to create fraudulent criminal records in my name at fifteen minutes after midnight on February 7, 1991 in the memory bank of the computer in the office of the clerk.

I kindly request the Court to inform me in writing as to the steps it has taken to protect and preserve the integrity of the evidentiary materials, the Court Proceedings, from further contamination.

Respectfully Submitted

Mustafa M. Zein
[COR LD NTC] [PRO SE]
c/o R. W. Thabit
172-82nd Street
Brooklyn, NY 11209
Tel: 718-748-6861

Copies to:

1. The U.S. Court of Federal Claims.
2. Mr. Sean Lane, Attorney for the defendant.
3. The U.S. Attorney's office for the Southern District of New York.
4. The office of the General Counsel of the CIA.

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that on this day of June 9, 2000, I caused to be placed in the United States mail (first class mail) a copy of Plaintiff's memorandum to the Honorable Judge Sprizzo with a covering letter to the Court of Federal Court of Claims addressed as follows:

TO: Sean H. Lane, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice

Att: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel.: 202 307-62288

Signature: ______________
Mustafa M. Zein

P

# UNITED STATES COURT OF FEDERAL CLAIMS

Docket No. 99-244

TO: Judge Andewelt

FROM: Clerk's Office

The attached was received on 6-12-00 and the following defect(s) is/are noted:

1. ___ Untimely, due to be filed by ______________ [ Rule 83.2 ]

2. ___ Proof of service: [ Rule 5(e) ]
   ___ is missing; ___ is not signed or dated;
   ___ shows service on wrong attorney or of wrong item;
   ___ is not attached to each document or copy

3. ___ Not signed by the attorney of record: ______________
   [ Rule 11 and 81(d) ]

4. ___ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ___ | 7(b) | re: brief, supporting memorandum, affidavits shall be attached to motion |
| ___ | 56(d) | re: proposed findings or statement of genuine issues is missing |
| ___ | 56.1(b) | re: statement of facts or counter-statement of facts is missing |
| ___ | 81(d)(1) | re: one attorney for a party; attorney to be an individual, not a firm |
| ___ | 82(c) | re: binding |
| ___ | 83 | re: original / copies missing |
| ___ | 83.1(a)(1) | re: table of contents |
| ___ | 83.1(a)(1)(G) | re: index to appendix / exhibits is missing or in the wrong location |
| ___ | 83.1(b) | re: length of briefs or memoranda |
| ___ | ______ | re: ______________ |

5. ___ Original affidavit(s) is / are missing [ Rule 56(f), 83 and Appendix H ]

6. ___ Does not comply with General Order No. 32 re: judge's name on all filings

7. ✓ No provision in the Rules for the filing of this item

8. ___ ______________

Addi

Initials of Deputy Clerk