ORIGINAL

FILED
OCT 4 2000
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M. ZEIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 99-244C (Judge Andewelt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lisa B. Donis as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

LISA B. DONIS
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6288

October 4, 2000

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 4th day of October 2000, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Mustafa M. Zein,
c/o Robert W. Thabit,
172 82nd Street,
Brooklyn, NY 11209

[signature]