FILED
NOV 9 2000
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

***In the United States Court of Federal Claims***

By Leave of the Judge

- - - - - - - - - - - - - - - - x

MUSTAFA M. ZEIN
Plaintiff,

- v -

THE UNITED STATES
Defendant

- - - - - - - - - - - - - - - - x

**Civil Action No. 99-0244-C**

**(JUDGE ROGER B. ANDEWELT)**

**Date: October 25, 2000**

PLAINTIFF'S RESPONSE TO THE COURT ORDER
FILED UNDER SEAL ON SEPTEMBER 28, 2000.

Plaintiff was under the impression that attorneys litigating a case are really officers of the court first and foremost, and have to be as truthful in their briefs filed in court as if they are under oath, testifying on the witness stand; a fact which I tried to follow to my utmost human best. Therefore I viewed the Court Order pertaining to depositions under oath as a welcome event, which I accepted to undertake with full compliance. Plaintiff also agreed to put the depositions under seal and to conduct them in a place designated and secured by the Department of Justice. The only condition I expressed to the attorney for the Defendant was my preference for the method of recording the depositions by audio tape instead of stenographic tape,

to which the attorney for the Defendant assured me that both methods of recording would be employed during the depositions; but all came to no avail two weeks later.

On Thursday, October 19, 2000 at 3:00 PM, Miss Donis informed me that the Government, which is the defendant in this Civil Case, Zein vs. The United States, No. 99-244C, was not and is not going to comply with the Court Order filed under seal on September, 28, 2000 and no deposition of any kind will ever be taken or given by anyone. Miss Donis informed me further that the Defendant will submit a motion for a summary judgment to the Court which will be based upon the argument that the United States Government is immune from prosecution by the virtue of sovereignty in any Court of Law or something to that affect. The Defendant's argument will be based on the case, Tautum v. the United States, which took place in 1875, a hundred and twenty five years ago. Plaintiff severely lacks the legalese sophistry available in huge quantity at the disposal of the Defendant, which makes it imperative on Plaintiff to rely only on common sense and the learning experience derived from one of his majors in college, which was American History, and on his deep understanding of the esoteric knowledge employed by the framers of the Constitution of the United States of America, who were the builders of this nation and were known to be Free Masons. Anticipating the denial of the motion to dismiss this case based upon the statute of limitation for failing to comply

by this Court Order, the Defendant is embarking on a last ditch effort and a fruitless one at that, to try to dismiss this case again. Plaintiff already commented on that case of 1875 to this Court and here is another brief comment.

The Defendant in this case is the Executive Branch of the American Government which is made up of three branches, equal in sovereignty; but different in function. The Judicial Branch of the American Government has the lawful right (authority and sovereignty) to "check and balance" the Executive Branch, according to the American Constitution. The Court of Federal claims was created to function accordingly. The combined sovereignties of the three branches of the American Government -- Executive, Legislative and Judicial, make up the total sovereignty of the American Government. Each branch is sovereign to govern according to its specified functions and responsibilities laid down by the United States Constitution. The authority to function and be responsible to govern is the very meaning of sovereignty, and responsibility without accountability vacates the American Constitution from its values and renders it to be meaningless. The combined sovereignties (the authority to govern and be responsible) of the three branches of the American Government are derived from the sovereignty of the people of the United States, who limited their sovereignty and transferred it equally to the three branches of the American Government.

It is a "government by the people for the people" with a check and balance to prevent one branch from dominating another branch and to prevent the Government to unconstitutionally dominate the people in a form of dictatorship. The sovereignty of the American Government, whether it is branch wise or combined, is not ABSOLUTE in its nature; but it is limited, relative and accountable. The Defendant in its argument is assuming an absolute sovereignty that is unaccountable. The Defendant is really the servant of the people, not the master.

The American nation has established a republic governed by law, not governed by men who can claim to derive their authority (sovereignty) from the Almighty God which makes them infallible, unaccountable and above and beyond the law of the land. The old monarchies that existed in the by gone days of 1875, the year which the Defendant is basing its argument on, have been passed by the American experience and by the full enforcement of the United States Constitution which protects the individual from being abused by the authority (sovereignty) of the State.

There is absolutely NO ONE who can claim unaccountability under the law in a nation which is ruled by law. The Defendant wants to take us back to the 19th century, to the days of unaccountability and infallibility of the ruler vis-à-vis the ruled.

