# In the United States Court of Federal Claims

FILED
DEC 1 2000
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * *

MUSTAFA M. ZEIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

No. 99-244C

(Filed: December 1, 2000)

ORDER

Upon consideration of defendant's October 26, 2000, status report, it is hereby ORDERED:

On or before December 19, 2000, defendant shall file its motion to dismiss.

ROGER B. ANDEWELT
Judge