ORIGINAL

# In the United States Court of Federal Claims

FILED
AUG 9 2001
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MUSTAFA M. ZEIN, Plaintiff, | |
| v. | No. 99-244C |
| THE UNITED STATES, Defendant. | (Filed: August 9, 2001) |

## ORDER

This action shall be transferred from Judge Andewelt's docket to that of Chief Judge Lawrence M. Baskir.

IT IS SO ORDERED.

LAWRENCE M. BASKIR
Chief Judge