ORIGINAL

# In the United States Court of Federal Claims

FILED
AUG 9 2001
U.S. COURT OF FEDERAL CLAIMS

**No. 99-244 C**

**MUSTAFA M. ZEIN**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Chief Judge Lawrence M. Baskir**

Pursuant to Rule 77(f) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Margaret M. Earnest, Clerk