ORIGINAL

# In the United States Court of Federal Claims

FILED
SEP 5 2001
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M. ZEIN, Plaintiff, | * | No. 99-244C |
| v. | * | (Filed: September 5, 2001) |
| THE UNITED STATES, Defendant. | * | |

## ORDER

This action shall be transferred from Chief Judge Baskir's docket to that of Judge Eric G. Bruggink.

IT IS SO ORDERED.

LAWRENCE M. BASKIR
Chief Judge