ORIGINAL

# In the United States Court of Federal Claims

FILED
SEP 5 2001
U.S. COURT OF FEDERAL CLAIMS

No. 99-244 C

**MUSTAFA M. ZEIN**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Eric G. Bruggink**

Pursuant to Rule 77(f) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Margaret M. Earnest, Clerk