ORIGINAL

# In the United States Court of Federal Claims

No. 99-244C
(Filed: October 18, 2001)

FILED
OCT 1 8 2001
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * *

MUSTAFA M. ZEIN,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Monday, October 29, 2001, 10:00 a.m. The call will be placed from chambers and will be on the record. If Mr. Zein wishes the court to call him at a phone number other than the one in New York, he shall notify chambers at 202-219-9612.

ERIC G. BRUGGINK
Judge