ORIGINAL

# In the United States Court of Federal Claims

FILED
OCT 29 2001
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * *

MUSTAFA M. ZEIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

No. 99-244C

(Filed: October 29, 2001)

## ORDER

This order confirms the guidelines for proceeding in this matter set out in a status conference on this date.

On or before November 20, 2001, plaintiff will file an affidavit addressing the bases for the allegedly overt nature of the contract, and reasons why plaintiff did not bring suit before expiration of the statute of limitations.

Within three weeks from its receipt of plaintiff's affidavit, defendant shall file a supplemental brief in support of both of its motions to dismiss.

Within three weeks from its receipt of defendant's supplemental brief, plaintiff shall file a response brief. Defendant shall have ten days from its receipt of plaintiff's response brief in which to file a reply brief.

All filings shall be maintained under seal.

IT IS SO ORDERED.

ERIC G. BRUGGINK
Judge