ORIGINAL

***In the United States Court of Federal Claims***

Mustafa M. Zein,
Plaintiff
vs.
The United States,
Defendant

~ Under Seal ~
Civil Action No. 99-244C
Judge Eric G. Bruggink
Date: November 20, 2001

FILED
NOV 27 2001
U.S. COURT OF
FEDERAL CLAIMS

by leave of the Judge

Affidavit of Plaintiff,
State of Florida: SS.
County of Broward

Mustafa M. Zein, being duly sworn, deposes and says:

I. Totten vs. the United States does not apply in the instant case because of the following facts, which do not correspond with any precedent based on "Totten,"

1. Under Totten and Guong, a prerequisite for a contract, Fact Number One requires that both parties "must understand that the contract terms are secret" which does not exist in this contract, in the instant case.

2. Fact Number Two, that under Totten both parties to the contract should keep their lips sealed, which makes the contract in the instant case, unworkable, ie: without any possible way to execute it.

The facts in this case, ZEIN vs. U.S., do not match the facts in Totten, which makes Totten inapplicable in the instant case. There was never, ever any agreement or any understanding between plaintiff and defendant to keep either the terms or the very existence of a contract concealed from anyone, especially when it

#67

involved countries and organizations to be lobbied to support the terms of the contract. Plaintiff categorically and absolutely refused to accept any contract, understanding, agreement or any covert operation with the CIA in any way, shape or form, so help me God. The undersigned, plaintiff, absolutely refused to budge or move until I was finally assured and guaranteed by an officer of the CIA, who was more than a brother to me, that the CIA had nothing to do with this contract and that it was the White House which was behind it. The undersigned had the word of the President of the United States in my hand, which allowed me to undertake my mission to save the hostages in Lebanon. My insistence on the word of the President of the United States was to make sure that no room was ever left for the possibility of a breach. This is the truth, the only truth so help me God. The man who gave this assurance that the agreement was sealed by the word of the President of the United States of America and literally by my blood is ready, willing and able to testify in a court of law under oath. The CIA testimony in court in New York has already confirmed this truth.

Regarding Fact Number Two that both parties, "Lips should be kept sealed," also cannot be applied to the instant case before this honorable court. If defendant and plaintiff kept their "lips sealed" and concealed the existence of the contract from others, the contract would have been dead and buried without any use to

anyone. The viability of the contract was in its credibility to be honored by other parties, other than the plaintiff and defendant. Without the help and the endorsement of others, the contract was not going to move or be helpful to freeing hostages in Lebanon. Therefore the terms of the contract had to be revealed, not kept secret, as Totten requires.

Five parties each gave a hand to make it happen and were part of the contract:

a) Iraq

b) Kuwait

c) Saudi Arabia

and two organizations within the P.L.O. were also involved.

The terms that were guaranteed by the White House (ergo, the U.S. Government), were as follows:

a) The U.S. government will not engage itself directly or indirectly with any other channel besides the plaintiff in this case. This guarantee was breached and that was not a secret term by any means.

b) The White House (ergo, the U.S. Government), guaranteed to raise the funds, three million dollars, from private donors to support the expenditure required by this contract. Two donors were mentioned, Ted Turner and Ross

Perot. The White House at the time was overtly raising funds for all kinds of projects and causes, including the Contras. I insisted on these terms to move it away from CIA funding, which required a Presidential finding stamping the contract as a covert operation, so help me God. This too was breached.

c) The White House (ergo the U.S. Government) had to show overt support for my mission by arranging meetings with other countries. The White House did arrange a meeting with the Saudis.

Therefore, it is obvious that the terms of the contract in this case do not fit Totten because they were overt, not covert as Totten requires.

3. Fact Number Three in Totten requires the contract to be in the form of a "secret service," a covert operation. The facts in the instant case do not exist because there was never "a secret service" or a covert operation in this case. There was never a Presidential finding in this case or any advice to allocate a budget pertaining to this contract to make it eligible to be called a "covert operation" as prescribed by law. All the government needs to do in the instant case is to show the court, in camera, the Presidential finding and retrieve it or declare under the penalty of perjury the existence of a finding to make the contract in question fall under Totten. The defendant will never do that because there is no Presidential finding for this overt contract and no finding or budget from Congress for a covert

operation pertaining to this contract. Claiming this contract without a presidential finding a secret contract is a legal impossibility in this case.

4. Fact Number Four is that in order to invoke Totten in the instant case, two elements in Totten have to also be present in this case. For "a secret service" or a "covert operation" to take place, aside from a Presidential funding, a budget from Congress, an employer and an agent have to be in place. The undersigned plaintiff was never, ever an agent of any agency belonging to the government of the United States or to any government in the world, so help me God. I am not asking this honorable court to take my word for it but I will let the defendant speak on my behalf, the plaintiff in the instant case.

The following is the actual testimony of the Central Intelligence Agency on behalf of Mustafa M. Zein, in the Southern District Court of New York in U.S. vs. Zein, NO. 88 CR 99 (Jes), on page nine of the CIA written statement handed to the court, third paragraph, CIA stated the following: an exact quotation:

**"Mustafa never received any monies for his efforts. The basis for Mr. Zein's collaboration with the agency has been his desire for the United States to comprehend and sympathize with Arab and Palestinian perspective on the situation in the Middle East."**

-End of quotation-

The second absolute proof comes from the FBI in a report released by the CIA under the Freedom of Information Act which is attached to this affidavit on page two, paragraph one, line five, the FBI states:

"With regard to contacts with Foreign Nationals, informant noted that he believes the subject (Bob Ames) currently in contact with a foreign National (plaintiff); however this was done at the specific request of the Chief of his division and **with White House approval**." Emphasis added.

When did the CIA ever need an approval to contact its own agents?

The above two testimonies by agents of the defendant in the instant case place the contract outside Totten and all its progeny. The CIA, in its testimony, has used the word "never" in its statement of "never received monies for his efforts," which included my efforts in the contract to cause the release of the hostages. If plaintiff in the instant case was "never" a paid agent by virtue of the truthful testimony by an agent of the defendant, then how can the same party and the very same government, the defendant in the instant case, come to this court and insinuate or even claim that the plaintiff was a paid agent in a secret contract in order to invoke Totten in the instant case? "Never received money for his efforts" Means "never" was the plaintiff an agent by the testimony of the defendant in this case. "Never" was plaintiff a paid agent means plaintiff "never" performed under a secret contract, which is known as a "covert operation." "Never" performed a covert operation means that plaintiff never agreed to any "secret terms."

If A is equal to B and B is equal to C then A is equal to C. It is as simple as this logical mathematical calculation. No agent equals no covert operation (secret contract) means no "secret terms" -- that is why the defendant is absolutely opposed to depositions or even asking the plaintiff any question in any deposition whatsoever.

The solution for the defendant's dilemma is to falsely claim National Security to spook this honorable court, as it did in New York to the Southern District Court.

Fact number five is that the money, the three million dollars, that was guaranteed to the plaintiff herein by the White House (to be raised from private Donors) never took place. Priority was being given to raising funds for the Contras in those days and the word of the President of the United States, given to me as a part of the contract, was broken. The CIA statement in court in New York, "Mustafa never received monies for his efforts" is absolutely true, and the money in the contract was designated for others. When the breach took place, the solution was to pay what I guaranteed to others and every one including myself could withdraw from the scene in peace. I had no objections whatsoever against the U.S. government abandoning my mission but the U.S. government had the obligation to pay its debt first, the very debt it asked me to guarantee, with my life, to others. The CIA actually received independent intelligence, on its own, that my life was at stake if I did not come up with the funds which I pledged to pay, and

which had been guaranteed to me by the White House. This fact is included in detail in the CIA testimony in court in New York, so help me God.

Conscientious CIA officers, as a result of their own confirmed intelligence, tried to save my life by forcing the White House (Robert McFarlane, National Security Advisor) to arrange for me to meet with Prince Bandar, the Saudi Ambassador in Washington D.C., to pick up the tab, so I could pay the personal debt incurred, by the plaintiff herein, by their breach.

McFarlane arranged the meeting, which was excellent. The Saudis did provide the three million dollars for the contract in this case to save me from the burden of debt incurred by me on behalf of the United States. The director of the CIA picked up the check from the Saudis. William Casey gave Bob Woodward of the Washington Post a death bed confession pertaining to these three million dollars. Casey never mentioned their rightful designation to Woodward. Instead, Casey confessed that he used them to finance the bomb placed in Beirut to take out a Muslim scholar. According to Casey, the purpose of the money was to detonate a bomb in Beirut. The bomb not only missed the Muslim scholar but also missed me, the plaintiff herein. The CIA knew that I was meeting the Muslim scholar that day, at the very hour the bombing occurred. I left only minutes before; the scholar stayed behind at the Mosque and sent his car to his home without him or me in it. The bombers, by remote control, detonated the bomb, which was placed in a small truck

parked in a residential area when the scholar's car approached it. Eighty people were killed and hundreds were injured. William Buckley, the CIA Chief of Station in Beirut, fingered some of the bombers who were caught in no time. Buckley himself was a hostage. Not only did he help to arrest the bombers but also provided his captors with an enormous amount of information. The killers were caught and made a full confession within two days.

What astonished all and made the captors look at me in a different light was the confession which stated that I, plaintiff herein, was targeted to be killed by the bomb with the Muslim scholar. I was literally putting my life on the line, especially when the car I was using took a direct hit, killing the driver after he dropped me off. Snipers in those days were not using bullets to hunt people, they were using mortar shells sniping at cars on roads that were labeled as "death alleys" and I was crossing these several times a day for weeks at a time. Nevertheless, someone in the U.S. government wanted me dead and I knew instantly who he was.

