ORIGINAL

# In the United States Court of Federal Claims

No. 99-244C

FILED
FEB 2 8 2002
U.S. COURT OF FEDERAL CLAIMS

**MUSTAFA M. ZEIN,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's opinion, filed February 28, 2002,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Margaret M. Earnest
Clerk of Court

**February 28, 2002**

By: Rudolph Harris
Deputy Clerk

**NOTE:** As to appeal, 60 days from this date, see RCFC 72, re number of copies and listing of all plaintiffs. Filing fee is $105.00.