O

# In the United States Court of Federal Claims

No. 99-244C
(Filed: April 23, 2002)

FILED
APR 23 2002
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * *

MUSTAFA M. ZEIN,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has received an oral request from pro se plaintiff Mustafa Zein for a copy of the 1988 records in this action. With one exception, the records in this action, including the February 28, 2002 opinion, are no longer under seal. That exception is page 21 of plaintiff's response to defendant's motion to dismiss, which was filed with the court on January 16, 2001. Defendant concurs. The clerk may allow public access to all other materials. Accordingly, plaintiff may be given a copy of all records in this action with the exception noted above upon making arrangements with the Office of the Clerk for costs of copying.

ERIC G. BRUGGINK
Senior Judge