ORIGINAL

# In the United States Court of Federal Claims

No. 99-244C
(Filed: April 24, 2002)

FILED
APR 2 4 2002
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * 

MUSTAFA M. ZEIN,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * 

## ORDER

The order of April 23, 2002 is vacated.

The court has received an oral request from pro se plaintiff Mustafa Zein for a copy of certain records in this action. With one exception, those records in this action which are under the control of the Clerk of the Court of Federal Claims, including the February 28, 2002 opinion, are hereby removed from under seal. That exception is page 21 of plaintiff's response to defendant's motion to dismiss, which was filed with the court on January 16, 2001. Defendant concurs. The Clerk of the Court of Federal Claims may allow public access to all other materials under her control. Accordingly, plaintiff may be given a copy of such records in this action under the control of the Clerk with the exception noted above, upon making arrangements with the Office of the Clerk for costs of copying.

ERIC G. BRUGGINK
Senior Judge