# In the United States Court of Federal Claims

FILED
AUG 3 0 1999
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MUSTAFA M ZEIN, | * | |
| Plaintiff, | * | |
| v. | * | No. 99-244C |
| THE UNITED STATES, | * | (Filed: August 30, 1999) |
| Defendant. | * | |

## ORDER

Based upon a review of defendant's August 23, 1999, response to this court's order of August 2, 1999, it is hereby ORDERED:

The Clerk of the Court shall file plaintiff's complaint and pages 1 through 25 and pages 29 through 147 of the Appendix thereto under seal. Pages 26 through 28 and pages 148 through 390 of the Appendix shall be filed in the public record.

ROGER B. ANDEWELT
Judge

26

**MUSTAFA ZEIN**
**% Robert W. Thabit**
**Attorney and Counselor at Law**
**801 Second Avenue, Suite 405**
**New York, NY 10017**
**212-682-3481**

<u>**VIA FEDERAL EXPRESS**</u>

February 15, 1999

The Honorable Gregory B. Craig
Counsel to the President
of the United States of America
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20502

**RE: <u>ZEIN vs. U.S. GOVERNMENT</u>**

Dear Greg:

I hope that I am not putting any burden on you for writing while you hold your present position. What I am really trying to do is for the good of all concerned, to put things into their proper perspective to avoid any future misunderstanding.

Our past relationship, as attorney and client, your present position and what might develop from the impending filing of my lawsuit, Zein vs. U.S. Government, may allow the spin doctors in Washington to speculate.

For the sake of clarity, I owe you advance notice that your correspondence on my behalf with the office of the General Counsel of the Central Intelligence Agency has become part of the sealed court record. You and your law firm were exploring ways and means to obtain a copy of the sealed record in order to decide whether to represent me or not in a lawsuit against the U.S. Government. The Government's stonewalling and its refusal to hand over the sealed record, which is the very foundation of my lawsuit, was the very reason which prevented you and your firm from going any further after months of trying. I shall never forget your diligence and the great effort you made trying to obtain justice for me.

27



The second reason for writing you is that I have already sent to Mr. Samuel R. Berger, the National Security Advisor, via Federal Express, on January 29, 1999 an advance notice, plus a selection of documents and memorandae of the impending filing of my lawsuit. In it, I made a plea to him to act in a way that can protect America's National Security and render justice at the same time. The documents sent to the White House are part of the sealed court records which can speak volumes by themselves. I have already prepared another complete set to be provided at the appropriate time as mentioned below.

This brings me to the third reason which has compelled me to write you. A very recent development has prompted me to urgently seek your assistance, in a way that will surely render justice, and at the same time protect the National Security. A suggestion came to my attention, which has convinced me of its soundness and which I wholeheartedly support. First, I kindly urge you to read the set of documents and memorandae that I sent to Mr. Berger in order to have a complete overview. Many events have taken place since your involvement, which ended on February 14, 1997 when you received a copy of my answer to the letter sent me by the CIA.

The suggestion centers on one man who is viewed by the intelligence community as a man of the highest integrity, honesty and non-partisanship to handle the mediation between the Government and me, in order to avoid filing my lawsuit in an open court in Washington D.C. This honorable man, with his advisory position on the Intelligence Board, will be able to examine and find an amicable resolution without creating a fire storm in its wake. That man is Mr. Warren Rudman, the former Senator, who is still held in the greatest respect among the intelligence community to this very day, as I was recently told. I would be honored to have him as an honest broker to handle this very sensitive case and resolve it to everyone's full satisfaction. I am now absolutely certain that his participation will save the CIA and the intelligence community from unwarranted and unnecessary intrusion into sensitive areas, especially at a time when all the energy of the Government is surely needed to maintain tranquility, both at home and abroad.

I herewith, add my absolute and complete support to this worthwhile suggestion.

I kindly ask you to pass this conscientious suggestion to Mr. Berger in the hope that it will also be acceptable to the White House.

28



I shall, God Willing, be in Washington, D.C. on the 23rd of February to make final arrangements with my lawyers for the filing of my lawsuit. I will leave a message at your office, as to where I will be staying in Washington, after I make the arrangements for my visit.

I shall always be grateful and privileged to know you. May the Most Merciful guide your steps and preserve your peace.

Most sincerely yours,

[signature]

Mustafa Zein

copies:

- The Honorable Samuel R. Berger
  National Security Adviser

- Ms. Patricia M. Batt, Attorney Advisor
  Office of General Counsel, CIA

- Mr. Robert W. Thabit, Esq.

- Mr. Michael Martinez, Esq.
  Thompson, Hines and Flory

# C.I.A. Officers, With Israel's Knowledge, Teach Palestinians the Tricks of the Trade

By TIM WEINER

WASHINGTON, March 4 — The Central Intelligence Agency has been training the security forces of the Palestinian Authority in the arts of espionage, information-gathering, interrogation and other techniques of the trade, United States Government officials say.

With Israel's knowledge, C.I.A. counter-terrorism and covert-operations officers have been instructing senior and mid-level Palestinian security officials in the United States since mid-1996, the officials said. Federal Bureau of Investigation agents who work at the C.I.A.'s Counterterrorist Center have also helped train the Palestinians.

The program has two aims, the officials said. The first is to increase the professionalism of the Palestinian security forces and improve their ability to identify and arrest suspected terrorists, a task in which the officials said the C.I.A. had succeeded in part. The second is to increase the Israeli Government's confidence in the Palestinians, a political goal that has proved elusive.

The C.I.A. instructs its trainees in nonviolent interrogation techniques; its lessons prohibit torture. But the Palestinian security services have "commonly tortured" detainees, killing many of the 18 people who have died in their custody in the last four years, according to recent Human Rights Watch reports. Half those deaths took place after the C.I.A.'s training program began. The reports blamed pressure from Israel and the United States to crack down on Islamic militants as a driving force behind the violence of the Palestinian services.

The training takes place under a broader program of cooperation among the C.I.A., the Palestinian security services and the Israeli internal-security force known as Shin Bet. The C.I.A. station chief in Israel has been acting as a go-between and a referee under the agreement, which seeks to combat terrorism by militant Islamic groups like Hamas, and ultimately strengthen the badly frayed peace effort in the region.

The Director of Central Intelligence, George J. Tenet, personally helped broker the agreement in 1996 when he was Deputy Director.

The Palestinian security forces regularly arrest suspected members and sympathizers of Hamas, a group whose suicide bombers have killed scores of people in Israel to undermine efforts at coexistence between the Palestinian Authority and the Jewish state.

*Lessons in interrogation, but it's strictly nonviolent.*

The C.I.A. provides the intelligence and security services of many nations besides the Palestinian Authority with training and advice. One of the agency's aims is to teach methods of interrogating suspects without torturing them — how to extract information without extracting fingernails, so to speak.

A 1963 C.I.A. interrogation manual, recently declassified, discussed the uses of physical torture as a last resort. Twenty years later, the agency was telling foreign intelligence services that physical torture was counterproductive, but it still instructed them in the uses of mental torture and coercion.

The agency now teaches only nonviolent methods of interrogation, which can include friendly persuasion, verbal trickery and psychological pressure. Its rules were revised in 1985 to exclude "the use of force, mental torture, threats, insults, or exposure to unpleasant and inhumane treatment of any kind as an aid to interrogation."

Whether these milder techniques work on suspected terrorists, or whether the Palestinian security services have learned the C.I.A.'s lessons, is questionable.

Palestinian officials acknowledged in 1996 and 1997 that some members of their security apparatus had abused suspects under arrest. Whether any of those security officials had been trained by the C.I.A. is unclear. For its part, Israel has acknowledged using what it calls "moderate physical pressure" on political suspects; human-rights groups call that pressure torture.

Curt Goering, deputy executive director of Amnesty International USA, said he had seen no improvement in the performance of the Palestinian security forces regarding human rights over the last two years. "Widespread torture takes place in places like Gaza and Jericho, the torture is systematic, and we haven't noticed any change in the technique

Thursday, March 5, 1998
The New York Times

The New York Times March 5, 1998

or the frequency" since 1996, he said.

No United States official would comment publicly on any aspect of the program.

The C.I.A.'s ties to the Palestinian services go back 25 years. In 1973, Yasir Arafat sent an emissary to meet secretly with an American envoy, Vernon Walters, then the Deputy Director of Central Intelligence, to discuss how to "prevent radical assaults on the early peace process" between Arabs and Israelis, according to the memoirs of Henry A. Kissinger, the former Secretary of State.

That Palestinian emissary was Ali Hassan Salemeh, the security chief of Al Fatah, who was on the most-wanted list of the Israeli intelligence service for masterminding the killing of 11 Israeli athletes during the 1972 Munich Olympics. From 1973 through 1978, Mr. Salemeh provided the United States and its allies with tips about the assassination plots of radical Palestinian groups.

In those years, the C.I.A. set up a network of contacts within Mr. Arafat's Palestine Liberation Organization and various guerrilla groups in Lebanon. Its leading Middle East expert, Robert C. Ames, and its officers in Beirut reached an understanding with the P.L.O. through contacts with Mr. Salemeh under which the United States Embassy in Lebanon, which housed the Beirut station, was protected from harm.

In January 1979, Mr. Salemeh was killed by a booby-trapped Volkswagen in West Beirut. The Israeli foreign intelligence service, the Mossad, is thought to have set the bomb. In April 1983, Mr. Ames and at least six other C.I.A. officers were killed when Islamic militants blew up the United States Embassy in Beirut.

These killings damaged the agency's deepest connections with Palestinian organizations in the 1980's. Those connections and the insights they provided were difficult to re-create, retired agency officials said. The training program with the Palestinian services may help re-establish them, other officials said.

THE TRUTH AT LAST!

THE NEW YORK TIMES **NATIONAL** THURSDAY, APRIL 9, 1998

# Committee Says C.I.A.'s Secrecy Threatens to Make History a Lie

**By TIM WEINER**

WASHINGTON, April 8 — The official record of United States foreign policy stands in danger of becoming "an official lie" if the Central Intelligence Agency keeps refusing to release cold-war documents from the 1950's and 1960's, a State Department historians' committee warns in a forthcoming report.

The refusal to publish cold-war history is "a violation of the law and of American standards," the committee and its chairman said in a report and a letter to Secretary of State Madeline K. Albright. "This Republic cannot survive if Government is secret and not held accountable for its actions."

At the core of what the committee calls the "crisis" over the control of Government history is the C.I.A.'s continuing refusal to publish documents on its best-known cold-war covert activities, including paramilitary actions involving Cuba, Indonesia and Tibet, despite continuous promises of openness by the agency dating back six years.

"If sufficient documentation cannot be declassified to provide the broad outlines of those covert activities, any U.S. Government documentary compilation about our foreign policy in situations where such activities took place will be so incomplete and misleading as to constitute an official lie," the chairman of the historians' committee, Warren F. Kimball, a professor of history at Rutgers University, told Secretary Albright in a letter accompanying the committee's report.

Mr. Kimball's letter said a new panel with the potential power to resolve some aspects of the problem met for the first time on Feb. 16. The three-person panel, with high-ranking members of the C.I.A., the State Department and the National Security Council, has the power to decide whether covert operations may be acknowledged by the United States Government. If the White House agrees to disclose the existence of these operations from the late 1940's, the 1950's and the 1960's, documents about them can be declassified.

"It's taken a long time to get to this point," a senior intelligence official said today. "The developments are positive, though there's not that much to show for it yet."

The State Department has published the official record of American foreign policy, "The Foreign Relations of the United States," continuously since 1861. These thick books contain primary documents from which history is written.

Continued publication of the series is imperiled by secrecy, the committee says. The panel, created by the State Department to insure the historical integrity of the official record, can recommend that the department prevent publication of volumes.

Under the law, Government records should be available to the public after 30 years, once they have been cleansed of potentially harmful secrets like the names of covert agents.

But the C.I.A. has not been able to live up to the law. The agency promised in 1993 to publish records on 11 major cold-war covert operations which it acknowledges having happened. To date, it has published a tiny fraction of its documents on two of the operations: the 1954 coup in Guatemala and the 1961 Bay of Pigs invasion of Cuba.

THE NEW YORK TIMES INTERNATIONAL THURSDAY, AUGUST 13, 1998

THE INVESTIGATION

# Sophisticated Terrorists Pose Daunting Obstacle

By TIM WEINER

NAIROBI, Kenya, Aug. 12 — In the war between the United States and terrorists since the 1983 bombing of the American Embassy in Beirut, Lebanon, the score is grim.

Today it stands: Americans killed in bombings and hijackings in the Middle East and Africa — 307. Terrorists convicted for those crimes by American courts — a bare handful.

As the Federal Bureau of Investigation and the Central Intelligence Agency set up shop in borrowed offices here and in Tanzania, scrounging desks and telephones while spearheading a global search for the people who bombed the American embassies five days ago, they know all too well that acts of terror committed overseas are the most difficult cases to crack.