The Defendant has even mustered the audacity to make such an ill advised and unwise argument which negates the existence of this Court, especially when the Defendant refuses to comply with its order, which contained the following on page ten, second paragraph:

**"This Court was created in part to serve as a check on the power of the Federal Government by providing Plaintiffs with a forum in which to bring certain types of claims of improper conduct against the United States."**

The Constitution of the United States is based on "Liberty and Justice for All," the ruled and the ruler. Liberty, as defined by the Constitution, is the pursuance of one's destiny without violating others' well being and liberty. Liberty does not mean a license to wreck and abuse the lives of others by anyone, whether the party is the Government or a regular citizen. Self-control by the individual is the essence of personal liberty. Check and balance with accountability under the law, not above the law, is the essence of the limited sovereignty given by the people of the United States to the United States Government. Justice goes hand in hand with liberty, which designates rights, responsibility and accountability -- without these three basic elements of justice, there will be no liberty whatsoever.

The United States Government can not be responsible to rule without being accountable at the same time. Responsibility is meaningless without accountability and accountability is the very item which the Defendant wants this Court to discard

by arguing that sovereignty is immune from prosecution, which is in itself an outrageous violation of the Constitution of the United States of America.

Plaintiff views the non-compliance of the Defendant with the Court Order as a positive event not for the Plaintiff only, but for the Defendant also. Plaintiff has been trying his best to keep the damage contained all these years and by addressing this Court in a Civil Case based on one limited subject, a breach of contract, in order to keep faith with the conscious part of the American Government not to harm the institutions of this Government, especially in these trying times of the violence of hate, which is prevailing now in the Middle East.

I hope and pray that this court will take both the Plaintiff and the Defendant to the safe harbor of justice and liberty which has been guaranteed by the American Constitution to every individual living in these United States of America; thus fulfilling the very reason for its creation and the continuation of its positive and beneficial existence.

By exercising its sovereignty in this case, the Judicial Branch of the American Government will be doing justice and will be enforcing the law of a nation which is ruled by law; thus enhancing Liberty to reach its full potential for all concerned including the Plaintiff and the Defendant in this case.

Respectfully submitted,

[signature]

Mustafa M. Zein
{COR LD NTC] [PRO SE]
c/o Robert W. Thabit, ESQ.
172 82nd Street
Brooklyn, NY 11209
Tel. 718 748-6861

October 25, 2000

**CERTIFICATE OF SERVICE**

I herby certify that under penalty of perjury that on this 25th day of October, 2000, I caused to be placed un the United Sates mail (first class mail) copies of Plaintiff's Response to the Court Order Filed Under Seal on September 28, 2000, addressed as follows:

TO: MISS LISA B. DONIS, ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Att: Classification Unit
8th Floor, 1100 L St. NW

Signature: ______________________
Mustafa M. Zein

P

# UNITED STATES COURT OF FEDERAL CLAIMS

Docket No. 99-244

TO: Judge Andewelt

FROM: Clerk's Office

The attached was received on 10-27-00 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [ Rule 83.2 ]

2. ____ Proof of service: [ Rule 5(e) ]
   ____ is missing; ____ is not signed or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record: ____________
   [ Rule 11 and 81(d) ]

4. ____ Does not comply with the provisions of Rule:

| | |
|---|---|
| ____ 7(b) | re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ 56(d) | re: proposed findings or statement of genuine issues is missing |
| ____ 56.1(b) | re: statement of facts or counter-statement of facts is missing |
| ____ 81(d)(1) | re: one attorney for a party; attorney to be an individual, not a firm |
| ____ 82(c) | re: binding |
| ____ 83 | re: original / copies missing |
| ____ 83.1(a)(1) | re: table of contents |
| ____ 83.1(a)(1)(G) | re: index to appendix / exhibits is missing or in the wrong location |
| ____ 83.1(b) | re: length of briefs or memoranda |
| ____ ________ | re: ____________ |

5. ____ Original affidavit(s) is / are missing [ Rule 56(f), 83 and Appendix H ]

6. ____ Does not comply with General Order No. 32 re: judge's name on all filings

7. ____ No provision in the Rules for the filing of this item

8. ✓ Not joint status report.

Adoli

Initials of Deputy Clerk