Casey took the three million dollars from the Saudis under false pretenses, pretending that he was using it to save lives but confessing to Woodward that he used it to take lives, innocent lives of poor civilians struggling to survive in a war-torn country. This evil confession which was reported all over the Arab and Islamic worlds brought the wrath of the religious militants on the Saudis and Americans alike. Two bombs, one in Khobar and the other in Riyadh, the two

major cities where the American military maintained a presence, exploded killing many Americans. Casey was deliberately trying to cause the Saudis great harm in his death bed confession to Bob Woodward for the very fact that the Saudis refused in absolute terms to get involved in Casey's evil schemes by bankrolling them as Casey wanted. Casey had insane ideas that he did not even dare present to the Oversight Committee to be endorsed as "covert operations," allocating a budget for them, which forced Casey to tap the Saudis, who absolutely refused.

If the above is not true then why did Casey, in his deathbed confession, involve the Saudis knowing full well what price was waiting for them? Even if it was true that the Saudis gave him the money to finance the bomb, then why betray a loyal friend and ally? And why brag about heinous crimes that would put every American in harms way and invite retaliation against American interests in the Middle East?

Criminal tendency, betrayal and deceit were part of Casey's nature in his so-called crusade to fight America's enemies who happened to be, in every case, innocent civilians. Casey's evil nature managed to kill while it was alive and even killed innocent lives after his death by his death bed confession, which circled the globe.

It is vital to declare these facts, under oath, to correct history and to serve the truth. The Saudis were innocent because of the following facts:

a) The Saudis gave Casey the money after the bomb exploded and after my meeting with the Ambassador. So, Casey could not have financed the bomb with Saudi money.

b) The Saudis were never in any danger from anyone belonging to the Muslim scholar. They were and still are on excellent terms with him. He himself told me that forty million dollars were donated by the Saudis to aid the victims of the bomb.

c) The Muslim scholar was actually helping me in trying to release the hostages and personally intervened to prevent terrorist acts against the United States from taking place inside America.

d) The bomb could not have cost three million dollars and the group that put it there was being financed and trained by a the U.S. Government as pro-American Allies, in spite of their degeneracy and criminality that can put any Nazi to shame. Casey was pressuring the Lebanese government to deduct money from American aid that it was receiving to give it to those hired killers. The main support of these hired killers came from the heroin trade transported to Europe and the United States. The undersigned plaintiff herein solved a drug case involving thirty-five kilograms of heroin, seventy-seven pounds of pure heroin belonging to three individuals and degenerate killers in 1987, while I was still in the MCC in New York. The case was being railroaded in court, leaving out the real criminals and the prosecutor of the

case did not want to pursue leads other than the mules, the nobodies involved in that case. I, plaintiff herein, sent anonymously a handwritten brief to Internal Affairs of the DEA explaining everything which netted the real culprits thirty-five years to life in prison. I personally busted one of the biggest operations belonging to these drug traffickers who are now under the protection of the defendant in this case. No wonder defendant is terrified to take depositions in this case or even to present a single question to me in any deposition!

People like these degenerate killers can be bought, body and soul, and made to do anything under the sun without any question or conscience and are obviously preferred by similar degenerates in many governments, including the defendant in this case. It is amazing how degenerate killers look alike, stemming from the same pit of perversion. These degenerate killers were fighting under the banner of the cross, the sacred religion of love and compassion as Christian militia. Their distorted belief led them to commit a massacre that even outraged half a million Israelis, who demonstrated in Tel Aviv and drove the Prime Minister of Israel, Begin, to early retirement with a broken heart. They entered the refugee camps of Sabra and Shatila, firing their automatic weapons, point blank, against women, old men and children. All the able men had already left with the PLO when it withdrew from Lebanon. For two days and nights they went on their killing spree, using axes and knives. Babies were held by their feet and were banged against walls in front of

their mother's eyes, with their little brains scattering in all directions. Hundreds were killed. These degenerate killers not only worked for the United States government but also made a common cause and commercial joint ventures to erect a TV station in Lebanon with Pat Robertson of the Christian Network. They financed it by selling arms to Croatia, using funds under the direct observations of both Robertson and the military intelligence of the United States government to buy heroin made in Lebanon. Each kilo of heroin was exchanged in Colombia with three kilos of cocaine, which were sold in the Middle East and Europe as the favorite drug. The Colombians, tasting the high profits of heroin, started to produce it because of the huge difference in profit. Some of the profits from this narcotic traffic were used to erect the Lebanese TV station (LBC) in Beirut, Lebanon, but they cheated Pat Robertson from his share in the TV station's joint venture. Robertson was hoping to enlarge his TV Empire world wide, making Lebanon as a regional center. When these degenerate killers fled Lebanon, the TV station and all its millions of dollars went, stock and all to their opponents.

These degenerate killers created a legacy to be followed by others. Another group took the same banner but with a different sign, distorting and perverting another religion, Islam. AL Qaeda (the base), which is the scourge of our present time, is perverting a religion of peace into a religion of violence in their image and Likeness, which is also being sustained and maintained by the heroin trade in

Afghanistan. Self appointed degenerate killers falling all over again in the pit of perversion by misusing spiritual concepts, nonmaterial in nature, to serve their egotistical selfish aims. Evil is accurately defined as the "misuse of good to serve selfish material interests that detrimentally affect the livelihood and the lives of innocent lives." Evil is the perversion of good to serve the self only, regardless of any harm to others. Evil is man-made, not God made and free will is the source of all evil but also the very instrument to attain eternal/infinite reality, the face to face meeting with the Creator of all.

When the atrocities of these degenerate killers outraged hundreds and hundreds of thousands of Israelis, then how many millions in the Arab and Islamic worlds were outraged, filling their hearts and minds with resentment beyond description? And blame is always the path to vent such resentment and America, unfortunately, took the blame and is now paying the price.

II. The Statute of Limitations does not apply in the instant case because the Plaintiff's life and the lives of his family in Lebanon were at risk if plaintiff attempted to really defend himself in the case against him in court in New York, or if he would have filed a case against the defendant in Washington D.C., before he actually filed in the instant case. The Constitution of the United States of America transcends all laws and statutes because it is the very source of all laws in this great

country. The Constitution has designated the executive branch of the American government to be the defender of all who reside, live, or visit the United States of America. The executive branch of the United States government can not under any law and under any guise of so-called national security violate the Constitution of the United States by presenting an awesome threat to maim, harm, and kill in order to cover up its criminal offenses to avoid accountability in a court of law. Engaging thugs and criminal elements of drug traffickers to assault and terrorize plaintiff's family and steal their possessions to send a clear message to plaintiff not to seek justice in the New York court and never, ever think to file any case against the United States Government does not give defendant refuge to hide behind the Statute of Limitations, claiming time has passed. Keeping the threat over plaintiff's head by threatening his family in Lebanon so as to force plaintiff not to file on time, not only violates the essence of the Statute of Limitations, but the whole Constitution of the United States of America.

If the Statute of Limitations does not provide relief for plaintiffs who have to wait until the danger of threatening the plaintiffs' lives and the lives of their families passes away before they file their cases, then the law of the jungle is the law of the land. And everyone who wishes to evade accountability in a court of law can exercise brute force to prevent potential plaintiffs from filing on time and the defendant can go to court claiming protection under the Statute of Limitations.

If the Statute of Limitations does not provide protection against such a violation, then the law has to be amended by a precedent, which provides relief in such a case. That is how precedents are created in courts of law to correct any insufficiencies found in these laws and statutes and this very case, Zein vs. U.S., No. 99-244C merits such a precedent for the following facts and reasons:

1. Fact number one is that the secret in this case was not and still is not in the contract itself but in the reasons and the cause of the breach. The secrets and covertness in this case does not have anything to do with the proper application of national security as defined by law, whatsoever. Criminal and treasonable offenses committed against the national security of the United States (safety of the American public) are not covered and protected by any national security statute, which is the very essence of this case. The cover-up that has been maintained in secret pertaining to this case is in itself a criminal offense that will indict also present people who are still maintaining the secrecy of these criminal offenses and obstructing justice in this case at the same time.

Totten and all its progeny deal with enemies of the States in a secret contract not with criminal offenses committed by defendant against her own people and against her own armed forces, so help me God. That is why such first hand information and first hand observation, as an actual eyewitness, with evidence that is irrefutable, made my life become expendable in any way and means not because

of the contract at all, which was intentionally misused by defendant as a weapon to end my life in order to eradicate me as a witness to its criminal and treasonable offenses against the American public (national security). The following are the facts:

2. The October Surprise:

In the summer of 1980, the election committee for the Republican Party, headed by William Casey, was looking for a sure way to contact the chairman of the PLO, Yasir Arafat. Dr. Henry Kissinger, the former Secretary of State, provided the committee with a name that had Arafat's ear in the most private and insured way possible. Kissinger was hoping to regain his former position under the coming Republican administration after the election. That year, 1980, was a year that witnessed the biggest conspiracy to over throw the American government, the Carter administration, using every means possible, short of a military coup. The Maestro of it was William Casey, who was recruiting agents for this conspiracy from all departments of the United States government, especially from the military and the intelligence community before he actually became the CIA director. The person that Kissinger recommended to the election committee was the affiant, plaintiff herein. I had already arranged (in 1973) a meeting in Morocco between the deputy director of the CIA, Vernon Walter and Khalid Al Hassan, the political director of the PLO, at the request of Kissinger, which was confirmed in his

memoirs later.