The complexity and sophistication of foreign terrorist organizations is increasing, present and former intelligence officials say. The audacious timing and logistical skill required in the bombings last week — one group fomenting two nearly simultaneous attacks more than 300 miles apart, killing at least 257 people and leaving no clear trace — was breathtaking to veterans of the war on terrorism.

"Two at once is not twice as hard," said Milton Bearden, a retired senior C.I.A. official who was the ranking officer for the agency in Afghanistan, Pakistan and the Sudan. "Two at once is 100 times as hard."

The war was hard enough before the bombings. Terrorist groups seem to know more about American intelligence than American intelligence knows about them, Mr. Bearden said.

The F.B.I., the domestic law-enforcement agency, is operating abroad, searching for clues in unfamiliar terrain and seeking help from local officials and other residents who are sometimes unhelpful.

On overseas investigations, the two agencies have to work together. But they began only recently to cooperate, after decades of mutual mistrust, intelligence and law-enforcement veterans say.

The Kenyan Government announced tonight that it had arrested suspects. So did the Government in Tanzania this week. But those arrests appear unpromising. And there are many reasons not to expect swift justice under American law. The intelligence agency, despite its best efforts, has few reliable sources in international terrorist networks.

No one may ever know whether the bombings last week were supported by a state like Iraq, an intelligence service like Iran's or an individual like the exiled Saudi financier Osama Bin Laden. Mr. Bin Laden has hailed such attacks in the past, financed terrorist groups from Egypt to Algeria to Afghanistan and sought to unify them under his banner, intelligence officials say.

"This in all likelihood was not state supported, and if it's not, 'Terror Inc.' is beginning to creep in," Mr. Bearden said. "Whether or not Bin Laden was in on it there may be an emerging linkage between Bin Laden, the Islamic Jihad guys and the Islamic Group out of Egypt. If so, these people are close to becoming a state unto themselves."

All are suspects, American officials said. But following a trail from the rubble of the embassies to a command center in Baghdad, a clandestine cell in Teheran or a terrorist training camp in Afghanistan would be a long haul.

The networks are by nature almost impossible to unravel. The chain of command in a sophisticated group connects the intellectual author of the terror to the attackers who carry out his will. But that chain has many links, and no one person in the chain may know the identity of the next.

The man who builds the bomb may know nothing of the man who pays him, or the man who drives the bomb to its target. So locating a bomber or his car may lead nowhere.

The search sometimes never ends. The C.I.A. is still looking for the assassins who killed its Athens station chief, Richard Welch, in 1975.

-151-

And no one has ever been arrested by American authorities in the bombings of the United States Embassy and the Marine barracks in Beirut in 1983 that killed 255 people, or in the bombings of two military posts in Riyadh and Dhahran, Saudi Arabia, in 1995 and 1996 that killed two dozen American military personnel.

But the Beirut and Dhahran cases provide lessons for the investigators in Nairobi and Dar es Salaam today. The investigation of the Dhahran bombing, which killed 19 airmen, is at a dead end. The F.B.I. and the Saudi intelligence service would not share information. The bureau, which had never conducted an investigation in the kingdom, said the Saudis were uncooperative. The Saudis said the bureau was highhanded.

"You can never catch the bad guys without the help of your friendly local foreign security and intelligence services," Mr. Bearden said. "You can't run roughshod over them."

The hunch that the Dhahran bombing was carried out by Saudi dissidents with the help of outsiders — possibly Iran or Mr. Bin Laden — remains unproven. Suspicions that Iran has had a hidden hand in such bombings date from the start of the modern era of terrorism against American diplomatic and military posts, the bombing of the Beirut Embassy in April 1983.

That explosion damaged the C.I.A.'s ability to understand, infiltrate and nullify Islamic terrorism. The bomb destroyed the agency's Beirut station, killing seven officers, among them Robert Ames, the top Mideast analyst. He had been the chief of the clandestine service in the Arab world and a covert agent in Iran, Lebanon, Kuwait and Yemen.

Ten years before the bombing, he had won the trust of Ali Hassan Salemeh, the security chief of Al Fatah, then one of the most feared terrorist organizations. Mr. Salemeh provided

## Complexity and savvy worry terrorism experts.

the agency with warning of the assassination plots of radical Palestinian groups and helped the agency obtain agents in Islamic political and guerrilla organizations, former intelligence officials said. In 1979, Mr. Salemeh was killed by a car bomb, probably by the Mossad Israel's intelligence service.

The agency has never had a source quite like Mr. Salemeh or an officer quite like Mr. Ames, some intelligence officials said. The lesson, they added, is that an intelligence service is only as good as its spies and its sources. Until recently, another problem in terrorist investigations outside the United States was a deep friction between the Central Intelligence Agency and the Federal Bureau of Investigation.

"The C.I.A. and the F.B.I. did not cooperate as well as they ought to," Jeffrey Smith, a former general counsel at the intelligence agency, said. "They did not share information. They frankly were suspicious of each other."

In 1996, Mr. Smith said, the bureau and the agency confronted the fact that they were like the Army and the Navy during the invasion of Grenada. He used the image that they could not communicate because their radios operated on different frequencies.

They came from different cultures. A law-enforcement officer who is confronting an evildoer wants to string him up. An intelligence officer wants to string him along, to find out what he knows.

To overcome that clash, "we got senior C.I.A. people from Europe and the Middle East together with senior people from the F.B.I." for a three-day meeting two years ago in Rome, Mr. Smith said. "They asked each other, 'How do you handle the joint takedown of the terrorist organization? Do you do this for purposes of prosecution or for purposes of penetration?' It was the first time these conversations had occurred, and when it was over the deputy director of the F.B.I. said, 'We should have done this 40 years ago.' "

The double bombing is not just the biggest joint counterterrorism investigation mounted overseas by American intelligence and law-enforcement agencies. It is the first in which they share rules and roles. Still, they will need more than smooth coordination to solve the case.

Some Federal investigators who arrived here 36 hours after the explosion said the sight reminded them of the bombed-out Federal building in Oklahoma City, where they worked in 1995. But whoever bombed the embassies was a good deal more professional than Timothy J. McVeigh, the Army veteran who carried out the Oklahoma City attack and whose idea of a smooth getaway was to speed down a state highway without license plates.

"This isn't Oklahoma City," Mr. Bearden said. "There's a sophistication to this evil."

ATTN: MUSTAFA ZEIN

# CIA tipped Arafat to assassination plots in 1970s

JERUSALEM, Nov 13 (Reuters) - The American CIA warned Palestinian leader Yasser Arafat of plots to kill him in the 1970s at a time when the United States officially shunned him as a "terrorist," according to a retired senior CIA officer.

Frank Anderson, a former CIA operations chief for the Middle East, told Israel's Ha'aretz newspaper in an interview published on Friday that covert contacts between Arafat's PLO and the Central Intelligence Agency began in 1969.

He said the two sides reached a deal in 1974 that the Palestine Liberation Organisation (PLO) would not stage guerrilla attacks outside Israel. In return, the United States did not object to Arafat's appearance that year before the U.N. General Assembly, Anderson said.

Asked whether the CIA had also notified Arafat of plots on his life, Anderson said: "We did, especially in the 1970s. Abu Nidal was trying to get him. The Libyans sent someone after him. I am not aware of any Israeli plots."

Arafat met U.S. conditions for an open dialogue only in 1988, when he publicly rejected "all forms of terrorism" and said Israel had a right to exist.

The CIA will now play a key role in monitoring Palestinian actions to combat anti-Israeli violence under a new interim peace deal Arafat and Israel's Prime Minister Benjamin Netanyahu signed at the White House last month.

Secret contacts between the CIA and the PLO in the 1970s have been reported before.

Ha'aretz correspondent David Makovsky, however, said he believed Anderson's remarks marked the first time someone from the CIA had spoken so extensively about them on the record.

According to Anderson, the U.S. interest was to stop international terrorism while Arafat hoped the contacts would prove a stepping stone to U.S. recognition.

Anderson, then deputy CIA chief Vernon Walters and CIA operative Robert Ames were among a small group of agency staff that dealt with the PLO, according to Anderson.

Ames was killed in the 1983 bombing of the U.S. embassy in Beirut, which Anderson said the PLO had protected earlier on in Lebanon's civil war.

He identified the chief PLO contact as Ali Hassan Salameh, head of Arafat's Force 17 praetorian guard. Israel linked him to the killing of 11 of its athletes at the 1972 Munich Olympics by Palestinian gunmen and assassinated him in January 1979.

Anderson said Salameh's death was a major blow to the CIA-PLO link and would not rule out the theory that Israel killed him because of the contacts rather than Munich.

"The Israelis aren't going to say," Anderson said.

"I will say that the pattern of people who got knocked off by Israel...is suspicious. It says 'He who is involved in diplomacy is troublesome for us'."

03:38 11-13-98

*Copyright 1998 Reuters Limited. All rights reserved. Republication or redistribution of Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon. All active hyperlinks have been inserted by AOL.*

# Week's End

Friday, November 13, 1998

## CIA meets PLO - A complex history

While the Central Intelligence Agency's role in the Wye Memorandum h captured recent headlines, few are aware of the fact that CIA links with the PLO go back to the late 1960s. In an exclusive interview, the former head of the CIA's Middle East division looks back on the secret relationship

*By David Makovsky*

Two decades before the United States launched official diplomatic contacts with the PLO, an intelligence channel was opened that the U.S. found useful in thwarting terrorist attacks. The PLO hoped that the link would lead to diplomatic recognition, which it did not. But, as Frank Anderson, formerly head of the CIA's Middle East Division in the Directorate of Operations, explained in an exclusive interview with Ha'aretz, it did lead to regular back-channel communication with President Jimmy Carter.Anderson spent 25 years working for the agency in the Middle East, and ultimately became its director. He describes the first ever CIA-PLO agreement in November, 1974, as well as the head of the PLO security back-channel, Ali Hassan Salameh, who led Yasser Arafat's Office-17, subsequently called Force 17. Salameh was killed by Israel on January 22, 1979 in retribution for his links with the Munich Olympics massacre. An infuriated Arafat believed that Salameh's dialogue with the U.S. was an "insurance policy" for both him and Salameh. Indeed, Anderson explains how the U.S. alerted Arafat to threats against his life. But contacts with the U.S. never fully recovered until after Oslo, Anderson says.

Noting that the PLO avoided kidnapping Americans in Lebanon, Anderson says the organization usually abided by its post-1974 commitment not to engage in terrorism outside Israel and the territories. Yet Arafat did not distance himself from Abu Abbas, who perpetrated the Achille Lauro attack in 1985, in which a U.S. citizen, Leon Klinghoffer, was thrown to his death into the sea. Moreover, Anderson discloses that the CIA had a role in Middle East peace in the past, with its personnel serving as civilian monitors of the Sinai disengagement agreement.

Anderson was one of a small group of CIA officers who dealt with the PLO. Others included Vernon Walters, then deputy head of the CIA, who later became ambassador to the United Nations; and Robert C. Ames, a CIA operative Anderson describes as gifted, who was killed in the 1983 bombing of the U.S. Embassy in Beirut.

The cheerful Anderson makes clear that his extensive involvement in the Middle East does not preclude his high regard

for Israel. Alluding to the current head of the Mossad, Anderson says that "Ephraim Halevy is one of the greatest guys in the world." He is also very fond of the former head of the General Security Services, Yaakov Peri, among others. Anderson was the one who named the current CIA station chief in Tel Aviv.

After 25 years of service, including posts in dangerous places, Anderson retired from the CIA in 1994.

Anderson confirms that the first contacts between the CIA's Ames and Salameh came via a third party in Beirut in 1969. Ames reportedly told Salameh he was acting on behalf of the National Security Council, and asked him to relay the following message to Arafat: "You Arabs claim your views are not heard in Washington. Here is your chance. The President of the United States is listening."

You were involved in the CIA's links with Ali Hassan Salameh, head of the PLO's Force 17. Who authorized the relationship?

"After a kidnapping, hijacking or other incident, [then CIA head Richard] Helms cited [President Richard] Nixon as saying something like, 'We've gotta have some links out there. We can't just be flying blind. There is a major issue, we don't understand, we've got to get at it.' [The idea was] 'do whatever you can to get at it.' We tried to recruit a lot of Palestinians, but we had no luck. [At the time] the president would call the DCI (director of central intelligence) and say 'Go do this thing that I'm telling you not to do.' And the DCI would go and do it."

There is no doubt that Helms would never have done that without Nixon.

"Of course not."

And the clear aim was to stop international terrorism.

"Yes. The deal was to be that 'We'll talk to you and we'll work together, keeping you out of international terrorism. We'll work with you to prevent other people from conducting what we would call international terrorism.' This is the classic psychological contract that happens between humans; both sides only heard their side of the deal. The Americans heard, 'We're going to get an anti-terrorism business relationship.' And the Palestinians heard, 'This is a stepping-stone to recognition of us and support for the peaceful establishment of a Palestinian state.' Both sides were really careful to keep that fiction going."