A very high member of the election committee of the Republican Party contacted me and asked for a meeting. I was told that he was going to be the replacement of Robert Hunter, who was Assistant National Security Advisor for the Middle East. Robert Hunter and Bill Quandt, the former assistant, were well known to me and I visited them in the White House many times in the presence of Robert Ames, the legendary CIA officer. I was working extremely hard to gain the release of the American hostages in Teheran at that time, through the diligent efforts of Arafat, who successfully managed to release some of the hostages, and all of the bodies that perished in "Desert One" when two planes collided before take-off in that Iranian desert.

The cause for the meeting with the representative of the Republican Election Committee was mainly to convince Arafat to abandon his attempt to release the hostages before the election because "it was in his interest to deal with a Republican Administration." It was a habit with me which I followed faithfully even to this day, that I always kept a record whether in writing or on tape, of every important meeting I held with any person important. As far as my meetings with Bob Hunter and Quandt in the White House, I always wrote the minutes of such meetings with two copies, one to Arafat and two copies to Bob Ames, who gave one to the White House. Therefore a taped record was made of every meeting

between the member of the election committee of the Republican Party of which a copy was transmitted to Arafat to make sure that he understood the authenticity of such a request. The instrument used to record the meetings was a brief case, which was given as a gift by the CIA to the chief of security of the PLO, which I used on a number of occasions. Arafat investigated the issue of the American hostages with the Iranians and it was clear that William Casey had already established a relationship with members of the Iranian government behind the back of the President of Iran, Beni Sader and his Foreign Minister, Katubzadeh. William Casey himself gave his blessing to a deal with the Khumeini's inner circle in Spain during the summer of 1980, which was arranged by one of the Hashimi brothers. Casey was traveling on an Irish passport, provided to him by a CIA officer in Europe (London) and stayed in a room registered under the name of an operator whose main job was to arrange parties and entertainment to various dignitaries, especially during the inauguration celebration of President Reagan. The meeting included Casey and Karoubi, the present speaker of the Iranian parliament. The PLO, with Iranian security, were covering the meeting and every step taken by Casey was recorded, minute by minute with video and sound.

The high official of the election committee of the Republican party who met me several times in a hotel and even invited me to his home for lunch never attained his desired position on the National Security team in the White House but

he obtained the position of an under secretary in one of the departments in the American government.

This act of subversion against national security succeeded. Casey got what he sought from the Iranian government and the Iranian government waited to receive what Casey promised to deliver in return, including unfreezing Iranian assets, sharing intelligence, providing spare parts for American made weapons purchased before by Iran and cooperating in a joint effort with the United States government in the war against the Soviet Union in Afghanistan.

In Arafat's case, the Palestinians were promised recognition and more even-handedness in dealing with the Israeli/Palestinian problem, but Arafat never did anything to hinder the effort of releasing the American hostages in Teheran. On the contrary, he doubled his efforts, which I concurred with but the Iranians were adamant and refused to reconsider, to protect their deal with Casey. The information of the deal was leaked to the Foreign Minister of Iran, which he himself declared to the news media in late October of 1980, but it was too late to affect the election a few days later.

3. The Israeli invasion of Lebanon in 1982 resulted in the ouster of the PLO from Lebanon. The United States government guaranteed the safety of civilians in Lebanon after the PLO departure, but the massacre in the camps of Sabra and Shatilah followed, which prompted the return of the American Marines to protect

the Lebanese and Palestinian civilians. The Marines were used in an Unsanctioned Covert Operation to abduct civilians by pro-American thugs and paramilitary elements who crossed Marine lines back and forth in the middle of the night, carrying hostages with absolute immunity. Eighteen hundred people were abducted and executed without a trace, whatsoever. Four Iranian diplomats were abducted in the process by these American financed and trained thugs.

The Shiite community in Lebanon sought, in its desperation, help from both Syria and Iran to stop the pro-American assault. Iran was more than willing to help; especially after being betrayed by Casey, who did not fulfill his obligations pertaining to the agreement of delaying the release of the American hostages until after the American election to prevent Carter from winning a second term. That is how Hezbollah, the party of God, was established -- to answer the "tit" of the American government with a similar "tat." Hostages were abducted with the acquiescence of the American Marines and were answered eventually with the taking of American hostages. The American help to aid Iraq in its war against Iran was answered by hitting American targets in Kuwait and Lebanon like the bombing of embassies in Kuwait, Lebanon and the Marine barracks. Iran used American hostages in Lebanon to reopen its severed connection with the American government in order to force it to fulfill its obligation promised in the agreement negotiated by Casey. Iran needed spare parts for American made weapons in a

desperate way, which was part of the deal with Casey, who failed until that time to provide it and kept it under deep cover to hide his subversion and treasonable act with others against the national security of the United States of America.

The Director of the CIA Casey could not bear the pressure from Iran in addition to Buckley's confessions. "The October Surprise" and the sabotage of "Desert One" were more than enough. Casey tried to please Iran by providing them with the names of the Iranian Communist Party members (Tudeh), which were really leftist intellectuals of no importance, whatsoever. They were all caught and executed but it did not satisfy the Iranians, who were in desperate need for spare parts in the war with Iraq. The contract had to be broken in this case to alleviate the pressure and a deal had to be constructed that could give Iran the spare parts and the weapons it needed. The success achieved in this breached contract was used to support the new deal, the "Arms for Hostages." The CIA testified in court in New York, in camera, that Reverend Weir was released by my mission, while the Director of the CIA was testifying in Congress that the arms dealer and the carpet trader released Weir. Casey even used Reverend Weir to convince the President that all roads were closed except the ones that lead to an exchange of arms for hostages. The CIA, as an institution, was opposed in absolute terms to involve the Saudi Arms dealer and the Iranian Carpet trader, who was given a lie detector test. The only thing that he got right was his name, so help me God, that is the truth

and only the truth. Casey would not budge and accepted the new team and sold them to the President, in spite of the CIA's absolute objections.

Blackmail is a powerful instrument and the Director of the CIA was completely compromised by a foreign power. The new deal after the breach of this contract not only prolonged the imprisonment of the hostages but also increased their number.

I warned the White House (ergo, the American government) not to violate any part of its guaranteed terms in the contract. Making the hostages a precious and tradable commodity was not only utterly stupid, it also ruined lives, many lives, including that of the plaintiff.

4. Casey, in his desire to please the Iranians, had to make sure that no one was left uncontrolled, who might expose him. In the eyes of Casey, a man who can not be bought is someone to avoid, but if this man happens to be an eyewitness to his subversion, then this man has to be taken out by any means possible. That is why the bomb in Beirut exploded, not really to kill the Islamic scholar but to kill me. This very Islamic scholar has recently issued a Fatwa, a religious opinion pertaining to the September 11, 2001 assault. This Fatwa labeled the degenerate killers not as martyrs committing an act of martyrdom, but committing a suicide act according to the Quran, which states:

**"Whoever kills an innocent life is killing in effect all mankind."**

And suicide in Islam is an act of murder, compounded by taking other innocent lives and puts the person or persons beyond any redemption, especially when it is being proclaimed in the name of Islam.

5. The Confessions of Buckley:

The bomb was prepared and detonated by pro-American thugs by specific orders from Casey, but unsanctioned by any agency of the American government. These degenerative terrorists are now living in the United States as fugitives from justice, wanted for apprehension by the Lebanese authorities and Interpol. Plaintiff did not need Casey's confession to Bob Woodward that he (Casey) ordered and financed the bomb, because I was shown the confession of some of the bombers who were caught. William Buckley, the CIA chief of station and a Hostage, fingered the pro-American thugs who were trained and financed by the United States government and who are now living in the United States. Buckley's confessions were recorded on videotape, some of which were made available to me to view after the bombing. These same tapes, which are still in the possession of the takers of the American hostages, must have been shared in full with regional powers which are considered by the U.S. government to harbor the so-called "terrorist groups." Of course, these pro-American thugs who put the bomb by direct orders from Casey are angels and in no way are they considered terrorists!

Among Buckley's confessions were two items that shocked me in the very

extreme. Buckley revealed that the abductions of civilians from Marine protected areas were similar to the "Phoenix Project" during the war in Vietnam, where civilians sympathetic in any way to the Vietcong were kidnapped and executed. Buckley revealed that he himself had played a major role in the "Phoenix Project." It did not make sense to me when I knew that Bob Ames and I were in Lebanon in that fateful April to specifically save the hostages, but I also remembered that it took Bob Ames four months to stop the continuous abductions. Arafat was sending protest after protest through me and others asking the American government to live up to its guarantees to protect the civilians, especially in areas where American Marines were stationed. Bob Ames lost his life in the Embassy Bombing, which also missed me by minutes, in our efforts to save these hostages. A CIA officer, Buckley was engaged in the abductions and another CIA officer, Bob Ames, was trying to save them. I instantly knew after Buckley's confession that a group within the American government was active and in play, violating the Constitution and putting the Military forces of the United States in harms way, extremely dishonoring them. The American Marines came to Lebanon to really defend civilians and were greeted with much love by all Lebanese and Palestinians but within four months, they were turned into an instrument to kidnap civilians by allowing pro-American thugs to cross their lines at will and with impunity to carry out their evil task.

An equal horrifying confession by Buckley was how "Desert One," the mission to rescue the hostages in Iran, was deliberately sabotaged by an American general, named by Buckley. The way it was done was to disable the helicopters, which caused the mission to be aborted, leaving eight Americans dead in the Iranian desert. Buckley made it clear in his confession that it was Casey himself who was behind it.

All of the above information was fully disclosed to the Central Intelligence Agency through my lawyer who happened to also be the lawyer of Mr. Clinton, President of the United States. As this court's records, under seal, clearly show that all were sent to Mr. Jeffrey Smith, the general counsel for the CIA at the time, by my lawyer, with accompanying letters.