Ali Hassan Salameh had quite a high rank.

"He was the head of the chain, but what happened simultaneously was Black September. Most of the legend of Hassan Salameh is true. Everybody else around Arafat cut and ran, and the guy needed physical courage to protect Arafat when Jordan began firing.

Was he behind Black September?

"Until his death, Salameh declared that he didn't do Black September. He said Black September was Abu Dawoud. Whether he was telling the truth or not, he stuck to it until he died. However, the Salameh channel hit an early glitch in December 1970, when a CIA agent tried to 'buy' Salameh, and this infuriated the PLO official."

How did this occur?

"In the spy business, there is constant pressure to create a controlled agent relationship. And there is a guy who determined that he was smart enough and good enough to do it. So he invited Ali Hassan Salameh to a hotel in Rome and offered him $500,000. Salameh was furious."

Can anyone decide on his own to make such a financial offer?

"At the time, yes. It's a culture in which - in the '70s and '80s, less so now - any young case officer would do that because he was counting on being backed up."

While the CIA dialogue with the PLO was severed during this period, PLO terrorists kidnapped and killed the U.S. ambassador to Sudan, Cleo Noel. Soon thereafter, according to U.S. journalist David Ignatius, the CIA received a report that the PLO wanted to assassinate Nixon. The CIA sent an urgent query to the PLO, but the PLO dismissed the rumor as false.

CIA-PLO ties were restarted in the middle of 1973, and two key moments in the relationship came after the Yom Kippur War. Henry Kissinger wrote in his memoirs that he instructed Vernon Walters to tell PLO officials during a meeting in Rabat in November 1973 that the question of who represented the Palestinians was an "inter-Arab" issue. Walters met PLO official Hani el-Hassan in Rabat, Anderson confirms. However, Arafat took this to mean that if Jordan would turn the mantle over to the PLO, U.S. recognition of the organization would come next.

Yet, the Walters meeting with PLO officials in Morocco, together with ongoing contacts with Salameh, led to a November 1974 agreement, the first of its kind. It provided that the PLO would desist from terror attacks abroad, especially on Americans; in return, the United States would not object to Arafat's appearance before the UN General Assembly. Anderson confirms that at a meeting at New York's Waldorf-Astoria Hotel, Salameh and Ames struck a deal.

Was Arafat's trip part of the deal?

"[The idea was] 'You be diplomatic with us and we'll be anti-terrorist with you. [The Palestinians would say] 'This is our message to the President'. Then some days later, a response would come.

In 1974, did he give you his commitment to "no external terrorism" outside of what he would consider Palestine?

"Yes."

Do you think that his 1974 trip to the UN was a turning point regarding Arafat's acceptance of a two-state solution? That is when the Palestine National Council said it would accept a state in any part of liberated Palestine.

"Yes. I think Arafat was committed to a two-state solution from the moment he made that trip to the United Nations.

So how effective were the CIA interactions with Salameh?

"It wasn't very good for the Palestinians, but a number of terrorist operations were prevented. Interactions were pretty steady during the 1970s. During the 1975-1976 Lebanese civil war, the PLO protected the U.S. embassy in Beirut as well as the quarters of diplomats. When the U.S. embassy was evacuated at the time, Salameh organized this to ensure the safety of the diplomats. In order to accommodate an exhausted Salameh in December 1976, the CIA extended its first invitation to a PLO official to be its guest in the U.S., and in the process to visit Washington.

"We wanted to solidify the relationship with this guy. It was not an official visit, since we did not invite him to CIA headquarters, but we talked to him in Washington. He needed to relax, so we sent him and his fiancee to Hawaii afterward," Anderson recalls.

I assume that the interactions with Salameh were a quid pro quo?

"Yes, they have to be, but very much off the record.

You wanted them to stop terrorism, but if this was not a step toward diplomatic recognition, what was in it for the PLO?

"The symbolism of it was important for them. What they gained was that Arafat could send a message to Jimmy Carter, and Carter would send a message back.

How many messages were sent in that way?

"It was a lot more often than a monthly occurrence. There was always some issue that they were fighting back and forth."

Did Carter try to send them stuff that was useful to the Palestinians?

There were interactions at the time; the specifics I truly don't remember.

Did this go on during Camp David?

"There were mutually frustrating messages. We were never ready to go where [Arafat] was ready to go."

What should Israelis know about Ali Hassan Salameh? Many Israelis think of him only in connection with the Munich massacre.

"There are a lot of things that no Israeli would be able to

swallow. This guy's only passionate hatred was for other Arabs. He was almost...American. He was giving me lectures on how I don't understand American culture. He certainly did a good job of acting unhappy every time he had to lie.

Wasn't he involved in Munich?

"He claimed not."

Do you think that Israel killed Selameh in January 1979 because of his interactions with the CIA, and not due to Munich as Israel claims?

"The Israelis aren't going to say. I really do see myself as someone who is thought of with confidence on both sides of this issue. [and] I will say that the pattern of people who got knocked off by Israel - not the ones that the Palestinians knocked off - is suspicious. It says, 'He who is involved in diplomacy, is troublesome for us.'

"[Salameh's death] was a major blow to the relationship. One of the perceptions Arafat had was that 'I'm buying Israeli assassination insurance for myself and Hassan Salameh,' and he truly believed that. He was truly angry, to the point that I was frankly a little worried for my own safety. "

That was after the Lebanon war, which means that from the key moment of 1979 up to the Lebanon war, when so much was happening, there was no channel.

"There were never any channels nearly as effective. There has never been anyone like him, never been anyone with his stature: not until well into the 1980s when the Hassan brothers (Hani and Khaled) got involved [with the CIA]."

A key player in this dialogue with the PLO in those days was a CIA colleague of yours, Robert Ames, who was killed when the U.S. embassy in Beirut was blown up in 1983.

"Ames wrote the Reagan Plan. He was still a national intelligence officer in the Middle East. [Then head of the CIA William] Casey, [then Secretary of State George] Shultz and [then Secretary of Defense Caspar] Weinberger all hated one another. Ames was the guy to whom each one would speak."

Anderson refuses to discuss what terror attacks were thwarted due to the PLO channel, but David Ignatius has said that Arafat's people helped stop attacks against U.S. embassies in Zaire and Rome. At the behest of the Carter Administration, Arafat arranged the release of 13 American hostages from Tehran in 1979. He also obtained the bodies of eight U.S. soldiers killed in the abortive attempt to rescue the American hostages in Iran. When the CIA learned of a plan to kidnap the U.S. military attache in Beirut, Arafat stopped this, just as he stopped attacks on Americans by PLO officials during the Lebanon War, when the U.S. was organizing the exodus from Lebanon.

Did you notify Arafat of plots on his life?

"We did, especially in the 1970s. Abu Nidal was trying to get him. The Libyans sent someone after him. I am not aware of any Israeli plots."

Do you think it is a good thing that the CIA will be assuming this new role today?

"There are two reasons why they are turning to the CIA: competence and confidence. Competence [means] not that [the CIA IS] uniquely smart or uniquely brave, but it is an organization that is uniquely fast. The confidence side is that however much both sides might distrust the CIA, they distrust the CIA less than each other. In my own experience and in my understanding of what has happened in four years, there really has been a positive series of interactions, while on the security level they are coming to trust each other.

What about the pitfalls of a CIA role now?

"Of all the pitfalls that have been raised - the terrorist threat, the [fact that] the agency is an attractive terrorist target, the added threat is only marginal. You don't need a reason [to attack the CIA]. This isn't the first time that the agency has been called upon to participate in monitoring a peace agreement, so it's not unprecedented.

Can you give examples?

"I would prefer not to, except to say that in Pakistan, we gave information to both sides. After the Yom Kippur War, it was the CIA that served as civilian monitor in the Sinai. We performed the same function, to exchange information on deployment, between Israel and Syria, but the Syrians never made use of our services."

Some in Israel wonder if this is going to disturb the intelligence relationship the agency has with Israel, or with the Palestinians, because now they are a full participant in the peace process. What do you think?

"It's clear that in what has been going on over the last five years, the agency has interacted with both sides consistently. Obviously, the players found [the CIA role] an incentive to agreement, rather than an obstacle

© copyright 1998 Ha'aretz. All Rights Reserved

The Naperville Sun - Page 2
Thursday, January 30, 1969

# "Most Beautiful Years of his Life" Spent in Naperville!




HI EVERYBODY:

In the tiny, oil-rich sheikdom of Abu Dhabi, on the Persian gulf, an incident recently occurred that strikingly demonstrated the worth of Naperville's AFS exchange-student program.

Ruth Shelton Knowles, a writer for the Reader's Digest, was in Abu Dhabi gathering information for a series of articles on the Middle East, when the incident happened. It was she who reported it to the Robert Beckmans in a telephone conversation from New York City last week.

"I bring you greetings from your 'son', Mustafa Zein", she said, before identifying herself. (The Beckmans had been Mustafa's American "family" when he was an AFS student at NCHS in 1959-'60.) "Mustafa was my very able guide and interpreter, while I was in Abu Dhabi," continued Mrs. Knowles. "He seems to be the right arm of the ruling sheik, Zayad. Currently, the little country is a British protectorate, but it is supposed to gain its independence in 1971.

"A woman who is a member of the British parliament, representing the Labor party, was also a visitor while I was there. At one point she spoke very deprecatingly about the United States. Citing our riots, she expressed the belief that within six months our society would disintegrate. As she became increasingly critical, I did a slow burn, and was considering how I might answer her. I needn't have worried. When she finished, Mustafa came to the defense of the U.S., and in a masterly fashion explained our democratic principles and way of life. It was beautiful the way he handled the situation.

"Later, when I was alone with Mustafa, I commended him, and inquired how he had reached his conclusions. He very modestly said, 'I have to give any credit to my experience as an AFS student in Naperville, Illinois.' "

So attached was Mustafa to Naperville, after his year here under the auspices of the American Field Service, that he returned from his home country of Lebanon to attend North Central College. Although he extended his relationships in the community during those years, his communications after he reentered the Arab world have been infrequent. Prior to Mrs. Knowles' welcome message, the Beckmans had had no word since a letter which he had written in Beirut on Christmas night, 1967—a time when the young Moslem was understandably nostalgic about his Christian family in America.

In that letter he told of his disillusionment with the ~~Arab~~ U.S. Students' Association, in which he had held responsible positions while at North Central, and later while attending graduate school in Cairo, Egypt. Completely shocked, when the scandal of the association's connection with the CIA was revealed, he was personally hurt to learn of the involvement of trusted friends.

He was in Cairo during the brief but ferocious Arab-Israeli war—a conflict that he regards as "only the prelude to a future war which will be devastating beyond belief." Working in a first aid unit, he declared "I aged ten years in those ten days that I treated the injured — especially the children with Napalm burns."

The position at Abu Dhabi had been offered him; but, at that time, he had been unable to secure a visa from the British government. A backward look at his stay in our community prompted him to characterize it as "the most beautiful years of my life."

Mustafa's expression of his fond memories of Naperville, and his quick rebuttal to a detractor of our country, are ample evidence that the AFS exchange-student program has a wider and more significant influence for good than we can ever assess.



The Beckmans, my American Family!
1960

GERARD INSTITUTE
SIDON, LEBANON

162

Saturday, March 14, 1959

Cultural Relations
American Embassy
Beirut

Gentlemen:

I am writing you concerning Mustafa Zein, an applicant in your program for sending foreign students to America for one year.

I have known Mustafa for all of the three years I have been teaching here in this country. When I came in the fall of 1956 I was made house-father for 18 boys, most of whom could not speak English. Since I could not speak Arabic it was necessary to have a monitor who could act as interpreter as well as monitor. Mustafa was chosen.

At the time he was only in the eight grade. His English was good enough that any difficulty that arose could be communicated to me be it a simple accounting of who broke the bed or a lengthy description of a prolonged feud with emotional overtones.

His help during that first year was immeasurable. He seemed to sense things that should be done and, what's more, he would begin to do them.

During the Christmas season he bought, on his own account, a small tree and Christmas decorations for the cottage. Small, thougnful things like this make him a pleasure to have around.

Mustafa's immediate response when asked to do something is to drop what he is doing and come running. This is literally true. If I call to him from my room, which is at one end of the hall, he comes running down the corridor. He has never refused to do anything asked of him no matter how menial a task it might seem.

He has a bright sense of humor which sometimes leads him to bring little tricks back to the cottage to play on us. He does not take life so seriously that he cannot let himself go and enjoy some small thing, a comment I could not make about very many of the boys here who, it seems, take themselves and their own world uncompromisingly serious.

A further example of Mustafa's maturity and capabilities is that he usually takes a large hand in organizing and executing parties we have here. He is quite confident standing before the group mc'ing a party.

- 2 -

I will be in the States next year and would gladly give any assistance I could, (answering his questions, counsel, etc..)