I promised this court to show that the secret was not in the contract but in the reasons that caused the breach of contract. Iran actually threatened Casey with Buckley's confessions (besides its deal with him) to delay the release of the hostages until after the presidential elections. Casey subverted the national interest and America's national security to please the Iranians by trading arms for hostages and that is exactly what the CIA is afraid to disclose to Congress and to the American public. Information that is very well known to the so called enemies of the United States, but not to Congress and to the American people does not fall under national security nor is it protected by any national security statutes whatsoever. The CIA

director, who was being blackmailed by a foreign power, is not a national security secret by any means.

6. The Iran Contra Scandal and the Bribe:

After the bomb failed to kill the plaintiff herein, Casey tried to buy me off. Plaintiff herein never had any intention to use information for any personal gain. I did not even threaten to use it when the government was assaulting me in all kinds of ways in jail and outside jail because of my fear of injuring one single innocent life, thus losing my soul as a result. This unshakable spiritual conviction has always ruled my actions, regardless of any loss to myself. I gave up everything to prevent a blood bath in London because of the foreknowledge of violence that was to take place, when I could have looked the other way in the safety of my penthouse on Fifth Avenue in New York City.

Casey, through a Lebanese American who worked with him during World War II, offered to replace the Saudi arms dealer and the Iranian carpet trader with me after the first shipment of arms to Iran through Israel went sour. The Israelis switched the latest missiles with old models and the Iranians refused to pay, returning the shipment.

Casey needed someone with easy access to the Lebanese banking system without arousing suspicion. Lebanese banks offered and still offer more privacy than Swiss banks. The Iranians had and still have a big bank in Beirut, which

made it ideal for the transaction, arms for hostages. I was the choice, which could not be equaled by anyone. My acceptance would have not only saved me from the burden of debt, which the breach caused me, but would have netted me millions more. The estimated commission, which Iran was supposed to pay on top of the regular price, was around five hundred million. I refused, inviting Casey's wrath, which desperately needed a buffer zone between him and the American side, and Iran, which forced them both to deal directly with each other. I was laughed at and ridiculed when I explained my refusal, to be based on the fact that these profits were "blood money" which I could not be associated with in any way, shape or form. Casey, fearing the worst, had to get me under control. Nevertheless, Casey used the pro-American thugs against my family in Lebanon during the case against me in New York to prevent me from vigorously defending myself. The same blood money, which I refused to touch in The Iran Contra deal, presented itself several times to me. One of them was a money-laundering scheme centered in Canada, which was offered to me. I managed to walk away from it without offending the party and I immediately provided it to the FBI. The defendant in this case took a net profit of more than twenty five million dollars in cash from it. I did not accept or seek any reward or even a thanks for it.

7. <u>Threats in false legal settings and in brute force</u>:

Plaintiff herein, has filed several briefs to this honorable court about this subject

where the defendant in this case presented me with real danger to stop me from filing a case against it. These briefs are correct and true and factual. I will only deal in this affidavit with the pro-American thugs who placed the bomb and their leadership who are enjoying their stay and protection of the defendant in this case. They were used very efficiently by defendant to pose an actual threat against my family in Lebanon to control and maintain my silence and to force me not to make a vigorous defense in the case against me in the Southern District Court in New York. The defendant, who was the plaintiff in U.S. vs. Zein, wanted by all means to make me plead guilty. Thirty months of pure living in hell in the MCC in New York City devastated my health. Only the last six months were relatively bearable when the rabbi came to seek my help to avoid a riot in prison because of the low quality of food, which was terrible and infested with rat droppings but nevertheless, was being served to prisoners. I took over the kosher kitchen and made life easier for both the guards and prisoners alike by working sixteen hours a day, when I really did not have to do anything because I was not sentenced and was never actually sentenced at all. This actual service made the guards ignore orders to harass me, as they had done for the past twenty two months. Under such tremendous pressure against my family in Lebanon and the pressure of being incarcerated without bail "to protect the safety of the American public," I went to court to plead guilty for "contacting a terrorist organization and delivering ransom to it," which are the very requests of the

United States government and were recorded by the FBI, monitoring my calls by a court order. That is why the defendant went and cleansed the court records in New York, but I still have the transcripts of those phone calls with me in spite of my own lawyers' destruction of these transcripts "to protect national security."

I had hoped to find relief in court, after all, this is America, the land of liberty and justice. When the court asked me to answer under oath if I understood that I was pleading guilty because if I went to trial in front of a jury, I would lose. My answer was loud and clear:

**"No, your honor, I am pleading guilty to these charges in here because if I were to go to trial in front of a jury I would definitely win."**

The court pretended not to hear what I said and continued to the next question, inquiring if I was on any prescription drugs or not! I then absolutely refused to continue and declared myself innocent and asked for a trial. I was ready to waive my right to a jury and asked the court to rule in the case without a jury but the court and the government refused and my own lawyers kept silent during the comic tragedy that was taking place in a court of law. I then asked for a hearing after the court shoved the Alford plea down my throat.

The court relented and ordered a hearing under oath on April 22, 1988. As the court records in this case show, no such court proceedings can be found. The very dockets of that case has in it a hearing recorded in black and white on April 22,

1988, but no trace can be found of these records, because they were stolen among many other court proceedings which were all destroyed by the United States Government, the defendant in this case. I was forced to preserve the record stolen and falsified by the government by enacting the events again in the same court in front of the same judge to put the truth on record again in a court of law.

The sealed court proceedings in U.S. vs. Zein of September 17, 1997 finally accomplished the hard task. They show in a clear and truthful way the great embarrassment of the court during my direct confrontation with it, face to face. I told the court that the record has been falsified and the dockets of the case were fed to the computer three years after the fact, fifteen minutes after midnight, after closing hours where the computer printed the time on top of the dockets themselves. I told the court that it was the court itself that pressured me to plead the Alford plea when I asked specifically for a trial, and that my conviction was bogus and false and should be vacated immediately.

The court's answer to all of the above was on September 17, 1997 as the court proceeding filed under seal in this honorable court states on page thirty two, line five, this exact quotation:

**The court:**

**"The third step is that whatever you have which does not involve me such as your conviction and the court order (to seal the record) you have to make a decision as whether you want to use that at your own peril."**

-End quotation-

This is judicial terrorism of the very worst type reserved only to totalitarian states. The court in New York has ordered me to stay silent and to live as a convicted criminal, which is a lie, and not declare my innocence which was declared by the same court which is the absolute truth, so help me God. A bogus indictment brought about a bogus conviction recorded three years later in 1991 in bogus criminal dockets, filed fifteen minutes after midnight, when the clerk's office is absolutely closed, have become a national security secret, forbidden to be revealed to the public in any way, shape or form. And if I open my mouth, I'll go to jail.

Still the United States government was not satisfied with its assault of extreme cruelty thus far, it threw me again in jail in August of 1988 for violating immigration laws. I had obtained a visa after being granted residency (green card). I was out of prison after being released by the court in New York, which declared me in camera as: "The only innocent man in this court." The court had a change of heart after reviewing the evidence provided in the hearing under oath, which I was granted. This same truth which was falsified and stolen from the 1988 court proceedings was repeated in the same court on September 17, 1997. On page 23, line 12 is the following quotation:

**Zein: "You said you are the only innocent man in my court."**

**The court: " Maybe I got carried away by the emotion of the moment."**

-End quotation-

I asked then and I ask now: " How could an innocent man declared innocent by a court of law have a criminal record as a convicted criminal?"

This question will be answered, God willing, in good time in a court of law if this bogus conviction is not vacated and completely erased and from the court records, so help me God.

The bogus immigration case which caused me additional jail time, pain and expense was dismissed after the government, which gave me both the visa and the green card, confessed to its mistake and withdrew its accusation. The reason for the visa was that the government kept the green card in its possession issuing me a visa to use during my travels to Lebanon to save the hostages.

The plaintiff herein was preparing to file in this court in 1990 before the Statute of Limitations ran out. I was stopped dead in my tracks when the pro-American thugs, who are now fugitives from justice residing in the U.S.A. sent me a message I could not ignore. They robbed my brother, completely cleaning out his car dealership of cars imported from Germany. The message was: "We took your family's wealth (112 cars in total, mostly Mercedes and BMW's), the next time it will be your brother's life."

If these thugs, killers and drug traffickers did not flee Lebanon, plaintiff herein would never had dared filed any case against the United States Government in any court of law.

As a result I had to sell everything I owned to compensate my brother in addition to the prohibitive cost that I spent to defend myself while I was imprisoned for thirty months, paying for two lawyers in new York and two in England who were commuting between London and New York. Selling possessions in war-torn Lebanon for pennies on the dollar, I lost my wealth and this could have eaten up larger fortunes. The defendant in this case actually and literally robbed me and took all my wealth and my ability to make an honest living besides robbing me so far of sixteen years of my life. I will be sixty years old in January 2002. These degenerate killers who are now enjoying their stay in the United States living in luxury by their ill-begotten drug profits became fugitives in 1994 when the Statute of Limitations had already passed. It was the time I surfaced with determination to seek justice without worrying about my family in Lebanon. The plaintiff herein knew as I still know now, that only my life is now at stake but I had dealt before with deadly predators and I knew how to take care of myself without causing any innocent life to perish. I have made my death more prohibitive in all kinds of extreme costs than my being alive. It would be extremely intelligent that the defendant should see to it that I am very, very well protected while wishing me good

health.