I hope this is of use to you.

In short, I think Mustafa will get along quite well in the States. Another boy from our school, John Makhoul, spent last year in the States under the care of the Presbyterian Church of Foley, Minn.. It was his Junior year of high school also. He is back here this year. The two of them could get together with one of us and discuss various problems which might come up.

Further, if you desire that they do as little conferring as possible we could see to that.

My address in the States is R.D. 3, Parker, Pa.

If I can be of any more service or help to you, please let me know.

I remain, faithfully yours,

Frank T. Hainer

A1

# Exchange Student Mustafa Zein Comments on Year At Naperville High School, Life in America

By Jean Weston

"To see ourselves as others see us," is one of the prime values of the American Field Service exchange student program, so for those who need to have their faith in themselves, as Americans, reaffirmed, a visit with AFS student Mustafa Zein is delightful.

Mustafa has spent the past ten months here, living as a member of the Robert Beckman family, 329 S. Julian, Naperville. On June 27 he will join all the other many AFS students from this area and go on a tour of eastern and southeastern United States, including Washington, D. C. and New York City, before embarking on the ship which will carry him back to his home in Lebanon.

In speaking at the commencement exercises of the senior class at Naperville Community High school, next Tuesday, the handsome olive-skinned 18-year-old exchange student will thank them for the opportunity he has experienced as a member of the senior class this year, and for the privilege they afforded him by bringing him to Naperville from far-away Lebanon.

"When I leave here, it's a beginning, not an end," the extremely well-mannered young man told us as we chatted with him Monday morning in the CLARION office. "But I shall miss so much all the wonderful people here. I have made many close friends. Naperville is now my town and the United States my second country."

And the Beckman family is "his family," too, for Mrs. Beckman is "Mom" to Mustafa, and although he comes from a big family he has now enlarged it to include Bill Beckman, a senior at NCHS; and sisters Barbara, a junior in college, and Ann, a freshman at Naper high, as well as father Beckman.

His enthusiasm for America, American homes, American people, American cooking, American schools will be packed in his heart to take back to his own home, people, and schools to be shared with them. For this is the essence of the AFS program which is annually growing in numbers and influence.

"Since I am here," Mustafa informed us "I have made 27 speeches, and I will make 15 more before I leave your country. This is an excellent opportunity for the students to exchange ideas." (But the AFS is strict about not allowing its exchange students to meet the public in this manner before they have an opportunity to become truly acclimated to their new environments.)

Once home, there will be more speeches, many more, he realizes. This is the exchange students' way of paying for the hospitality extended in bringing him, or her, to the United States. This year, for the first time, there were six in the states from Lebanon, and they will form the nucleus of an organization there to bring more students to this country as emissaries of peace through knowledge of each other.

"You have too many things other countries lack. High school education is a privilege, not a duty, in other countries. With all the opportunities you have, be thankful for the life you are living here in this high school," Mustafa advised his fellow-students.

There will be appearances in Beirut before clubs and civic organizations, schools and other groups to afford Mustafa to tell, in English and in Arabic, his personal impressions of us. "We will have television now in Lebanon, too, and I hope I can speak from a station when I return and tell even more people about America in this way."

What will this persuasive young teen tell his people about us?

What he relates, as his impression, is likely to bear much weight on how others, hearing him, in the Middle East, will judge us.

We asked Mustafa about this and he said, "First of all I must correct an impression which I had before coming here, and one that many people in other countries have . . . that all Americans are materialistic! I have not found it so. I believe that they are a highly spiritual people, idealistic and oh so friendly."

He has been impressed, too, with the value placed upon the individual in this country and he will tell his fellow countrymen we want peace.

Judging from remarks made at a recent assembly program at NCHS when Mustafa appeared with Mireille Chausse of Marseilles, France, AFS student at Downers Grove Community High school, and Bjorn (Bob) Humberset of Volda, Norway, the Batavia High school AFS student, he has a few criticisms to offer, as well.

Mireille brought forth sympathetic laughter when she admitted that, "I used a knife and fork on hamburgers," when she first arrived here. "In France we keep corn on the cob for chickens. I think next year I may be homesick for America. Everyone has been understanding to me."

Bob admitted to the students, "I am used to a little harder way to get good grades. We have to depend more on ourselves," and he observed that there is great stress on sports here. "It makes one more important than if he got good grades," he objected.

But, like Mustafa, the students all have gained much in their months in America and will carry that gain back with them to spread to other parts of the world as pebbles in a pound.

Mustafa's serious side is well balanced [illegible] excel[illegible] sense [illegible] [illegible] this [illegible] difficult time in the past ten months.

"Because America is many nations, you cannot have one typical culture. You are a unique, melted culture," he observed. High praise for his teachers and a realization of the great value he has obtained from his courses in math, sociology, American history, literature and English are fully appreciated by this young man who expects to enter the American university in Beirut next fall, and study there for two years, then return to the states for another two years of study.

"At least, this is what I hope I can do," he said with an engaging smile. And somehow, listening to him, you feel confident that he will, for his attraction for our country has deepened steadily since his arrival here Aug 5.

His trips to Florida over the Christmas holiday, to Williamsburg, Va., and his coming four week tour with other AFS students can only intensify his desire to return to America.

George Toothill is the high school's AFS representative here, in this program which has as its motto, "Walk together, Talk together, O Ye People of the Earth! Then, and only then, can ye have peace."

A6

164

[illegible] annual commencement exercises
Naperville Community High School
June 14, 1960
Address by Mustafa Zein of Lebanon

Dr. Koss, Mr. Van Adestine, members of the Board of Education, faculty, the class of 1960, and ladies and gentlemen.....

I consider it a great honor to have an opportunity this last time we are together to try to express the depth of appreciation I feel for the privilege of living in this lovely American community this past year.

Today marks the end of a most pleasant association, but in a real sense it is not the end of my experience as an American Field Service student representing the Arab World, but the beginning of understanding between our two nations.

For me it has been the fulfillment of a dream I dared to visualize several years ago. You have made it possible for every aspect of that dream to become reality.

I have had the privilege of becoming a member of the Robert Beckman family this year. I am sure that I will always claim membership in this wonderful family group.

I am so grateful to the Youth Center and the Student Council for sponsoring me and to the Board of Education for letting me attend Naperville Community High School.

Time will not permit me to focus on each individual who has touched my life this past year and left an imprint; but perhaps it will suffice just to say thank you from the bottom of my heart.

Yesterday I was deeply touched when Mary Jean Jansen and Doug Hastert gave me the present from the senior class. I can think of nothing more appropriate to tell the class of 1960 than this wish in Arabic:

"اتمنى لكم كل ما هو خير وحق و جمال ..."

Which means: "I wish you everything which is righteous, true, and beautiful."

By the last of July I will be 7000 miles away with my Lebanese family. However, miles do not separate good friends.

I certainly hope that many of you will find it possible to come to my country where I will be very proud to introduce you to my people and my culture that goes back in history to the days of the great Phoenicians.

All this experience, however, prompts me to think in terms of our world and the beauty of blending differences into a mosaic pattern of one-ness.





We, in my country, are specialists in using beautiful colors for mosaic pattern. I have found much of a real beauty in America, believe me.

I have travelled with my American family to other parts of your vast country -- to Florida and Virginia -- and I have become acquainted with your history, and what has made your country great.

I know now that the greatness of America did not come without a struggle. And that proves to me that within any nation, under the sun, people of different cultures and religions can live together harmoniously.

May I close with this thought as I salute each friend I feel I have made this year:

"Beneath the seas the islands are one.
Beneath the races humanity is one.
Beneath the creeds the love of God is one...."

A7



with NASSER and KRISHNA MENON of INDIA
CAIRO - April 1965

With NASSER - April 1965 - Cairo





with King Hussain of JORDAN
1964

A15



Jordan - The ORDER of HUSSEIN Bin Ali
1969



LEBANON _ The ORDER of the CEDERS of LEBANON

1970

ExiBiT: A16



With the Late Ruler of Sharjah
1970

171



With ARAFAT and BARBRA WALTERS
Beirut, 1977



AUG • 77

# ✷ FUNDAMENTALISM ✷

A Brief Composition From the Treatise
of "The Triad Principle, Creed of Abraham".

October 15, 1996
New York, NY.

بسم الله الرحمن الرحيم

# THE TRIAD



MUSTAFA M. ZEIN

# Introduction

From introduction to the treatise "The Triad Principle In The Creed Of Abraham".

"The Oxford dictionary defines "truth" as: " The quality or the state of being true"; "what is accepted as true."

In a world of relativity, which is based on "uncertainty", truth becomes like "beauty is in the eyes of the beholder". How can one then observe "beauty", the Truth?

The ancient scientists based their view of the truth (reality) on observation, logic, intuition, and experience. Their tools in the laboratory [life] were attention, focus, and remembrance. Thus, they became predictors [divines]. The divines of our time are modern scientists who base their views on the scientific theory of mathematical consistency, observation, and predictions. Anything, which does not pass the gauntlet of the three, is NOT TRUE!

The ancient scientists were of two types, exactly like our modern day divines: (1) the conservative traditionalists, the literalists of the day [the fundamentalists]; and (2) the scientists of the INNER knowledge, the mystics, who are in the "Mist" but not of it. They developed a clearer view - a Vision!

Today's scientists are also of two groups: (I) the "divines" of Newton's law and Einstein's theory of relativity, and (2) the scientists of quantum mechanics.

The contradiction between the two groups is exactly like the contradiction between the mystics and the literal fundamentalists.

The conflict stems from the fact [truth] that quantum mechanics CONTRADICTS the theory of relativity in spite of the fact [truth] that relativity is the source that brought forth the quantum theory! Each theory has been proven to be right [true] by science. How can two truths contradict each other when they are both from the same source? This brought forth the confusion in modern science illustrated by the following statements of the scientists: "Therefore they can NOT be BOTH right"! And the statement of Einstein:
"God cannot play dice in the universe"! But according to Stephen Hawking: "Not only God throws dice but always gets it right and some time He throws them where they cannot be seen!"

The writer of this Treatise, THE TRIAD, has been researching the inner knowledge from the teachers of Sufism, the Kabbala and Christian

Mystics, who base their teachings on the inner meanings of the Three Sacred Books - The Torah, the New Testament and the Quaraan. The inner meaning of this knowledge [science] can not be preached because, "when man is given something easily without hard effort and experience, man will discard it the same way, quickly. Man, male and female, does not value the easily begotten valuables. Inner knowledge is very widely scattered. It has to be collected and connected in a labor, which has no monetary reward. A hard labor which is shunned by most."

This Treatise on the Triad of Abraham is an observation of the vision of Sufism, Kabbala and Christian Mysticism.

This writer has been extremely careful not to pollute this Treatise with personal views or opinions.

It may be a presumptuous attempt to compare and connect the ancient science with the new and leave it to the observers to connect and discern.

Attempting to reconcile the two, the outward with the inner, is, as the Apostle Paul said in I Corinthians 1:20: "Where is the Wise? Where is the Scribe? Where is the disputer of this world? Hath not God Made Foolish the wisdom of the World?"

April 15, 1996
Mustafa M. Zein

If there was a time for a fool to speak in the midst of utter madness and stupidity, then the time is here and now. When a conflict loses all the hope embedded in its resolution - it ceases to be an ordinary conflict. It becomes a hopeless fight to the death.

Never in the history of the Israeli-Palestinian conflict, has there been the level of deterioration reached at such a rate. The unthinkable cure was a skillfully administered to it, the Rabin-Arafat agreement, the very positive response of the vast majority of the Arab world, the joyous celebration of the entire world, hoping it might do the trick. It did for a while, but now we are back not to the starting point, but at the point of no return. It has become a conflict between gods, not people. The literal interpretation of certain passages in the Bible is allowing some to say and act as though "this land, your land, is my land as ordained by God, and the hell with the rest of you". It does not matter if it goes against and violates the Ninth Commandment: "Thou shall not covet thy neighbor's house or his field". In other words, do not occupy another place already occupied, otherwise you will pay dearly. The exclusion principle in science says it is impossible for two entities to occupy the same space at the same time. If this deterioration keeps its rate unchecked, then the unthinkable and the unprecedented catastrophe will surely happen as sure as the sun is going to shine tomorrow.

The present state of human consciousness is tied more to the self-created law or mode of replacement. The natural law of evolution in the physical and intelligent sense is survival for the smartest who are more conscious to the needs of their surroundings and the most adaptable to the needs and the preservation of nature. This is the basic law ordained to be followed by every living entity in order to survive properly and to be preserved. Any living entity who breaks this divine law will not, in the long run, survive or prosper. This law has been recorded in every sacred book and is scientifically observed in nature from the virus to the dinosaur. It is not survival for the strongest. It never was and never will be. It is live and let others live, as you desire yourself to prosper. Whether you wish harm or goodness to others through thought or deed, the same will fall upon you in the end. That is what was ordained if anyone wishes to know.