8. Precedents to correct laws are as Amendments in the Constitution.

Technical arguments presented by defendants in this case to this honorable court by trying to determine that the Statute of Limitations has or does not have provisions, giving relief when human lives are at stake, are beyond the pale. To preserve the technicality of the Statute of Limitations by filing on time but risking my brother's life in Lebanon is a decision that is more than obvious to any conscientious person in the whole world. And for the defendant to present this honorable court with such an argument when the defendant in this very case was causing the threat which prevented me from filing on time is absolute insanity, exceeding the boundaries of utter absurdity. It is like the son who deliberately killed his own mother and asked the court to be protected under the law which protects orphans who are helpless and defenseless. The Statue of Limitations can not and will not protect brute force to avoid accountability by causing plaintiffs not to file on time.

No technicality of any law in this land can ever allow anyone, especially the government, the defendant in this case, to violate the laws of the land with impunity. In every law in this land and every nation that calls itself civilized, there is an inherent meaning and function within the law itself to protect human lives. Laws have been enacted to protect animal rights and animal lives and now

the defendant is trying to argue that the Statute of Limitations does not protect human lives and can not be tolled when human lives are at risk. If that is the case then this "Government for the people, and by the people" is NOT for the people but against the people, so help me God.

9. National Security Statutes vs. Deceit:

All the factual events in this Affidavit, which is under oath, are under the category of criminal offenses and treasonous acts, which are not and can not be covered by any law of this land including National Security Statutes. Plaintiff has made this information available to two branches of the United States government, the judicial and the executive, but I was prevented from making it available to the legislative branch by an order from the court in New York, as stated on the 17th of September, 1997, court proceedings filed under seal in this case. Filing this affidavit, which is under oath and under seal, should not be interpreted as a national security issue protected by any statute because the information in it is a description, which is factual and irrefutable, is in itself a criminal assault against the national security of the United States of America, perpetrated by officials of the same government who had taken an oath to protect it. The law tells me that when a crime is reported and the receiver of the information covers it up by falsely claiming to protect national security, the receiver becomes an accessory to the crime, obstructing justice at the same time. Therefore, I am sending a copy of this

Affidavit to the White House, the other party in the contract besides me in order to alleviate the mental paralysis affecting the CIA in relation to this case in front of this honorable court. I made sure that the White House received notice and information as the court records in this case show clearly, which are now under seal by request from the defendant. The previous administration sold justice down the drain and it was looking to inflict equal pain on its opponents. In 1998, the CIA was prevented, by the White House, from affecting a settlement in a discreet way without costing the American treasury one red cent. The plaintiff had no choice but to file after spending more than eight months trying to obtain a settlement without participating or instigating a partisan fight between Republicans and Democrats. I refused and I filed under seal to frustrate the previous administration's efforts to use my case in a partisan way. The defendant was not prepared for that move on my part expecting me to file publicly and openly. The defendant answered in a very cute way that it "neither opposes nor supports" my motions to seal the record. I immediately withdrew my motions because I was asking relief for the defendant, NOT for me, the plaintiff. In order to completely remove my case from partisan abuse after the one-year it took, the defendant finally agreed to seal the record under pressure from this honorable court. Plaintiff herein filed in briefs, the truth clearing President Bush, the father, from any wrong doing pertaining to "The October Surprise" -- of course the previous administration was

very disappointed indeed.

10. The CIA role in this case:

These criminal and treasonable offenses against American national security should be dealt with through the Oversight Committee on Intelligence as I suggested in my letter to the CIA, which is in the record of this case. The CIA did not invoke the national security issue in this case during the Clinton administration by proclaiming to this court that it did not care if the records of this case were under seal or not. The defendant's response to plaintiff's motions stating that it "neither opposes nor supports" the sealing of the court records came to the Department of Justice directly from the CIA. Why so suddenly now, during this Republican administration, the position of the CIA has turned 180 degrees invoking national security? The CIA's playful stand with the issue of national security in this case is not only making the CIA look like it is playing an opportunistic political game but also it may be liable for obstructing justice. The CIA has already committed perjury in this case by the McNair's declaration, which denied the very thing its director was actually doing in the Middle East, which resulted in the Tenet's agreement. Enclosed is a copy of the article pertaining to the perjury committed by the CIA in this court by the McNair declaration. The CIA was created to serve under the control of the President of the United States to protect American lives and American property, not to serve the partisan political ambition of the President. Nixon tried it

and we know what the result was. I know what the Clinton's White House told the CIA to do in this case which was translated in the form of "neither support nor oppose" the sealing of the record to protect the so-called national security. Revealing the record of this case was beneficial to that White House, thus no secrecy was invoked. Is the present White House aware of this case? The 180-degree change of the CIA has of course reversed its previous uncaring stand, which served the previous White House, conveys that it has new orders to come to this court to cry crocodile tears lamenting national security if this case is heard in a proper fashion in this court. I am testing this by sending a copy of this affidavit to the White House to make sure, but I doubt that the present White House has any knowledge of this case.

The CIA's present stand also conveys the impression that these criminal offenses, which are extremely treasonable in nature were part of the activities of the CIA as an institution NOT individual, unsanctioned actions carried out by governmental officials at the direction of Casey, the former director of the CIA. The CIA came clean in New York and testified truthfully. Why is the CIA being involved now in playing politics with national security and committing perjury as well?

I reminded the CIA in all my briefs to this court of its legacy of greatness as an institution and of individuals that exceeded the best of the best and rotten apples

among the best are natural phenomena in our human evolutionary progress in this world. It seems in this case, that the CIA prefers its toxic waste more than its righteous glory.

Evil is the misuse of good to serve selfish reasons, which are harmful to others but good to one's self. The struggle against evil (the misuse of good) can not be accomplished by a similar misuse and evil can not over come evil in any way, shape or form. With all the humbleness in my heart, plaintiff asks the CIA to reflect and remember its history and who represents the good and the worst in it. Plaintiff, with former conscientious CIA officers represented the very best in the CIA past not through covert operations to kill and maim but to persuade and build coalitions of peacemakers. Could the legacy of Bob Ames have existed without me? How did someone like me, an every day average guy have managed to protect this nation for sixteen years without belonging to any organization or power and not costing this government a single red penny in the process? How "Black September" the scourge of the 1970's was turned around into a hunter, hunting the degenerate killers of Abu Nidal? Who is more important to America, the plaintiff herein, or these degenerate killers and drug traffickers, who have no conscience, whatsoever?

Committing perjury to protect them from being deposed in this case is not only a shameful act but also an evil one indeed. The struggle against evil terror

and the ones who harbor terrorists can not be won by harboring evil terrorists and protecting degenerate killers. Protecting the killers of the former Prime Minister of Lebanon, who was a friend of America, for not allowing the establishment of a new airport to transport narcotics to the United States by these killers is an act of evil to say the very least. This evil protection disguised as protecting national security is not only a lie but also a crime punishable by law in this land that is "governed by law not by men."

All I am asking from the CIA is the truth which the CIA itself has already testified to in the court in New York, no more, no less, that is why Congress may be my next thrust, after the White House, to send it all the available documents in this case. If plaintiff slips on a piece of soap in the privacy of my own bathroom, plaintiff will blame and accuse the defendant in this case, so help me God. As this court record shows, that I have taken steps to insure what I have sworn to do.

The fourth estate, the press and all the news media will be my last resort. These are not threats and should not be taken as such at all. They are part and parcel of legitimate and conscious acts to right an extreme wrong and to awaken a bureaucracy that is in a deep, deep, coma to do its rightful job which it swore to do and to uphold the law and justice as servants of the American public, no more and no less. This honorable court forced the United States government to declassify a case pertaining to Vietnamese soldiers in order to facilitate a settlement. The

declassification imposed by this very court on government, which claimed national security to defraud those Vietnamese soldiers forced the government to settle in full with humility.

As it is engraved on the marble walls at the entrance hall of the Central Intelligence Agency that "The truth shall make you free" so the CIA's truth which was actually given to the court in New York shall makes us all free in this honorable court in the instant case.

11. Assumptions without foundation, without links or verification under oath and penalty of perjury are null and void by law.

Plaintiff respectfully draws the attention of this honorable court to the illogical and very deceitful stand taken by the defendant in this case. Defendant has been engaged with plaintiff in an argument as if between the deaf who can neither read lips nor know sign language. Defendant has been quoting dozens of cases without discussing the facts of the instant case but linking those cases to it in order to apply the same laws of those cases to the case before this honorable court. Refusing to discuss the facts of this case, and absolutely refusing to participate in any deposition to reveal the facts and establish falsehood under the guise of national security is a ploy to avoid accountability and to obstruct justice. This stand by the defendant is not only an exercise in futility but in utter absurdity as well. Facts have to be established and examined under oath and then the appropriate laws are

applied. Laws are being applied without examining the facts in this case under oath from both, defendant and plaintiff at the same time. Only the plaintiff in this case has put his facts with evidence from the very mouth of the defendant, under oath to pass the gauntlet of the applicable laws. Defendant has absolutely refused to do so or even question plaintiff in any deposition whatsoever. Plaintiff respectfully guarantees to this honorable court that the defendant will default again and will not submit to this court any rebuttal, under oath, to this affidavit that is being submitted, as ordered by the court under oath and under seal.

How many times does a defendant or a plaintiff have to default and fail to respond to the court by not providing the court with the facts under oath in order to lose the case or cause a judgement to be granted in a court of law?

Thirty months were spent with the defendant running around in circles refusing to address facts in this case and relating them to applicable laws which is the only way to litigate a case in any court in this land.

12. The Truthfulness and Responsiveness of Defendant:

A defendant who was caught red-handed stealing court records and falsifying court proceedings pertaining to this case can not be trusted without depositions under oath. The same defendant has already defaulted in front of this court on all requests, which were ordered by this court.