The most devastating factor in human conflicts between predators, and we are all predators, is when self-righteousness shows its ugly face in a conflict. Man, in his never-ending quest to satisfy his greed and his ego, has always tried to camouflage his violent actions with a self-righteous garment using religion.

Religion survived and prospered in spite of the corruption of some of its interpreters, because Man's yearning for the divine never waned or stopped. This yearning equals survival and may exceed it. Just observe the lines of martyrdom of the past and the present, whether for a righteous

cause or a self-righteous cause, which ultimately convinced its adherents of its validity. The constant flow of believers being misguided and fleeced by the so-called religious has been an unending flow.

To introduce the destructive religious factor into such a flagrant and challenging way at this stage in the game by the smarter opponent or partner is pure unadulterated stupidity. As if Israel does not have enough to contend with to meet the challenge of peace, no let us enrage and challenge the whole Islamic world.

Never, in the history of Israel, has the state ever enjoyed such support and good will in the world before the present government came to power. Never in the history of Israel came a leader with such arrogance who wasted the very thing that Israel needed to survive and prosper.

The rage is building and hope is fast dwindling. The unexpected and unthinkable is about to happen. Thus, a drastic attempt must be made before it is too late. All it takes is one violent, unprecedented act that will never leave anything to mend. This is not a scare-tactic, because tactics are useless at this stage. The conflict has entered the self-righteous gate of whose god is right and valid. This is a wake-up call for the people who can do something, but unfortunately, those very people are in a deep coma. Unfortunately, it is always a catastrophe, which will awaken the unconscious and the self-righteous zealots. Only a broken heart breaks the solidity of the unconscious mind either through love or very deep pain. This is the choice between good and evil, because the devil and the saint are within the individual, not anywhere else.

This brief is going to deviate from the norm to examine the religious aspect, which is heating up the situation and why it should not be in the conflict to start with. It is extremely important, because the very survival and prosperity of the Palestinians is completely dependent upon the survival of the Israelis, and the survival of the Israelis is now completely dependent upon the survival of the Palestinians. Any thought of one canceling the other is going to cancel itself in the process. It is again the divine ordained law whether one believes in it or not. It is like the law of gravity, but deferred. If anyone does not believe in the law of gravity and wants to test it by throwing himself from a tall building, he is welcome to try it.

Where can one find a cure for the contagious disease of literalism in religion except in religion itself? As the Middle Eastern proverb states: "Cure me with the disease itself", which modern science has proven in vaccination!

Religion, which means "debt" in both Arabic and Hebrew and "connection" in Latin, is a debt for life to be paid in full in the life of every individual by the individual. It is paying, not taking.

In religion, there are two groups where the vast are traditionalists and literal fundamentalists. The literal takes the metaphor or the allegory literally and acts on it. As the Apostle Paul warned: "The letter kills". It did kill, and it is still killing and will continue to kill in the future. We observe the same division in the scientific community. The traditional fundamentalists in science are the divines of Newton's Law and Einstein's theory of relativity. The second group in religion, the Creed of Abraham, are the Christian mystics, the Kabbalists and the Sufis who have similar partners in science, the scientists of the inner science of the atom of quantum mechanics and the cosmologists. It is interesting to note that both second groups in science and religion call their science "the inner knowledge". The only difference between them is the certainty principle. In quantum, there is the uncertainty principle, but the inner knowledge of the Creed of Abraham is called the knowledge (science) of certainty!

The issue does not stop at this point, but goes further. Each group contradicts its counterpart. Quantum contradicts the theory of relativity in spite of the fact that quantum came from the theory of relativity. The inner knowledge, the science of certainty, contradicts the literal interpretation of religion in spite of the fact that it came from the tradition of religion itself! The contradiction in both science and religion created conflicts. If one came from another and contradicts it, then both cannot be right at the same time. Albert Einstein was so frustrated with the contradiction, which he brought about, that contradicted his own theory at the same time, thus saying: "God cannot play dice in the universe". This was to underscore the uncertainty principle in quantum, where the atomic particle, the electron, does not and will not give the observer its speed and position at the same time. If the observer tries to measure its speed, the particle gives the observer its speed but vanishes from view. When the observer tries to locate its position, it appears by collapsing its orbit, thus hiding its speed. It gives each on demand as if it knows which instrument the observer is using at each time. Simply put, the observer affects the observed, and without an observer, there is nothing to observe! The very definition of physical existence in science is based upon the uncertainty principle of quantum, which defines the physical as a "mathematical probability" - maybe we exist, maybe not!

Then came the cosmologists and discovered that "not only God throws dice, but always gets it right, and sometimes He throws them where they cannot be seen", as Stephen Hawking stated in "Brief History of Time". The odds of getting it right every time the dice are thrown is like one winning the lottery since its beginning until its end! Where is the uncertainty or chance in such odds? Surely, when the tiny electron knows its allotted orbit and knows where to pop out exactly at the right place in its spin, does not mean the electron is uncertain. The only uncertainty resides

not in the atom but in our brain. Simply put, it is us who do not know what is happening.

The quest of man, male and female, is the desire to know, in the apparent confusion and uncertainty of the physical. It is the very essence of physical existence. To survive physically appears on the surface as the most important mission in life, but deep in the depth of every individual there is a greater hunger, that is, to survive psychologically or mentally. Mental survival is the actual driving force manifesting itself as physical survival. What is breeding except the passing of the memories of our genes and experiences to the next generation. It is the quest of every living entity on earth. It is our mental survival demanding certainty (security) which drives us as slaves regardless of our status, rich, poor, old, or young.

First, we thought religion was the answer, and then science became our religion. The interpretations of the divines of both let us down in a big way. Sanity has become a very scarce item in our world, and common sense went back to the horses as horse sense to be copied. Our valuables do not last much, but our trash needs hundreds of years to deteriorate. We spend and spend on credit in the mode of replacement instead of maintenance and living according to our means. We then leave a huge debt and pollution and very scarce natural resources for the next generation. We consider ourselves the most intelligent creatures on earth, but are we? One can be very intelligent objectively (physically) and utterly stupid at the same time. Stupidity is the repeating of mistakes, the same mistakes, over and over and over again. This is the meaning and function of sin. Animals make a mistake once, and it is registered in their brains. It is never repeated again. Man is the exception, and in reality, the only stupid animal on earth is man. Intelligence is measured by potential and how much the potential is being used. Animals utilize their full potential allotted to them. We use a very tiny fraction of ours. Why? Because the carnal mind, the objective half of our brain has a very, very big ego. This ego is fragmented and is being conditioned at various levels by other fragmented egos. The human being is the only animal who comes to life with an absolutely clean slate in his frontal lobes, un-programmed patterns or nerve connections, to be programmed through observation, emulation, and experiences. It is what we put and allow others to put in our crown that determines our actions and destiny in life. The objective side is fragmented because it has to receive its energy, impulses, in measured, fragmented quantities, quanta. The crown is also split into two halves, one objective, the other subjective. This very division is what gave us recognition of our separate self apart from the rest of the herd.

In our recognition of our separate physical self, we recognized time as separate events, thus recognizing deterioration and change. One of the definitions of time is deterioration. Recognizing deterioration, we came to

know the eventuality of the grim reaper, Death. Add all that to the big ego, the real driver of the poor body, and the picture becomes very clear.

Without the physical, the carnal mind, the ego, will not survive. It is the only thing it knows for certain. So, it drives the body to slave for it in its desire to survive by cheating time and space and everything in it to insure its survival. The more the ego tries to insure its survival by acquiring from the physical, the more it becomes insecure needing constant reassurance. The very essence of the physical is less, lacking, negative, and hungry. Otherwise, why are the self-centered rich and powerful the most needy and the most demanding? A self-centered self is the one who takes its identities and masks very seriously. Happiness to the struggling poor is to achieve materially what they do not have. Hope becomes the foundation of their lives. But when one has all the money necessary to acquire from the physical and still no real satisfaction and happiness, hope completely disappears, because there is nothing left anymore to resort to in the physical sense. Life without hope is the most miserable life one can imagine. Every rich person, when he/she reaches the material goal they set to achieve, asks this question: "Is that it?" Yes, that is it, and it is less!

This is the very reason messengers and Prophets came to save man, male and female, to save him from himself, the carnal mind, not from the Rome of his day. It was to make him aware of his real potential in order to recognize and be conscious of the real survival from the entropy of the temporary while he is in it. A real bliss is in knowledge, not belief, because the bliss of ignorance was ordained only to the lower animals. But the price for it is getting rid of the trash we have accumulated, identities and the masks of the ego. That is the meaning of the rich physical self, rich in ego even if it is poor in money. Getting rid of our riches is not getting rid of our money, but of our ego. It is a cheap sacrifice, trash for something very valuable. But the carnal mind, the objective, cannot and will not sacrifice its trash, the only security it has, before it becomes certain. The objective mind, the carnal, can only be certain objectively with its five senses, a doubting Thomas! The carnal mind, imprisoned in its objectivity, physicality will never surrender or submit unless it sees something tangible it can gain. It is like trading trash with another trash. So, the houses of worship in certain instances became for some a place to ask for a new car, a house, to put a curse on an enemy, save me, or give me, instead of schools for learning! When we, as mortals, reject a relationship with one another based on fear or greed, we in turn ask the Creator to accept the premise we rejected. The carnal mind, the objective, will not connect in pure friendship or love with anyone. All it seeks is possessions, which are physical. The physical is always lacking which will soon be discarded by the carnal mind in its search for security in the entropy of the temporary!

Fortunately, the inner knowledge of the Creed of Abraham, which brought forth the three, Judaism, Christianity, and Islam ("surrender and submission") does not have any contradiction with itself, its traditions, science, or any inner knowledge of every creed or mythology.

It is a tall list, and it is an arrogant claim to be put to the test. The scientific test is based on (1) observation, (2) mathematical consistency, and (3) prediction! There is no place in it for belief, which carries doubt, but faith, which does not carry a shadow of doubt, certainty! Faith is to fathom, to go deep. Fathom means, according to the Oxford dictionary, "to dig six feet deep"! The ancient Prophets always dug seven and called it ***Beer Sheba***, "the well of the seven." The inner knowledge teaches how to dig six feet (fathom) before one goes six feet under, "die before you die". Simply put, detach yourself from the ego and seek knowledge for the sake of knowledge and certainty.

An observation of the behavior of the physical is the first item in a scientific test:

1. The outward appearance of matter/energy, our physical, is a negative with a dual role, one in an absolute negative state; the other is in a less negative state, more negative and less negative.
2. The Absolute Positive energy in our world is hidden, a virtual reality. We know it is there but it cannot be detected directly.

Mathematical consistency in the scientific test is the second item, which should prove the observation.

Modern science has proven:

1. Matter/energy is a warped space so many times, space/time, held prisoner by the greater force. How many times? 186,000 x 186,000 - the number of instances (times) it has been twisted and squeezed. Matter is a condensed energy, an electromagnetic energy. This is the proven theory of relativity, E (energy) = M (warped space, mass) x $C^2$ (speed of light). Unwind the warp of the space, it will expand equal number of times ($C^2$) giving an atomic expansion, the energy of atomic explosion! ***Warp*** is "warb" in Arabic.

2. Electricity is a negative energy. The hot and the active current is the negative current carried by the electron, the negative particle in the atom.

3. The electron is the negative particle in the atom, which gives and takes negative energy, photons. The negative particle is the active particle that spins around the atom in allotted orbits. The negative

is active not passive, dual roles, it gives and takes, not only takes but both.

4. Gravity is the negative force, which formed the stars and planets.
5. The negative energy, photons, are measured in separate quantities (quanta) carried by the negative particle, the electron.
6. Ions supply the negative energy to every living thing. A negative ion, chloride, has an extra (more) electron in its orbit which makes it less. A positive ion, Sodium, is missing (less) an electron, which gives it more energy. Science calls it an assumed positive. Physical reality is reversed the more is less in it and the less is more in it! Negative eighty is less than negative twenty.
7. The electron is the deciding factor in combination and multiplicity in organic and non-organic compounds. It is also the dominant factor in mathematics. The negative is always dominant.

$$(5) \times (-2) = -10$$
$$(-5) \times (2) = -10$$

To get an assumed positive, not real Absolute Positive as Iben Jaber, who invented Algebra directed, is to negate the negative or get rid of the extra negative in the negative!

$$(-5) \times (-2) = 10$$

By losing the extra (the more) negative, comes the assumed positive without the plus sign! (The less negative.)

8. The assumed positive in the atom is the proton, which is passive and imprisoned in the nucleus. It is the least negative. It is a quark with two absolute positive and hidden charges and one negative charge at the same time. The absolute positive charges, "up" are $(+^2/_3) + (+^2/_3) = +1^1/_3$, positive. The negative charge = $(-^1/_3)$ is called "down". The electron is equal to negative one (-1). So, both are neutralizing each other.
9. The only observed indication of the hidden Absolute Positive energy is the very brief appearance of the positron, which is the counterpart of the electron in anti-matter. The positron has an Absolute Positive energy, which is active, as it should be!