Plaintiff can not participate in any sensible means and ways in arguments in

which the defendant refuses to discuss the facts of this case but nevertheless, links this case to other cases where Totten and the Statute of Limitations appear to apply. How can the defendant even think it will prevail in this court when the defendant is absolutely refusing to discuss the facts of this case and by not then comparing them with the facts of the cases referred to by the defendant where Totten and the Statute of Limitations had applied?

Plaintiff has actually flooded this court with actual evidence brought forth from an actual trial and from government files. Plaintiff not only provided the facts of this case but actually has witnesses who were government employees at the time; former government officials who dealt directly with "the Contract" and all the facts in this case. These government officials have already testified in a court of law in New York to the very facts in this case, supporting plaintiff against the United States government in that case.

Cases in courts of law can not be judged on assumptions and mere speculations without disclosing all the facts under oath with corroborating evidence and witnesses to establish the truth.

Hiding behind national security to obstruct justice and to cover up criminal offenses committed against the national security of the United States of America is not only an oxymoron but in fact is an evil of the most degenerate kind, punishable by law, nationally and internationally as a crime against humanity. The eighteen

hundred souls who perished in Lebanon and were abducted from U.S. Marine protected areas, under the watchful eyes of the American government, the so-called direct protector and peacemaker are also very precious in the eyes of heaven and earth as any other souls. God is not a respecter of "special" persons and has no favorites. We are all His children loved by His infinite eternal love.

13. <u>The Safety and Security of the American Public</u>:

The plaintiff has always been fully aware that these actual unsanctioned criminal offenses committed by William Casey and his conspirators against the national security of the USA, if made public, might give comfort to the enemies of the United States. That is why the plaintiff has been denying domestic abuse of the material and rejecting news media interviews continuously. The plaintiff knows extremely well that the same information has been available and in the possession of Syria and Iran but has been denied to the Congress of the United States of America. The American public who suffered the most because of these treasonable acts has also been denied access to this material.

The American Marines and all who were at the Embassy in Beirut, Lebanon were seen as legitimate targets to be hit in the eyes of the avengers who were retaliating in response to Casey's evil acts. No American hostage was ever taken before the 1800 civilians were abducted from American-protected areas, nor was Hizbullah in existence before Casey's assaults.

The concern for public safety does not give any one the right to obstruct justice by seeking dismissal of this case because national security is at stake.

The United States government never shied away from trying the bombers of the American Embassies in Africa fearing retaliation against American citizens.

This is not the way the courts or the Laws of the Land should be applied in order to prevent retaliation (that cases should be dismissed). The defendant is invoking national security in this case in order to protect government officials who committed treasonable crimes against American citizens. National Security statutes do not permit covering up treasonable offences or heinous crimes committed against innocent civilians, neither in times of war nor by sanctioned military actions.

These innocent lives were not collateral damage inflicted by honest mistakes. These acts were committed by a deliberate terrorist act to intentionally inflict harm and death against innocent civilians as in the parable where the wolf was protecting a flock of sheep.

It is absolutely vital in this case to note that not a single word in this entire declaration submitted under oath discusses or reveals any sanctioned covert operation carried out by the CIA. Not a single word in this affidavit reveals the ways and means for collecting intelligence or interferes in lawful activities of the Central Intelligence Agency. On the contrary, the American government itself was playing with American lives as seen in this court pertaining to the issue of sealing

the records in this case. Who delivered to this honorable court the infamous stand and position which declared that "the United States neither supports nor oppose" the motions to seal the records in this case?

The Plaintiff has no objection in litigating this case in camera and under seal. The Plaintiff s aim is to obtain justice and attain a closure to the pain and suffering and financial loss deliberately inflicted on the plaintiff by the defendant. The Plaintiff seeks to recover his name and wealth, which the defendant in this case has taken away by brute force, deceit and criminal offenses committed against the plaintiff.

The Defendant was and still is being given a chance to settle this case amicably in a just and equitable manner but it has always refused. The plaintiff will never quit, whether in this court or in a district court, until the Plaintiff recovers in full what this government, the Defendant in this case, has stolen from him, so help me God, and let the chips fall where they may. The plaintiff herein is literally sick of playing the futile game of being "more royal than the King himself." If national security is at stake in this case, and the defendant is absolutely refusing to defend itself by running away from confronting plaintiff s facts under oath, then why doesn't the defendant settle and quit running around in circles, leaving a paper trail behind, which could cost it in the future enormous penalties, both material and otherwise?

Let us consider that the defendant prevails in this court by obtaining a dismissal of this case. The plaintiff will carry all this court's record to file it as an appendix to a case against the same defendant in a district court for violation of the plaintiffs civil rights, forgery, theft of court records, obstructing justice, perjury, theft of property, acts of murder and conspiracy to kill the plaintiff to cover treasonable offences and crimes committed against the American people and the plaintiff alike. The above are just a few issues which will initiate an immediate deposition which the same defendant in this case is ardently trying to avoid. Nor will the plaintiff file under seal, so help me God.

The defendant in such an instance can neither invoke the Statute of Limitations nor any National Security Statute because no statute of any law protects the treasonable and criminal offenses described herein above.

14. Related Cases:

In related cases litigated in the District Court in Washington, D.C., the former American hostages held in Lebanon, who are also the essence of this case, won compensations in the hundreds of millions of dollars. They chose to settle by sacrificing the enormous punitive damages. So far, three of these former hostages chose to take only the compensatory damages amounting to one hundred and fifty million dollars.

One can only imagine what the plaintiff in this case will be able to collect in

the same court in view of the material damages suffered and the behavior of the defendant in this case in addition to putting many officials in jail.

That is why the plaintiff has deliberately chosen this court in order to help the defendant, which should help itself.

SUMMATION

This declaration is under oath, which is in effect an actual deposition disclosing all the facts related to this case, Zein v. the United States, in order for the court to determine the applicable laws pertaining to these facts. The defendant has the burden to rebut the plaintiff s facts, fact by fact, not bring out facts in other cases that suit the laws which the defendant wishes to invoke in this case; otherwise the defendant will once again commit a default by refusing to defend itself in the instant case.

The Court in New York was permitted by National Security Statutes to study and view the testimony of the CIA pertaining to the contract between the White House and the plaintiff in this case. Then why is this honorable court being denied the same right under the same National Security Statutes in order to determine the truth in this case?

The answer is very simple and has nothing to do with national security whatsoever. The CIA testimony in court in New York will open a can of worms which will indict many people in the Justice Department, who kept very important information from

Congress and from the special prosecutor at the time, who was investigating the Iran/Contra scandal. Protecting those obstructionists of justice is being disguised as protecting America's national security. And last but not least, the CIA testimony, as it did in New York, will confirm the plaintiffs case in every detail.

The defendant falsely and criminally is using national security to avoid accountability as it has used every means to assault me and my family to prevent justice from ever taking place. When a party uses its power to rape and violate constitutional rights and statutes by wreaking havoc against court records and proceedings using theft and forgeries to hide and cover up its treasonable and criminal offenses, murder becomes not an option, but a necessity as it actually happened by the bombing in Beirut to remove me from existence.

The assault on the court in New York by the defendant, which was confirmed in this court by the court requests and the defendant's defaults is proof beyond any shadow of a doubt. So far, no remnant of any conscience has risen to investigate these criminal offenses in spite of the plaintiff s written requests through this court addressed to the Department of Justice.

I wish no harm to the United States of America, people and institutions alike. I put my life on the line numerous times for it as I addressed this court during the status conference on October 29, 2001, when I stated:

> "My Love for this Country is entrenched in my soul because of a spiritual conviction which is held by a knowledge of certainty (faith) not by mere belief which carries doubt. The American Experience is a work in progress designating clearly the ideal path for all humanity to establish one human race in unity that transcends ethnicity, dogmas and color. A unity which celebrates its diversity by sincere tolerance."

Justice was expressed in Truth and Beauty in this quotation stated by the former Chief Judge of this Court, The United States Court of Federal Claims:

> "It is the obligation of the United States to do right. Every government can be judged by the degree to which it respects its citizens. The United States stands tall among Nations because it is a just nation.

> The Honorable Loren A Smith continued:

> "However, the Court is a tool of last resort. Where the Government has violated rights, It should attempt to do justice without judicial promoting."

Is anyone capable of hearing *listening* within the government of the United States?

May the Most Merciful, the Original Uncaused Cause and the Very Source of Infinite Justice and Mercy, guide this honorable Court's Conscience and preserve and protect the peace and security of the United States of America.

Respectfully Submitted

Mustafa M. Zein

COR LD NTC] [prose}
c/o Robert W. Thabit, Esq.
172 82nd Street
Brooklyn, N.Y. 11209
Tel: 718-748-6861

State of Florida

(County of Broward)ss.:

On the 21st day of November in the year 2001 before me, the undersigned, personally appeared Mustafa M. Zein. Personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon whose behalf of which the individual(s) acted, executed the instrument.

Notary Public

Affix Seal and Date Notary License Expires

LAURENCE R. MERVIS
Notary Public, State of Florida
My Commission Exp. Feb 1, 2002
No. CC 712568

**Attachments to Affidavit**

1. The New York Times Article revealing the perjury in the CIA declaration filed under penalty of perjury.

2. The Washington Post Article written by the Plaintiff, where the rise of a distorted religious manifesto was predicted which coincided date-wise with the birth of Bin Laden's militancy in 1991. The abductions of civilians through Marine lines in Lebanon and the American guarantees to those perished innocent lives are mentioned in it also.

3. The FBI Report, released by the CIA under the Freedom of Information Act, where the CIA had to seek permission from The White House to maintain its contact with the Plaintiff.