So far, science has proven the following:

A) The negative, the feminine principle, has a dual role. It gives and takes and is active, not passive, and dominant, not submissive!

B) The Absolute Positive, the counterpart of the absolute negative, is hidden. The assumed positive, the masculine principle in the physical, does not give or take, passive and is imprisoned.

C) In the physical, the more is less and the less is more!

D) The Real Masculine Principle, the Absolute Positive is hidden.

Modern science states that the universe came forth from a point of singularity of absolute nothing, which is neither positive nor negative. Out of this nothing came the big bang which, in reality, was not even a whimper, and it gave out opposite energies spewing out in different directions. This point of singularity, which is smaller than the atomic particle is our space, is expanding and forming galaxies and other good stuff. Mr. Garth of MIT called it, "Free Lunch", because it came from nothing and is still expanding in a measured rate, the cosmological constant, so accurate that allows the physical universe not to collapse on itself by the force of gravity!

Professor Steven Ahlen of Indiana University said in a recent article: "The point is that you cannot make a proton without making an anti-proton. That law has never been seen to be violated. So if there was a big bang, how can we have a universe without equal parts of anti-matter as matter?" In other words, where is the other half of the big universe the Absolute Positive? Where is the other half of the small universe? Where is the other half of me, the real self, the self that is positively active, not as the physical self, which is negatively active? Mr. Sam Ting, the winner of the Nobel Prize for the discovery of the 'J' particle, has set a project currently searching for the missing half of our universe, the right-handed.

Science has proven the spin of the particles of matter is left-handed, clockwise, as everything apparent is our left-handed universe! Every particle is spinning in order to recover its image, disappearing and appearing, existence and non-existence at the same time

Science agrees completely with the Creed of Abraham that the Creator is an Absolute Nothing who cannot be compared, associated, or has resemblance to anything apparent or hidden, period! Quantum is also in agreement that without an observer there is no observation, existence. This has put to rest for good the question, 'Who created the Creator?' and 'Who is observing the observer?'

If the Creator is an Absolute Nothingness, then Nothing created Nothing, and the Nothing is observing the Nothing! Multiply one times one to infinity and all you will get is the One and Only One, the Supreme Name, the Absolute Universal Intelligence, the Creator who has no beginning or end. Why intelligence? The very definition of mass is a coherent body of matter. How does coherence exists without intelligence? The only difference between science and the inner knowledge is the Name. Mr. Garth calls creation a "free lunch". The mystics call it the "sacred supper".

Before science came with its scientific proof of the reality of the physical, the ancients used allegories to explain the big universe and the small universe, man, male and female. This used to be considered foolish even in our day an age where man has reached the moon! As the Apostle Paul said in Corinthians 1:20: "Where is the wise? Where is the scribe? Where is the disputer of this world? Hath not God made foolish the wisdom of this world?"

Maybe Albert Einstein was asking and answering the same question when he said in "Religion and Science," in 1930: "From the study of history, one is inclined to regard religion and science as irreconcilable antagonists.... but I assert that the cosmic religious experience is the strongest force and the noblest driving force behind scientific research". It is time to join the three elements of the scientific test: (1) observation; (2) consistency, and (3) prediction in its totality, in order to observe the behavior of the small universe, man, male and female.

The one-half of our physical universe is left-handed, negative, with a dual role, active and passive, and fragmented at the same time. So is the small universe, man. The very essence of the negative is less and anything that is always less is always lacking. If one adds to the lacking the recognition of lacking in man with entropy of the temporary, we will end with a major conflict, fragmented into smaller ones. Animals do not have a sense of lacking because they are in the bliss of ignorance of their physical self. The sense of lacking never leaves man's mind for a second, creating fear, hunger, and greed, regardless of status, rich or poor. A neurosis which is relative to level of hunger. To satisfy this hunger from the physical, which is negative, man does not know that he is increasing the negative, thus, increasing his sense of lacking and hunger! The more is less and the less is more! Man knows he/she is not whole, the Absolute Positive Self is hidden within, like in the atom and the big universe. It is not missing; it is hidden but it is very, very close.

The scientific law of nature is: what goes in has to come out one way or the other; the container leaks what is in it. Suppressing this sense of lacking by force or self-righteousness is only delaying the inevitable, but with a bigger explosion. Again, life is debt, which every individual has to

pay and the container of energy has to leak what is in it. The only privilege the rich have over the poor is that the rich have a bigger debt to pay and a wider and bigger leak!

The psychological state of physical man, male and female, was fully described in the allegory of Adam, male and female, as recorded in the Bible. Adam was the first conscious animal who recognized his/her physical entity. He was awakened from his slumber by the breath of God, consciousness. By taking a rib (an electron) from Adam (atom), the assumed positive (masculine principle), the male, the positive ion is created! Adam is both male and female as the Bible states. Man, in the Bible and the Quraan, does not mean the male only, but both. 'Insan', which means 'man' in Arabic, gave the word 'insanity' to the English language! The minute he looked and recognized his physical image, he/she became aware of the negativity of the physical and its lacking. Now man can sense his lacking as a first step to be followed by another, discovering his/her un-lacking self. If one does not have a sense of lacking or does not feel he/she lacks anything, bliss of ignorance, then why look for anything? When a tiger finishes its meal, the deer feed very close to it calmly, until the chase for the next meal. Now we are communicating our neurosis to our pet animals, which are being treated by human psychologists!

The real dwelling of the individual is the head, the objective half of the frontal lobe of our brain. The very recognition of the physical, a separate entity from the herd, brought about the ego, self-recognition, the first born. Because the physical is lacking (less), the behavior of the ego is the allegory of Adam. All one needs to do is to observe how much we spend to be recognized and to be known by other fragmented egos, keeping appearance, the masks of the ego!

1. Knowing the physical self brought recognition.
2. Recognition brought the sense of lacking.
3. Lacking brought shame.
4. Shame brought the covering of shame, fig leaf.
5. Hiding our shame brings fear.
6. Fear brings denial when the masks are discovered.
7. Denial brings blame, "Oh, she made me do it!"

To satisfy the hunger of the carnal mind to provide it with the security it demands, which is an impossibility because the negative is always lacking, frustration ushers violence and hate. This hate and violence is more concentrated in the male ego for obvious scientific reasons! The male is represented in the Divine Ordained Law of Nature by the assumed

positive, the masculine principle. It is not an Absolute Positive but a resemblance. It is scientifically the other dual role of the negative in the physical, which is the feminine principle. I hope it does not add another blow to the masculine ego, thus adding violence. The physical is mother earth, Mother Nature. It is matter (mother); it is matrimony, not patrimony. The early gods were females in mythology to describe the negativity of the physical, the feminine principle. The female does not have to defend its femininity because it is compatible with the physical, and it is not assumed, it is real. The insecurity of the male is intense, because it is an assumption. It is like Victor/Victoria, but Victor is really a Victoria assuming the role of a Victor! The egg came first and then split with one half-becoming less negative ushering the appearance of the male! We reversed the definition and function of masculinity from a passionate provider and protector to a hunter seeking sexual conquest! The male is stuck in the expectations of this definition trying to play this reversed role without success! If one adds the insecurity of the male on top of the insecurity of the carnal mind, it becomes the main source of all the violence in humanity if coupled with greed. It is a scientific fact, which is demonstrated further in the allegory of Adam and Eve. The fear in lacking and the insecurity of the objective physical carnal mind have to be released. What we really hate the most is our fragmented self and its lacking. We project it against others with similar lackings and we hate and envy others who possess what we desire but do not have. The carnal mind, the Ego, the objective (which senses objects), is the lobe, which controls the left hand and the stem and its tail, the reptilian heritage, the spinal cord. All desires in the physical come from the stem and its tail, the snake. In Hebrew, Eve means, "*snake*". In Arabic, snake means "*live*" in the feminine gender. It is interesting to find out if one reflects *live,* something else comes completely different from the literal, *Live ↔ Evil.* The other half of the crown is the subjective (non-physical sense) half, the lobe that controls the right hand. Our brain is also reversed, warped, like everything else in the physical. The snake reports to the objective lobe, the feminine principle. The subjective, if it is conditioned to reason and to think, the very intellect, the assumed positive, the assumed masculine principle will instruct the objective, the feminine to act. If it is passive, then the objective reacts, which is its real function to react and the apple is consumed and the desire of the snake is fulfilled! A slave is born reacting to the impulses of the stem and the objective physical world without thinking or reasoning thus falling into sin which means repeating the same mistake over and over and over again, drowning in its negative emotions and deprived hunger.

This allegory, which is describing a scientific fact, has caused humanity a great deal of suffering. By taking it literally, women have been accused and abused, and the poor snake has been on the run ever since for

dear life! If you add the stigma that left-handed people had to suffer in the past, the tragedy becomes even clearer. All it is saying is "please use your intellect, the subjective side of the brain before acting, not subdue women"! Let the subjective be the dominant, not the objective, because it was created to react. Without its unthinking reaction, our hearts and lungs and all body functions will stop. Thank God for the objective speedy reaction! But no, we reversed it, because God ordained that the male should subdue the female! Again God ordained!

The brain has four cycles of electricity. The more negative operates the negative objective, the less negative operates the assumed positive the subjective. Negative emotions (high cycle) shut down the intellect, the subjective, the non-physical (the spiritual). That is why negative emotions make us do stupid things.

The allegory of the Master of Compassion, the Christ Jesus, peace be upon him, when He stated: "If one hits you on the right cheek, turn the left," when taken literally, the poor seeker is going to end up with red puffed cheeks and maybe a broken jaw. The same principle applies here. It means when the physical, with its trial and error or trials in error, hits you, use the intellect, intelligence, and reason before you react. Right cheek is under the right lobe, which controls the left hand, the physical objective. Turn the left cheek not to be hit, but to think and reason and then act consciously with a conscience that governs one's action!

The name Benjamin, Beniyamin, which means the son of the right hand, the righteous man who uses the righteous side of his brain consciously. To be conscious is to have a conscience, the voice of the hidden self, the Absolute Positive, which everyone is looking for it, the right-handed half of our universe! It is the impulse of the will of the Supreme Name. The first surrender and submission is to the intellect, the subjective from the reactive negative of the objective.

The second submission is to the conscience, the impulse of the Divine. The brain is receiving two impulses, one from the objective world of forms and one from the conscience, the Absolute Positive, the spiritual realm, the Real Existence! Because of the din and demands of the ego, the never-ending voices in our head, very few tune in. If man is really free let him or her stifle the thoughts and their silent voices for thirty seconds! Very, very few can! It is called meditation!

The two submissions cannot take place unless the individual really becomes indivisible. Unifying the fragmentation is called atonement, being at one, without getting rid of masks, identities, and pretensions is absolutely impossible. The de/mon, the less than one, can not be forced. It has to be loved and convinced with certainty by knowledge. It is a path of knowledge, not a path of belief. The will of the Supreme Name is to be known. Seeking knowledge and confirmation by experience is the only way

to know. It does not mean not to enjoy life fully. The Master of Compassion, the Christ Jesus, peace be upon him, said: "Be in this world but not of it". It is the answer to "be or not to be". It is being and not becoming at the same time. Being in the absolute negative without becoming a negative but acting positively with compassion. Be in the world of error, but learn to be positive. We are in error because the negative is active instead of passive. The assumed positive, the least negative is passive instead of active, the more is less and the less is more. Everything is reversed. No wonder, the ancients advised us to sit calmly and reflect by reversing the physical mentally!

Truth, the Absolute Positive, is hidden and veiled in our world as science has proven. The closest link to the absolute truth is the least negative, the assumed positive (the assumed truth). If the assumed truth is taken objectively, physically, to attain a gain in this world of the negative, instead of connecting with the absolute truth, the Absolute Positive, it ceases to be an assumed truth and becomes a lie. Be, not become of it, is the basic principle. Thus, there are and always will be wars between not truths, but assumed truths. Truth, the Absolute Positive, cannot be fragmented, half-truth, one-third truth like the negative. That is why the ancients called our world a lie! If one chooses to become of it instead of being in it, then he/she is a liar. Hiding the real motive by pretending, adding masks, to hide the seeking of the more or less of the negative, material gain, the without, using religion becomes a lie! It did not work in the past and it will never work in the long run. Using religion for personal gain and pretending righteousness at the same time is the oldest con game and profession, maybe older than prostitution.

Truth cannot exist with hate at the same time, because both contradict each other, and both cannot be true! It is all the tricks of the ego, the objective physical. The saddest thing in life is when we create a lie to hide our real motives and in the end we ourselves become actually believing it!