4. The Editorial in The New York Times titled: "When Truth Trumps Secrecy."

5. The New York Times Article headed: "Committee says CIA's Secrecy Threatens to Make History a Lie."

# CERTIFICATE OF SERVICE

I hereby certify that under penalty of perjury on this day _______ of November, 2001, 1 caused to be placed in the United States mail (First Class) an original and three copies of the Plaintiff s affidavit, under penalty of perjury, to the Honorable Judge Eric G. Bruggink, in the United States Court of Federal Claims, as ordered during the Status Conference of October 29, 2001. Two copies of the above affidavit three are also designated for Ms. Lisa B. Donis, Esq. as also ordered by the Court in view of special circumstances pertaining to mail delivery to the Department of Justice. The third copy is designated to the Office of the Clerk to be accompanied by a Court order to file the declaration Under Seal as also ordered by the Court.

Signature

Mustafa M. Zein



the personal skills needed to gain the trust of both Palestinian and Israeli leaders in reaching an agreement.

agency's normal task is to work in the shadows, collecting information, which is then

# CERTIFICATE OF SERVICE

I hereby certify that under penalty of perjury on this day _______ of November, 2001, 1 caused to be placed in the United States mail (First Class) an original and three copies of the Plaintiff s affidavit, under penalty of perjury, to the Honorable Judge Eric G. Bruggink, in the United States Court of Federal Claims, as ordered during the Status Conference of October 29, 2001. Two copies of the above affidavit three are also designated for Ms. Lisa B. Donis, Esq. as also ordered by the Court in view of special circumstances pertaining to mail delivery to the Department of Justice. The third copy is designated to the Office of the Clerk to be accompanied by a Court order to file the declaration Under Seal as also ordered by the Court.

Signature

Mustafa M. Zein

22A SATURDAY, JUNE 16, 2001 · C
INTERNATIONAL

# CIA chief proves his Mideast skills

## Tenet took lead for cease-fire

BY DOUGLAS FRANTZ
AND JAMES RISEN
THE NEW YORK TIMES

JERUSALEM • George Tenet's success this week in helping to forge a cease-fire, however fragile, between the Palestinians and Israelis was not the first time he had been able to bridge a gap between warring factions.

Just months ago, the American director of the Central Intelligence Agency became one of the most prominent officials to make the leap from the Clinton to the Bush administrations.

In fact, Tenet, who has headed the CIA since 1997, has made a career of managing difficult political situations, and those experiences in Washington seem to have provided him the personal skills needed to gain the trust of both Palestinian and Israeli leaders in reaching an agreement.

Tenet's role as American mediator has received rare praise from both sides. Maj. Gen. Giora Eiland, head of the planning division of the Israeli army and one of the negotiators on the cease-fire, told reporters that the CIA chief was probably the only person in the world who could have brought the two sides this far.

"Tenet was the best person in the world to do it," said Eiland, who praised his professionalism.

A senior Palestinian official said: "Nobody wants to disappoint George Tenet. There's something about him."

The shaky truce that Tenet helped to negotiate has mostly held up for the first 48 hours, bringing a period of relative calm to the region after almost nine months of lethal violence — though, of course, the two sides still have sharp differences.

Tenet's role as a mediator in the Middle East began in 1996 during the Clinton administration, and continued through the Camp David peace efforts late last year.

At first, the Bush administration signaled that it did not want him to continue in that role, and Tenet also made it clear that he did not relish the task, and was therefore happy to back off.

Part of his reluctance was almost certainly because the role of shuttle diplomacy — even if it is limited to security matters — is far outside the job description of the CIA's chief. The agency's normal task is to work in the shadows, collecting information, which is then passed on to the president and other U.S. policymakers.

The CIA is supposed to stay clear of policy decisions — to hear and not be heard, to see and not be seen, as Tenet once described it. The job of international agreements traditionally belongs to the State Department and the White House.

But as the crisis worsened again this year, the Bush team turned to Tenet to use the relationships he had developed in the Clinton administration to gain at least a temporary respite from the violence.

THE WASHINGTON POST SUNDAY, DECEMBER 16, 1990

# Losing the Rumor War: Why Bush Must Court the Arab Masses

By Mustafa M. Zein

THE DRUMS of war are still beating in the Persian Gulf, and before it is too late, President Bush should speak more clearly to the Arab world—not to the kings and sheikhs and presidents of the various Arab regimes, but to the Arab people themselves.

The reason it is so important for Bush to speak directly to the Arab world is that the perceptions of the United States that are formed now, as the gulf crisis heads toward a climax, may last for a generation—and they are likely to condition how millions of Arabs view the United States and its aims in the confrontation with Iraq.

Thus far, the United States has failed to make clear to ordinary Arabs what its aims are in the gulf. The Arab public instinctively shares the U.S. view that Iraq should leave Kuwait and that the stability of Saudi Arabia and other gulf countries should be maintained.

But the Arab world is full of rumors and theories about American actions, spread by cynics and conspiracy-mongers. These theories are widely believed, and they are creating an undercurrent of support for Saddam Hussein that may, in the end, work to undermine moderate regimes and Western interests in the whole Middle East.

*Mustafa Zein is a Lebanese-born businessman who lives in New York. He served on many occasions during the 1970s and 1980s as an intermediary between the United States and the PLO.*

Here are some examples of what you might hear in the streets and cafes and sitting rooms of the Arab world:

- "The crisis is America's fault. Saddam Hussein would never have dared to invade Kuwait if the United States had made clear beforehand that it was prepared to oppose him."

This theory depends heavily on the transcript of the last pre-invasion meeting between Saddam and the U.S. Ambassador to Baghdad, April Glaspie, released by the Iraqis. Glaspie's statement to Saddam that the United States regarded the Iraq-Kuwait dispute as an Arab problem was widely viewed in the Arab world as a "green light" for Saddam.

But why did America give the green light? This theory goes on to assume that the reason was to induce Iraq to invade Kuwait—and thereby open the way for American occupation of the Saudi oil fields (which the Arabs believe the United States has

- "Israel is just waiting for a chance to enter the conflict and occupy Jordan. Then Israel will shift the Palestinians from the West Bank to the East Bank and finish the Palestinian problem once and for all."

This theory reflects that widespread view among the Arab masses that Israel pulls the strings in the Middle East, and that what Israel ultimately wants is to expel the Palestinians from the occupied territories.

- "This is a war against Moslems. The crusaders are back, not only in Jerusalem but in Mecca and Medina!"

To many Moslem fundamentalists, it seems obvious that history is repeating itself. The new crusaders are defiling the three holiest shrines of Islam. Like the crusaders of old, they have come to rob the East of its riches.

*Arab suspicion of the United States takes root among people who know only the rumors and lies about the United States.*

Common to all three coffee-house theories is a deep suspicion of American motives.

If Saddam is really the problem, wonders the ordinary Arab, then why don't the Americans just finish him off—and save the hundreds of thousands of innocent lives that could otherwise be wasted? But no. Destroying Saddam Hussein is not the real aim. America's goal is to destroy Iraq itself—economically and militarily—in order to control the Mideast's oil and install Israel as the uncontested superpower in the region.

These musings of the Arab man in the street may sound foolish to American ears. But they need to be answered clearly—by President Bush.

I know, from personal experience, how seriously America's words are taken in the Arab world.

In August 1982, I personally carried to Yasser Arafat in Beirut a summary of President Reagan's plan to resolve the Palestinian problem, which became public the next month. Included in my message was an American pledge to guarantee the safety of withdrew from Beirut. Based in part on those American commitments, the PLO left.

The massacres at the Sabra and Shatilla refugee camps came several weeks later. The killing only stopped when American Embassy officials went to the scene and pressured Israel's Lebanese Christian allies to stop. I carried another message to Arafat, pledging that the United States would never let it happen again, and that U.S. Marines would return to protect Palestinian and Shiite areas in Beirut.

The Marines were greeted with rice and flowers when they entered the Shiite southern suburbs of Beirut. That had changed a few months later to bullets and bombs. Why? Because ordinary people—the man in the street in those Shiite neighborhoods—came to believe that the Americans had broken their promises again. Lebanese militiamen, wearing the uniforms of the Lebanese Army but really still fighting a sectarian war, were crossing U.S. Marine checkpoints at night to kidnap Palestinian and Shiite activists. By April of 1983, 1,200 of them had disappeared from the area supposedly protected by the Americans.

Discovering what had happened to those 1,200 missing people was one of the reasons that the CIA's legendary Mideast expert, Robert Ames, came to Beirut in April 1983. It was his misfortune to be in the American Embassy when it was destroyed by a car bomb on April 18. Among those killed were Ames and Kenneth E. Haas, the CIA station chief who helped stop the Sabra-Shatilla massacre. The tragedy of that day was that the best of the Americans died while trying to save the people who killed them.

Arab suspicion of the United States takes root among people who know only the rumors and lies about the United States. If President Bush truly hopes to build his New World Order, he will need more than the Arab kings and sheikhs and presidents. He will need the Arab people. He should begin talking to them now.

The Same Things Turned against the LEBANESE Army few years later.

FILE NO. [redacted]

DATE 30 October 1978

# SYNOPSIS

At Langley, Virginia: Two listed references and current supervisor knowing SUBJECT, Robert Clayton AMES, [redacted] all recommend regarding morality, security, loyalty and character.

REPORT NO.

[redacted]

REFERENCES

At Langley, Virginia:

On 23 October 1978, [redacted] a listed reference, was interviewed in his office in [redacted] stated he has known SUBJECT [redacted] but that he has really gotten to know him quite well in the past [redacted] has that unique ability to get along very well with all kinds of people and that he is definitely people-oriented kind of man who takes interest of subordinates at heart. The informant noted that SUBJECT is a man who holds very firm opinions, yet he is a man who is amiable and easy to talk with on various subjects. Informant also noted that he is very knowledgeable in the various field of interests, but he is the kind of man who loves to listen to other people to hear what they have to say.