Medical science has been observing the two distinct personalities in our brain. A recent article in Discover, October 1996 "A Bullet to the Mind", describes the experiences of two people who had severe damage to the frontal lobes. Stephen, a very harmful (evil) person shot himself. He damaged the objective lobe of his brain. And good Mr. Gage accidentally damaged the left side of the crown, the subjective. In the evil one, the subjective became the dominant, because the objective was damaged. In the second, the good Mr. Gage, the objective became dominant! The result after both came out of the hospital, is described in this quotation from the article "Gage fell to damnation in an instant, while Stephen, like St. Paul, was diverted from trouble's path by a single, blinding flash".

I hope the literalist fundamentalists do not rush to buy guns to blow their brains out in order to kill the devil! To dismiss the devil within to make way for the saint to appear from within is to be a compassionate giver for nothing in return, not even recognition by the world. The love for and of the Divine starts by loving one's self, the real self (conscience), the right-handed one! Unifying the fragmented physical self, the carnal mind, the ego, is the grand struggle, the holy war, the jihad! The Supreme Name does not have chosen favorites nor a party. If there are chosen people of God, then according to the same logic, there is a party of God! All creation is His and to Him we shall all return. To take the Supreme Name objectively is to do what the objective mind must do as its nature dictates, make an image. It becomes a self-made image belonging only to the self, the ego, my God and mine alone, a self-made god, devoid of reason, intelligence, and compassion, thus violating the first commandment: "Thou shalt not take graven images or any likeness as gods". Instead, we have engraved an image of God in our carnal mind more solid than granite for the sake of our vanity and pride. We reversed the passage, "God created man, male and female, in His own image and likeness", into "Man is making gods in his own image and likeness, for the benefit of his carnal desires'!

As the Prophet of Mercy said: "Die before you die". It is the death of the ego, not self-righteously slaughtering others. The holy war, jihad, is the struggle against one's self, the carnal mind, declaring a revolution to free the body from its slavery. That is why the Master of Compassion said: "Ye judge the flesh. I judge no man". The most dangerous predator on earth is the predator who preys on souls instead of praying for them. We spend all our time faulting and blaming and observing others, gossiping in order to assure ourselves that the other person is more fragmented and degenerate than I am. Everything and everyone who generates is going to degenerate, it is the law of entropy. But man is the only animal who degenerates mentally if he does not lift himself from his own insecurity.

The only way to renew and maintain the human being in the entropy of the temporary is to activate the heart.

Lust is taking pleasure oblivious to the feelings of others; pleasure in the physical sense is possessing. We are not aware that our possessions are the ones which are controlling our lives, whether a car payment, mortgage, or a house, etc. Passion is giving whether pleasure, joy or anything, expecting nothing in return, thus finding pleasure in the very act of giving. Expectation leads to the more or less of the negative, disappointment!

Compassion is feeling the pain of others and doing something about it. The only way to redeem the self is by redeeming another self. The highest redemption in creation is when one redeems his/her enemy.

Observe and see the sacrifice of every entity in creation, how it consumes and consumes itself in return. Everything is doing the act of

sacrifice, the debt, unconsciously. Man, male and female, has the choice to do it consciously. It is not in how many ways we can win but how to lose consciously the less in order to gain the energy of the more in the physical world and the worlds to come.

The heart is the only factor that can break the solidity of the engraved patterns in the objective (physical) side, the carnal mind, in order to awaken it. But the heart has to be broken from its solidity itself first, a shattered heart. It can only be done in two ways, being in duality and following the ordained law of symmetry, pain with its dual roles. The pain derived from compassion by feeling the pain of others or actual physical pain or pain caused by losing something or someone we love which are the trials of life.

Why pain? Because ecstasy is the counterpart in duality. The greater the pain, the greater the capacity to feel the ecstasy. The greater the fatigue, the greater is the feeling of comfort. It is like someone said on a very long vacation that he needed a vacation from the vacation. Only loss in the physical will lead to the more if one just reflects. Otherwise the loss and sacrifice will go unheeded instead of making the loser more conscious. That is why the Master of Compassion, the Son of Man, had to demonstrate to the objective (carnal) minds, the doubting Thomas, the principle of sacrifice literally-objectively. "To die before you die" is the principle of sacrifice in the Creed of Abraham. The burnt offering, which king David, peace be upon him, prohibited in the temples, is the proof. He advised his people to burn the beast in the heart of man, male and female, not waste the poor animal.

This principle had to be demonstrated by the Christ Jesus, peace be upon him. To show how to die outwardly before actual physical death by sacrificing the facades, the masks and the identities which separate one human from another and which are the cause of violence. If one is willing to sacrifice his own body in the most painful death to show the reality of the physical is not what it seems to be, then it is not much to ask the individual to sacrifice his or her masks and egos, the trash, to find out the truth and the security needed by the carnal mind. It is really a challenge. If one demonstrates by losing literally the body, one does not really die; losing the trash of the ego does not kill either. This is what makes the person alive, free from fear, insecurity, and uncertainty. To live is not the same as to be alive. The Son of Man literally died in order to show the real absolute hidden positive self, the Christ, who is in every individual. It was said that life is a journey of self-discovery, the real self. This was an objective physical demonstration to his generation to eradicate any doubt in their minds. It was accomplished when he was raised alive, the Christ carrying the marks of his carnal body, Jesus, the son of man, to be recognized by his followers. The ones who witnessed the actual miracles

went back to sleep. It took a killer to be awakened on the Road to Damascus. Saul who was changed to Paul spread the good news in the name of the Christ.

The Son of Man demonstrated for the future generations a legacy of confession of his pain to shatter the hearts in order to bring cognition and awareness. Because only pain, love and compassion opens up the pineal gland in the brain to secrete from its domain milk and honey! It is the Promised Land where Jacob, peace be upon him, saw his Lord. He called the place Pineal!

The adrenal gland is the counter-partner, the gland of fear.

The pineal was described fully in allegories and metaphors in the Creed of Abraham. It is the stone of Jacob, the place where Jacob saw his lord, the Real Absolute Positive Self himself (Israel)! It is the fragrance of Jericho, the touchstone of the black stone in the Kaaba, named as the stone of Jacob! It is the I Am, the single eye (fountain), the rock of ages, the fountain of youth, the onyx stone in the Eden of Genesis, the stone of the philosopher, the elixir, the fragrance of a newborn child, the fragrance of saints and Prophets, the pine cone on the head of the priestesses of Isis in ancient Egypt, the rock under the dome in the shrine of the Dome of the Rock (the head of the human being) which is the holy temple that was built by no hands according to the Bible!

Melatonin cannot be bought from drug stores to heal and to activate the heart. In order to secrete its milk and honey, the Pineal has to burn in the fire of love and compassion or the fire of acute pain of loss!

When the ancient Egyptian priests took the meaning of opening the single eye literally, they opened holes in their skulls! The brain tissue was considered useless to be discarded in the embalming of mummies. When modern forensic scientists observed mended holes in the skulls of Egyptian mummies, the scientists thought Egyptians were performing brain surgery!

Today's literalists are much smarter. Instead of opening holes in their skulls, they are opening holes in their followers' skulls causing reason and intelligence to evaporate completely.

Allegories pointing to something real, beneficial, and scientific, are reversed by ignorance to utter stupidity and it is claimed to be ordained by the Almighty. That is adding insult to injury.

The holiest temple on earth is the human being, the seat of the soul. This holy temple has two shrines, the heart and the head, the dome. That is why the faithful use the sign of the cross to indicate the path of consciousness. It starts from the head (intelligence) connecting down to the heart, from the heart to the left shoulder (the subjective), from the left shoulder to the right shoulder the objective! No contradiction in the saying: turn to the left cheek, the subjective (the spiritual), to aid the right cheek,

the objective (the carnal mind), by using the intelligence and activating a compassionate heart in the trials of life, or the trials in error.

Why pine and pine cones were used in the metaphor to indicate to the gland of love:

1. Pine cones open up when there is a fire.
2. It is the way to replenish and renew the forest from its rotten debris! Trash, the masks of the ego!
3. Fragrance.

The Son of Man was a revolutionary who came to cleanse the temple, the physical self, and baptize it with fire instead of water. The Son of Man demonstrated openly and showed the Absolute Positive Self, the Christ, the real self, hidden in each and every individual: "I am in you and you in me! The kingdom is within you. Ye shall know the truth [connect with the real in you.] and the truth shall set you free." It is freeing the self by one's real self. Why do we look for others to save us when they themselves need saving from their own selves?

Names and symbols in allegories carry and still carry scientific truth:

1. Beniyamin (Benjamin) means the son of right hand, the righteous, conscious being with a conscience as his lord and master, thus fulfilling the Will of the Supreme Name.
2. The Absolute Positive hidden Self, who we must discover in our life, otherwise life itself will have no meaning or function, took many names in history. It was present before even Abraham, "Before Abraham, I Were". Many holy and very righteous individuals were ordained to demonstrate it to every community without any exception. It carried the names: the Redeemer, the Friend of God, the Speaker with God, the Messiah, (the Christ), the Promised Child, the Child Within, the Chosen and Beloved (Al Mustafa), the Amen, Al Amin, Israel, the Buddha, the Krishna, the Great Spirit, the Holy Spirit, the Holy Ghost, etc.
3. Abram changed his name to Abraham when he became conscious. The symbol for the Divine breath of life is AH, breathing out, zephyr in Greek and Arabic. It is received as HA which was added to the name of Abram to be Abraham.

Luke 12:9-10

8. "But he that denieth me before men shall be denied before the angels of God."
9. "And whosoever shall speak a word against the Son of Man, it shall be forgiven him, but unto him that blasphemeth against the Holy Ghost, it shall not be forgiven."

In other words, do not deny your Absolute Positive hidden Self! The "I Am", the real Me, the Christ, is different from the other "me", the son of man. In Arabic, the definite article, "the," is 'al'. 'Al' is the article of certainty in Arabic. When the article is added to the Divine breath of life, it becomes a symbol for the Supreme Name as Abraham taught his people. 'The Ah' = 'Al'Ah'! As in the Torah, 'Tor' in Arabic and Hebrew means 'mount'. Torah = 'Tor+Ah', the 'Mount of Ah', the mount of knowledge, surprise, and consciousness. In the Bible, there are dark sayings and light sayings - allegories. It is important to note that the dark sayings were intended to shock in order to be examined carefully and not pass over them quickly. For example, in Genesis the Lot allegory where Lot committed incest with his two daughters and Moses addressing the officers, Numbers 31:17-18, which has given nightmares to many literalists. That is why taking and acting on the literal meaning not on the inner meaning kills.

The second name or symbol, which Abraham taught his people, is: 'Yahu' in both Hebrew and in Arabic. When Abraham asked the Voice its name, the answer was: "I am who I am." The Name, according to Abraham, 'I am He, 'Huwa', or 'He' in Arabic and Hebrew is the pronoun of the unknown third person singular in the Arabic and Hebrew grammar. To call upon He, Ya is added in both languages, 'Yahe' or 'Yahuwa', 'Yahwah'. To differentiate the pronoun he and its gender from the Supreme Name that is neither a 'He" nor a 'She' but a Pure Source, which is neither Absolute Positive nor Absolute Negative or a combination of both, the Torah and the Quraan rested the vowel. It became 'Yahu'. 'Who' in English means the same, the unknown third person, singular without gender!

'Yahu' is the call upon the Supreme Name by the faithful in Judaism, Islam, and the Native Americans! It is he most sacred chant of the mystics. Unfortunately, because of the ignorance of its meaning and function, it came to mean something else in English as in 'Yahoo'!

Fortunately, now people will recognize both symbols, the son of the right hand, Benyamin and Netan, which means the 'gift' in Hebrew and 'Yahu', God.

The gift of God = Netanyahu.

The son of the right hand = Beniyamin.

Jacob changed his name to Israel after he became conscious:

Isra = Traveler by night in both Hebrew and Arabic.

El = the last two letters of every angel's name.

Israel = The traveler with the Lord, the angel within, the real positive self.

Jacob had to wrestle and struggle with himself, the ego of carnal mind, before he found Israel, his real Absolute Positive Self, the conscience.

The Son of Man had to struggle with himself in the desert forty days and nights before he discovered and found his true self, the Christ!

Mohammed nearly suffocated in the darkness of the cave, Hira, before he discovered and found his true self, 'Althat', or 'Al Mustafa'. He was extremely shaken from the experience when he went back to his Christian wife, Khadijah, and asked her to wrap him with something warm.

Israel, the Christ, Al Mustafa, is one and the same. It is the redeemer within every individual, the potential - no exceptions. Life is and always will be a journey of discovery, discovering the real self, the I Am, not the little I's (eyes) of me and me only. "I am here with my conscience as my lord and master, O' Supreme Name, to do Thy will," is the call and aspiration of the people of the inner path of every creed and race.

The potential of the 'I Am', the Absolute Positive, the conscience, is the birthright to be discovered and claimed by the individual. It cannot and will not be discovered and claimed by the audacity and arrogance of blood inheritance or mere belonging to a belief system, which is exclusive to one community or another.