Informant commented that SUBJECT, [redacted] he noted that SUBJECT feels that Members of Congress and other high-ranking officials are making it very difficult for the DDO to do its job and as a result, this poor attitude on the part of some of our Representatives can only hurt the ultimate product that the Agency is trying to produce.

SUBJECT and his wife appear to be very happily married, according to informant. He noted that they are very devoted to one another and that they have raised successfully six children. In fact, informant added, in some instances SUBJECT put off TDY trips and some business activities because he felt his family came first and that he would rearrange his schedule so that he could fit in family activities.

If SUBJECT has ever used any kind of drugs in the past, according to informant, he certainly was not aware of it. He noted he is not the kind of man to use any illicit drugs because it would affect his performance, his ability to think clearly, and this is exactly the wrong thing to do. Informant added that SUBJECT will take a drink or two at parties, but certainly nothing more. SUBJECT has never had any problems with the police and his finances appear to be good. SUBJECT began working with Electronic Kits some years ago and he made various kinds of radios with his children.

Informant feels that SUBJECT's security procedures and practices [redacted] have been uniformly excellent. [redacted]

[redacted]

[redacted] He noted that SUBJECT's moral character appears to be very high and that as far as he could determine, he has no homosexual tendences nor is he aware of any infidelity on SUBJECT's part. He doubted that he gambles and he feels that he maintains a very conservative lifestyle. With regard to contacts with foreign nationals, informant noted that he believes the SUBJECT currently is in contact with a foreign national, however, this was done at the specific request of the Chief of his Division and with White House approval. He doubted the SUBJECT has any foreign relatives. SUBJECT was described as a very loyal employee and informant strongly recommended him for continued access to classified information.

On 23 October 1978, [redacted] a listed reference, was interviewed in his office in [redacted] noted he has known SUBJECT [redacted] and described SUBJECT as one of the best Officers in the entire Agency. He noted that SUBJECT has always maintained a keen interest in his subordinates and is the kind of man who will go out of his way to understand any problems or difficulties any of his people may be having.

According to [redacted] SUBJECT is very happily married to his wife, Yvonne, and that they seem to be very close as a couple. He recalled that SUBJECT had six children and that they are currently living in the Reston area. He was unaware of the respective ages of all of SUBJECT's children. According to informant, SUBJECT is certainly not the kind of man who would use any kind of illicit drugs, simply because it is wrong. He consumes alcohol in very moderate portions and will have a beer from time to time. If SUBJECT has ever had any problems with the police, according to informant, he certainly was not aware of it. SUBJECT's financial position was described as good.

Informant did not believe the SUBJECT has any foreign relatives who could exert any pressure on him, but felt that he currently maintains periodic contact with foreign nationals because of his new job as the National Intelligence Officer for the Near East Area. The security procedures and practices of the SUBJECT were described as uniformly excellent by the informant. Informant noted [redacted]

Informant feels that SUBJECT's main hobbies these days is working around his house. He noted that with such a large family SUBJECT is always

[redacted]

working on something as he keeps his house in good shape. He feels that SUBJECT, at one time, worked on various models and Electronic Kits, such as radio building components. SUBJECT has always been the kind of man who has favored the objectives and policies of the Intelligence Community and of the Agency in general, according to SUBJECT.

GENERAL

On 23 October 1978, [redacted] SUBJECT's current supervisor and [redacted] was interviewed in his office, [redacted] regarding SUBJECT. [redacted] stated that SUBJECT has been a part of his office for the past four months and that he is currently the National Intelligence Officer for the Near East Area. He described his job performance to date as uniformly excellent and a man who is doing a very strong job in his area. He noted that SUBJECT is certainly pleasant and easygoing chap to talk with, but in addition, he is knowledgeable, competent as an Officer in the Near East Area.

SUBJECT, according to informant, has a good reputation among his subordinates and co-workers and is known as a man who is extremely stable and emotionally as solid as a rock. He doubted the SUBJECT has ever used any kind of drugs nor does SUBJECT have an alcohol problem, according to informant. If SUBJECT has had any problems with police or if he has had any problems with his finances, informant stated he certainly was not aware of it. He noted that SUBJECT has spent most of his career [redacted]n the NE Area and as far as he could determine, he did an excellent job there as well. He considers SUBJECT to be a very moral man with no indications of infidelity or homosexual tendencies. He considers the SUBJECT to be completely in harmony with the directives and objectives of the Agency and the Intelligence Community. He strongly recommended him for continued access to classified information because he ~~called him~~ a very loyal employee.

CONFIDENTIALITY DISCLAIMER

All informants who furnished positive information were offered the opportunity, but expressed no desire, to have their identities held in confidence.

[redacted]

THE NEW YORK TIMES **EDITORIALS/LETTERS** THURSDAY, SEPTEMBER 11, 1997

# When Truth Trumps Secrecy

It would seem self-evident that executive branch officials should have the right to inform Congress about violations of law, abuses of authority and other misconduct they encounter at work, even if the misdeeds involve classified activities. The Clinton Administration, influenced by the secrecy zealots of the Central Intelligence Agency, disagrees, and is doing its best to block legislation that would affirm and make explicit that right. Congress should insist on the measure, overturning a threatened Presidential veto if necessary.

The legislative provision, which has been approved by the Senate but not considered by the House, grows out of the case of Richard Nuccio, a State Department official who lost his high security clearance after informing a member of Congress about C.I.A. abuses in Guatemala. In a warped decision approved by President Clinton, Mr. Nuccio was essentially driven out of the State Department on the grounds that he had not obtained authorization from his supervisors in March 1995 before he gave classified information to Robert Torricelli, who was a member of the House Intelligence Committee at the time. Mr. Torricelli, from New Jersey, is now a Senator.

The legislation would require the President to make clear to Federal employees that they have the right to notify Congress about misconduct in classified areas without fear of reprisal. The Administration argues that the measure is an unconstitutional infringement on the President's authority to protect national security information. That is an arrogant assertion of executive power. Surely the Constitution and the democratic principles it codifies do not give license to the executive to shield misconduct and violations of the law from Congress in the name of national security.

On a practical level, it is unrealistic to believe that an agency whose conduct is in question would routinely give approval to a concerned employee to alert Congress about abuses. The C.I.A. and other agencies do have official channels for informing Congress about questionable activities, and the C.I.A. in recent years has used them responsibly in some cases. But the natural tendency of bureaucracies, especially those immersed in secrecy, is to hide their mistakes and to fear the whistle-blower who acts outside normal channels. Earlier reports to Congress about intelligence abuses might have spared the C.I.A. some of the pain of dealing with embarrassing problems that worsened the longer they were kept hidden.

When Senate and House members work out the final version of the 1998 Intelligence Authorization Act in the days ahead, they should retain the whistle-blower provision. It is supported by both the Republican chairman of the Senate Intelligence Committee, Richard Shelby of Alabama, and the Democratic vice chairman, Bob Kerrey of Nebraska. President Clinton will find it hard to make a public case that legitimate Presidential prerogatives are threatened when Federal officials tell Congress about wrongdoing in secret government programs.

THE NEW YORK TIMES NATIONAL THURSDAY, APRIL 9, 1998

# Committee Says C.I.A.'s Secrecy Threatens to Make History a Lie

By TIM WEINER

WASHINGTON, April 8 — The official record of United States foreign policy stands in danger of becoming "an official lie" if the Central Intelligence Agency keeps refusing to release cold-war documents from the 1950's and 1960's, a State Department historians' committee warns in a forthcoming report.

The refusal to publish cold-war history is "a violation of the law and of American standards," the committee and its chairman said in a report and a letter to Secretary of State Madeline K. Albright. "This Republic cannot survive if Government is secret and not held accountable for its actions."

At the core of what the committee calls the "crisis" over the control of Government history is the C.I.A.'s continuing refusal to publish documents on its best-known cold-war covert activities, including paramilitary actions involving Cuba, Indonesia and Tibet, despite continuous promises of openness by the agency dating back six years.

"If sufficient documentation cannot be declassified to provide the broad outlines of those covert activities, any U.S. Government documentary compilation about our foreign policy in situations where such activities took place will be so incomplete and misleading as to constitute an official lie," the chairman of the historians' committee, Warren F. Kimball, a professor of history at Rutgers University, told Secretary Albright in a letter accompanying the committee's report.

Mr. Kimball's letter said a new panel with the potential power to resolve some aspects of the problem met for the first time on Feb. 16. The three-person panel, with high-ranking members of the C.I.A., the State Department and the National Security Council, has the power to decide whether covert operations may be acknowledged by the United States Government. If the White House agrees to disclose the existence of these operations from the late 1940's, the 1950's and the 1960's, documents about them can be declassified.

"It's taken a long time to get to this point," a senior intelligence official said today. "The developments are positive, though there's not that much to show for it yet."

The State Department has published the official record of American foreign policy, "The Foreign Relations of the United States," continuously since 1861. These thick books contain primary documents from which history is written.

Continued publication of the series is imperiled by secrecy, the committee says. The panel, created by the State Department to insure the historical integrity of the official record, can recommend that the department prevent publication of volumes.

Under the law, Government records should be available to the public after 30 years, once they have been cleansed of potentially harmful secrets like the names of covert agents.

But the C.I.A. has not been able to live up to the law. The agency promised in 1993 to publish records on 11 major cold-war covert operations which it acknowledges having happened. To date, it has published a tiny fraction of its documents on two of the operations: the 1954 coup in Guatemala and the 1961 Bay of Pigs invasion of Cuba.