Like the redeemers we claim to follow, the discovery has to be made through personal effort, sacrifice, and diligent work to the last breath of one's life.

The 'I am' who is in every individual, hidden, is the beloved and the chosen of the Supreme Name, Yahu, Alah. If the Native Americans, who have been isolated from the rest of the world for the last ten thousand years, know the function and the meaning of Yahu, why do the ones who claim to be the children of Abraham forget? The name was known before Abraham! What is AlAh, but the universal expression of surprise, ecstasy, and pain of every individual, Ah. Is it not the 'Ha' in Abraham, the last breath AH we release as it was received? Every breath in all living entities praises the Supreme Name day and night. Exhaling 'the Ah' and inhaling 'the Ah', the Divine Breath of Live is a constant expression of the Divine Name, "The Ah", or "Al'Ah"! It is the universal expression of the Supreme Name! Righteousness is not given. It has to be earned silently, without fanfare or masks of self-righteousness. It is the generosity of a very compassionate heart, not by just belonging in name to any creed or belief. If a person or a community had a very righteous grandfather, it does not necessarily make automatically a righteous person or community in any creed or race, but one's own deeds and efforts.

Israel, the conscious state of Jacob, is the state that should be established in every human being! The Israeli State, the Christian State, the Islamic State, the Buddhist State, the Hindu State...etc., are all One State, a

higher state of consciousness where conscience is the Governor and the Ruler! This state has no boundaries and no armies! It has a capital, a higher capital than all the capitals of the world. "May my right hand forget me if I forget ye Jerusalem," Ya Urshalem.

UR = means light in Hebrew. The Seventh Heaven, in Greek is Uranus.

SHALEM = Salem in Arabic and in both Arabic and Hebrew, it means peaceful, perfect, and complete.

Jerusalem in Arabic is Al Quds, the holy, and beit al maqdis, the holy mansion, the holy city, or Utopia. The heavenly city of perfection, the City of Light which belongs to the children of Israel who attain and establish the state of consciousness of Jacob, the state of the conscious Jacob, Israel

As the Apostle Paul explains in Galatians 4:22-26:

22. For it is written that Abraham had two sons, the one by bondmaid, the other by a free woman.

23. But he who was of the bondwoman was born after the flesh, and he of the free woman was by promise.

24. Which things are an *allegory*: For these are two covenants; the one from Mt. Sinai, which genderath to bondage, which is Agar.

25. For this Agar is Mt. Sinai in Arabia and answereth to Jerusalem, which now is and is in bondage with her children!

26. But Jerusalem, which is above, is free which is the mother of us all

Only a 'Jew' will enter this capital city from Beni Israel, the children of Jacob, or the ones who establish the state of consciousness within themselves as Jacob did as he passed over from the state of ignorance, the physical. It is a pass-over from 'El', the lower, to 'Al', the higher. It is the absolute truth, which every human being must fulfill in his or her life if they yearn to enter the kingdom of heaven.

Jew, 'Yuda' in Hebrew, 'Hoodah' in Arabic, means the guided one by the Inner Light. 'Jews' are the ones who enter Jerusalem inwardly, not outwardly, and surrender to the Divine spark within. Jews are the ones who travel and walk the righteous path with conscience and compassion. As the Apostle Paul said in his explanation to the definition and meaning of the word 'Jew'. It is the promise of the Supreme Name, the Almighty Creator, to every individual who walks the righteous path in compassion, the conscious state of Jacob (Israel), that he/she will be elevated to heaven's

capital, the city of perfection and light, Urshalem. But the indivisible (individual) has to turn over first, change his mind, the negative objective, and cross over to the subjective conscience in order to pass over to the other side, the missing half of our left-handed universe!

Using the Supreme Name for one's benefit only is the gravest sin (mistake) any one could ever commit, according to the Kabbala, the inner knowledge in Judaism.

All conflicts are practically the reenactment of previous conflicts or present ones with different names and places. This is the sum total of the tragic history of humanity. Human history is sequences of conflicts not between angels and demons but between predators, some more, some less. It is exactly and according to the dictates of the more or less of the physical.

To establish the Absolute Positive (state) physically in forms in the entropy of the temporary is a futile effort. Just ask science what happens when the Absolute Positive energy meets the negative, the physical; the physical gets destroyed.

What is the higher covenant that the Supreme Name made with the individual, the indivisible, not the herd?

"Sacrifice your first born"!

When this sacrifice was taken literally, people started killing their actual children, as Abraham tried to do. The only real children a man, male and female, generates are thoughts. These are thoughts of the ego, the carnal mind. They are the only things, which really belong to man; everything else belongs to the One and Only One, the Creator. We are custodians only for a temporary time. Judgment is to account whether we gave more than we received (positive) or took for ourselves more than we gave in the negative world of Assiyah, our physical world.

The Kabbalah mentions three worlds or three dimensions in our physical reality, which is deteriorating in time. The lowest dimension is Assiya, which is interpreted in Hebrew to mean 'function' as our functional world. In Arabic 'Assiya' means 'rebellion', 'sin, mistake, error'. Assiya is a derivative from the verb 'assa' - 'disobeyed, rebelled, sinned, committed error' and it has another meaning, 'staff', 'the rod'. The Staff of Moses, peace be upon him, symbolized the instrument of discipline (learning) our physical world and its allusiveness. The very staff that was changed into a snake that devoured the snakes of the priesthood of Egypt. The Staff of Moses, peace be upon him, symbolized the conscious carnal that heals as in the medical symbol, the staff with entwined snakes. Assiya's inner perception is 'Peshat', 'logic and reason' manifested in objects by a material reality. Ascendance starts from Assiya to 'Yetzirah', 'the dimension of formation' which is allusive with an emotional reality, feelings. The third dimension is 'Beriah' or 'Bariah' in Arabic, which is 'the world of creation'. It is inner perception can be perceived by symbols

and signs. Symbols and signs should not be taken literally like in the dimension of Assiya, the material. The reality of Beriah is a spiritual reality attained and perceived by 'Zekhut', 'merit' in Hebrew and 'Zakat' in Arabic which means 'sacrifice, generosity toward fellow man and nature in general'. Those three dimensional and perceptive worlds make up our physical world, a triad. The very purpose of the temporary existence of physical reality, according to the Kabbalah, is to make connection with the Real World and Eternal Reality, 'Atzilut' or 'Azalut' in Arabic, the Source of Emanation of Light, the Source of all descending and ascending energy. Its inner dimensions, the level of its perception is 'Sod', which means 'Secret' in Hebrew or 'Sirr' in Arabic, which also means 'Hidden Reality'. This Reality is attained by knowing the Secret and knowledge is obtained by learning the outward and the inward worlds. Mere belief is not enough because it carries doubt with it. "I believe I saw something", it could be this or that. Knowledge is knowing for certain theoretically and experientially. It is 'Ilmul Yaqeen', 'the Knowledge of Certainty'. Through merit earned by generous deeds done consciously, knowingly, a connection - 'Sela' in Hebrew and 'Salat' in Arabic is instantly made with the dimension of Atzilut or Azalut, the Eternal. Connection, Sela, Salat, means 'prayer' and it is the highest connection not in words only but in deeds. This connection must be manifested (projected) in our daily life for no gain from the physical, not even a grain of sand or a simple thank should be received. It is called 'Lishman' in Hebrew, which means 'for its own sake' or for the love of God, for goodness sake. A love connection that is pure and sincere which carries no fear or greed in it whatsoever, the Highest Law, Unconditional Love!

The covenant between God and Man is not a covenant to possess anything of this world which generates bondage, conflicts, and violence. It is, rather, a covenant to be possessed first by the 'I Am', the conscience, who will do the Will of the Supreme Name, which is to do good in His Name in a world of negativity. That is why the Supreme Name refused the offering of the first born, Cain, who brought the produce of his own sweat to the altar. Abel, the good shepherd, brought a live lamb, a kid, to the altar, which was accepted. The carnal mind, Cain, killed Abel, his conscience, and was damned. Damnation is a state of ignorance. It is when one takes himself from the path of light and knowledge, and dwells in the solidity of his/her objective (carnal) mind, the night, the physical world.

The allegory is referring to a higher covenant. Shepherding within the 'Lamb of God', the conscience, and aiding others in their needs is the gift and the only gift, which will connect the individual with the Supreme Name, the Eternal!

The appearance of conscience in the individual follows the slaughter of children in the domain of the ego, the king, the carnal mind. No actual

children were ever slaughtered, because of the ushering of the real Absolute Positive Self, only our negatively generated thoughts. It always was and always will be.

If we have to be possessed, and there is no choice in this, then why not be possessed by the higher covenant rather than the lower which 'genderath bondage'?

We, in the reality of the physical, are possessed by our material possessions, not the other way around. We spend our life either paying for them or acquiring them. We are fully engaged with physical survival and the unending demands of the carnal mind that we totally forget and neglect the mission to discover our real self, the underlying mission, the Sub/mission!

The truth in the allegory is not whether it happened or will happen but whether it is happening in the here and now. Otherwise, what good is it for?

Every allegory in the Bible and other sacred books refers to two things, the big universe or the small universe, man, male and female! It is how both work and function in order to connect, know the One and Only, the Supreme Name, the Creator, and nothing else, Period. It is not really a historical or real estate book.

The greatest enemy to any individual is the totally objective self that creates images, his and her ego. The very thing we should object against and not accept as our true and real identity!

The indivisible man, the individual, is the basic principle in the Creed of Abraham, monotheism. It is not the unity of the Supreme Name, because regardless of what anyone believes, the Supreme is One and the only One. Monotheism is meant to unify man, male and female, in submission and surrender. The carnal mind, the physical objective, the feminine principle submitting to reason, the subjective and masculine principle in the physical, thus assuming a positive integrity. This integrity has to lay, connect with the conscience of the Absolute Positive self within in holy matrimony. If integrity lays with the objective physical, then it becomes adultery. Committing adultery is creating idols by ourselves in ourselves, which we then will worship and follow their dictates.

The real enemy is one's objective self who is constantly trying to acquire more and more objects of the physical which is the less. Shedding one's identities and masks, our so-called valuables, the trash, which separate people, from each other and from the Almighty, is the only way to discover the real self, the 'I Am'. Only a naked child, 'the Lamb of God' free from the masks of the ego is the beloved and chosen by the Supreme and no one else, Period.

Secured borders in the physical sense never brought security and will never bring it anywhere or to anyone. Only safe neighbors on both sides of the fence can do the trick!

The Israeli-Palestinian situation is now like a Siamese twin joined at the hip. For both to survive, they have to share equally and justly their organs, natural resources, and space in co-existence. The more one helps the other, the more he will be helping himself. If one tries to kill or suffocate the other, he himself shall reap the same, in effect, killing himself by his own hand. There is no choice whatsoever in this case.

Live and prosper and let the other live and prosper as you wish yourself to prosper. Not for the goodness of your heart as an act of charity, but for your own survival in here and in the after. This is the key to resolving a conflict, any conflict, peacefully. And please, please, leave the Supreme Name out of your conflict whether to justify it or win more adherents to heat it. The Supreme Name is in the coherence of every atom filling intelligence throughout the galaxies in their clusters. It is not bound to a piece of land or a stone in the wall. Peace is a path of righteousness, not a piece of this or a piece of that.

The present English Torah was translated from Hebrew, and the Arabic translation of Saadia Iben Yousef, a/k/a Gaon in the West, one of the giants of Jewish scholars, like Abu Omran Mousa Bin Maymoun Bin Obeid Allah, as known in the West as Maimonides. The Jewish Golden Age in knowledge was a result of their writings in Arabic. Saadia's books were translated to many languages from Arabic by Christian mystics such as St. Francis of Assisi. Saadia was a Talmudist, and also a Sufi Master Mutazili, (the school of detachment in Sufism) who wrote the Book of Beliefs and Opinions. Rabbi Eliezar Ben Judah was a student of his works and wrote the "Song of Unity." This is a quotation from his song which was published in a Groshom Scholem, "Major Trends in Jewish Mysticism," p. 108. It presents an up-lifting trend toward the Absolute, who is neither positive nor negative and who cannot be compared or associated with anything:

> "Everything is in Thee and Thou art in everything; Thou fillest everything and dost encompass it; when everything was created, Thou was in everything; before everything was created, Thou was everything."

One can only hope that every son of the right hand (Benjamin), who is really the gift (Netan) of God (YaHu) among the Israelis and the Palestinians, will heed the call for peace for their own sake and survival in both worlds, the temporary and the eternal. I really do hope that I am not crying in the wilderness, talking to myself and hearing the echo of my voice with no one to hear and heed the call. Deterioration is accelerating in time

and time is the most precious element created. Conflicts between opposing egos can only end in a catastrophe for both and for all concerned including the United States of America. Man in his/her unconscious state is following the dictate of the ego, which is a self-made lord or god, not the will of the conscience. The Palestinian Israeli conflict has become a conflict between self-made gods and may the One and Only help us all.